

**Department of
Education**
*Cathleen P. Black, Chancellor*

Office of School and Youth Development
Elayna Konstan, Chief Executive Officer

52 Chambers Street
Room 218
New York, NY 10007

OSYDDATA@schools.nyc.gov
+718 935 5004  tel

## OCCURRENCE REPORT

| DOE CONTROL NO | NYPD CONTROL NO |
|---|---|
| 25Q425-020811-0267 | none supplied |

**Persons Involved**

Suspects

BISWAS, KRITTIKA - GradeLevel: 12

Suspect was arrested. , Precinct 107. This Suspect was accompanied to the Precinct by Doraida Perez - School Aide
on 2/8/2011.

Victims

Kim-Ross, Jamie

*Data is most current available.*
If you have questions about this report, please contact OSYD at **OSYDData@schools.nyc.gov** or **+718 935 5004  tel**.

EXHIBIT "4"

भारत का प्रधान कौंसलावास
न्यू यार्क



**CONSULATE GENERAL OF INDIA
NEW YORK**

February 11, 2011

To

Mr. Ravi Batra
Attorney
142 Lexington Avenue
NY-10016

     I, Debashish Biswas, Vice Consul at the Consulate General of India, New York, holding a Diplomatic Passport, natural father of Ms. Krittika Biswas, 18 years old (DOB: ███████1992), also holding Diplomatic Passport, on 9 February 2011, requested and retained you as our lawyer in all legal matters regarding my daughter .

     You are requested to be in touch with Mr. Howard Kwait, Principal of John Bowne High School.

*Debashish Biswas*

Debashish Biswas

Vice Consul, CGI, New York

Signed before me on
11/02/11 at CGI, New York.

*SSinha*
11/02/11

Subhasis Sinha
Vice-Consul
Consulate General of India
New York

3 East 64th Street • New York, N.Y. 10065 • Tel: (212) 774-0600
Fax Nos: GENERAL (212) 861-3788 • PASSPORT/VISA (212) 570-9581 • COMMERCE (212) 734-4980 • ADMINISTRATION (212) 879-7914
Website: www.indiacgny.org • E-mail: *DCG:* dcg@indiacgny.org • *HOC:* hoc@indiacgny.org • *CPV:* cpv@indiacgny.org • *PRESS:* cpicc@indiacgny.o
*VCV:* vcv@indiacgny.org • *VCA:* vca@indiacgny.org • *Commerce:* commerce@indiacgny.org

**NYC** Department of
Education
Cathleen P. Black, Chancellor

2/3

Elayna Konstan, *Chief Executive Officer*

Chief Executive Officer of the Office of School and Youth Development

---

### GENERAL EDUCATION SUSPENSION NOTICE (K-12)
#### February 10, 2011

Mr. Debashish Biswas
43-23 Colden Street, Apt. 23J
Flushing, NY 11355

Dear Mr. Biswas:

This is to inform you that at the request of the Principal, your child, **Krittika Biswas** has been suspended from school by the Chief Executive Officer of the Office of School and Youth Development starting on, 2/11/2011.

Your child has been suspended because of the charges listed on the attached sheet titled "Charges." A suspension hearing has been scheduled for;

DATE: **02/17/2011**

TIME:    **9:00 am**

PLACE:  **Queens Office of Student Suspensions**
            28-11 Queens Plaza North 2nd Floor
            Long Island City, NY 11101-4008

            (718) 391-6055

### PLEASE BE ADVISED THAT HEARINGS MAY LAST FROM 8:30 A.M. - 5 P.M.

DURING THE SUSPENSION YOUR CHILD IS TO  **report to the following alternate placement site: 88Q988 ALC - RF Wagner HS   (718) 706-6205  located at 47-07 30th Place, Queens, NY 11101**, from 8:00 am until 2:10 pm, for alternative instruction.  You may contact the school for additional information.  Please accompany your child on the first day.

**Travel Directions to R. F. Wagner High School:**

| | |
|---|---|
| **Subway:** | **7** to 33 Street |
| | **7, E, G, V** to 23 Street-Ely Avenue |
| **Bus:** | **Q39** to Van Dam & 48th Street; |
| | **Q60, Q32** to Queens Blvd. and Van Dam St. |

During the suspension, your child has the right to receive homework and class work assignments. Furthermore, your child will be permitted to take any Citywide or State examinations that are administered during the suspension period for which no make up examination is permitted by the testing authority, as well as to make up school examinations that may affect your child's academic record. Please contact the Dean(s)/Assistant Principal at your child's school to arrange to do so.

Suspension is a serious step which may significantly affect your child's educational future.   It is important that you and your child attend the hearing.   If you fail to appear at the hearing, the hearing may be held in your absence.

If you do not wish to contest the charges, and want to waive your right to a hearing, you may do so by calling the  Student Suspension Office  at (718) 391-6055 .   You may withdraw your no contest plea within three (3) days from receipt of or seven (7) days from the date of the mailgram/letter confirming the plea and containing the CEO's decision, whichever is later.

1

**Charge(s)**                                                              RE: Krittika Biswas

3/3

On February 08, 2011, at approximately 11:30 am, at John Bowne High School, Krittika Biswas

sent two emails to Jamin Kim Ross (Teacher) stating the following:

1) Dear Jamin Kim Ross: Shit, fuck, asshole, bitch, uncle fucker, damn, merde, You damned disgusting bastard, your such a pig-fucker, nobody fucks ancle quite like you. Fuck your father's asshole. Burn in hell, fat ass bitch, burn in hell!!!!!!!!!!!!!!

2) A favor for Ms. Kim Ross From:   A fat ghetto guy who fucked Kim Ross's daughter Kim Ross is a bitch, Kim Ross is a bitch that suck fat Jewish dick. She suck it and lick it. She suck her husband's dick with her daughter. Kim Ross's man rape her own daughter. Her daughter have sex with her father and a black ghetto son of bitch. Kim Ross's daughter get fucked as she play her violin. Kim Ross's daughter get fucked as she performed her awful violin. Kim Ross's daughter is a young hooker to be, and soon will get pregnant by her favorite teacher. Kim Ross commit adultery by fucked the teacher next door. The bitch get fucked while teaching Calculus, and suck Chinese dick, Indian dick and Korean dick. Kim Ross's daughter suck random people's dick on street, she let people fuck her vagina. Please leave me your daughter's contact information so I can fuck her next time, thank you!!   Please go die, Kim Ross.

This behavior constitutes a danger to the health, safety, welfare and morals of your child and others at the school.

4

```
***********************
***   RX REPORT   ***
***********************


RECEPTION OK

TX/RX NO              9149
DESTINATION TEL #
DESTINATION ID
ST. TIME              02/11 15:44
TIME USE             00'45
PGS.                   3
RESULT               OK
```

**NYC Department of Education**
Cathleen P. Black, Chancellor

Elayna Konstan, *Chief Executive Officer*

~~ef~~ Executive Officer of the Office of School and Youth Development

---

## GENERAL EDUCATION SUSPENSION NOTICE (K-12)
### February 10, 2011

Mr. Debashish Biswas
**43-23 Colden Street, Apt. 23J**
**Flushing, NY 11355**

Dear Mr. Biswas:

This is to inform you that at the request of the Principal, your child, **Krittika Biswas** has been suspended from school by the Chief Executive Officer of the Office of School and Youth Development starting on, 2/11/2011.

Your child has been suspended because of the charges listed on the attached sheet titled "Charges." A suspension hearing has been scheduled for;

DATE: **02/17/2011**

TIME:    **9:00 am**

PLACE:   **Queens Office of Student Suspensions**
           28-11 Queens Plaza North 2nd Floor
           Long Island City, NY 11101-4008

           (718) 391-6055

### PLEASE BE ADVISED THAT HEARINGS MAY LAST FROM 8:30 A.M. - 5 P.M.

DURING THE SUSPENSION YOUR CHILD IS TO **report to the following alternate placement site: 88Q988 ALC - RF Wagner HS  (718) 706-6205  located at 47-07 30th Place, Queens, NY 11101**, from 8:00 am until 2:10 pm, for alternative instruction.   You may contact the school for additional information.   Please accompany your child on the first day.

**Travel Directions to R. F. Wagner High School:**

|        |        |
|--------|--------|
| **Subway:** | **7** to 33 Street |
|        | **7, E, G, V** to 23 Street-Ely Avenue |
| **Bus:** | **Q39** to Van Dam & 48th Street; |
|        | **Q60, Q32** to Queens Blvd. and Van Dam St. |

During the suspension, your child has the right to receive homework and class work assignments. Furthermore, your child will be permitted to take any Citywide or State examinations that are administered during the suspension period for which no make up examination is permitted by the testing authority, as well as to make up school examinations that may affect your child's academic record. Please contact the Dean(s)/Assistant Principal at your child's school to arrange to do so.

Suspension is a serious step which may significantly affect your child's educational future.   It is important that you and your child attend the hearing.   If you fail to appear at the hearing, the hearing may be held in your absence.

If you do not wish to contest the charges, and want to waive your right to a hearing, you may do so by calling the   Student Suspension Office   at (718) 391-6055 .   You may withdraw your no contest plea within three (3) days from receipt of or seven (7) days from the date of the mailgram/letter confirming the plea and containing the CEO's decision, whichever is later.

1

You have the right to be represented by counsel at the hearing. Because of the seriousness of this matter, it is advisable that you seek the assistance of an attorney or advisor. A list of free and low cost legal advocacy services that you may contact is included with this letter. You have the right to have an interpreter present at the hearing. If you will need translation services please contact the Hearing Office immediately upon receipt of this letter. Every attempt will be made to provide the requested services. However, please note that the provision of this service is dependent upon advance notice and the availability of interpreters on the date and time of your hearing.   The Hearing Office will notify you prior to the date of the hearing as to whether or not it is able to provide the requested service. You may also bring your own interpreter. If the hearing office is unable to provide an interpreter and/or you are unable to bring an interpreter on the scheduled date of the hearing, you may seek an adjournment.

If you choose to be represented by counsel or an advisor, you must notify Student Suspension Office at (718) 391-6055 at least twenty-four (24) hours (one school day) prior to the hearing.

If your child has not yet been determined to be eligible for Special Education and related services, your child may be entitled to the protection of federal law (the Individuals with Disabilities Education Act, "IDEA").   Your child may be entitled to the protections that the IDEA provides if school officials had knowledge that your child was a child with a disability before the misbehavior that resulted in the disciplinary action occurred.

It is your responsibility to request IDEA protections if you think your child is entitled to them.   The determination as to whether your child is entitled to IDEA protections will be made by the CEO in accordance with the law.

If you would like more information about these IDEA protections or if you wish to request the protections for your child, please contact the CSE.

PLEASE READ THE FOLLOWING POINTS (1-11) VERY CAREFULLY IN ORDER TO FULLY UNDERSTAND THE SUSPENSION PROCESS, YOUR RIGHTS AND WHAT IS EXPECTED OF YOU.

1.   Your child must be offered a hearing within five (5) school days of the date of the suspension.   If a hearing is not scheduled within five (5) school days after the suspension began, your child has the right to return to his/her school on the sixth (6th) day of the suspension, or, with your consent, to transfer to an equivalent school program.   If the hearing is postponed at the request of the Hearing Office or a Department of Education employee, your child has the right to be reinstated, or to be transferred to an equivalent program with your consent.

2.   You have the right to ask for an adjournment of the hearing and to have it rescheduled within five (5) school days of your request.   During this period, your child's suspension will continue, and the same alternative instruction arrangements noted above will remain. If you wish to ask for an adjournment, please contact Student Suspension Office immediately at (718) 391-6055 If you are unable to attend the hearing with your child, you may designate an adult to represent you. This designation must be in writing and signed by you. It must be brought to the hearing by your representative.

3.   Prior to the hearing, you or your representative have the right to go to the school to view and obtain a copy of your child's school records including the anecdotal, permanent and guidance records, report card, transcript and all written statements relating to the incident which led to the suspension.   It is recommended that you obtain these records to prepare for the hearing.   Your representative must have your written permission to obtain your child's records.   You also have the right to obtain a copy of the Bill of Student Rights and Responsibilities, K-12.

4.   The right to view and obtain in person at the school a copy of any video recording of the incident if the school shows you or your child a video recording of the incident prior to the suspension and/or the school intends to introduce the video recording at the hearing.

5.   Your child's records, including written statements and video recordings of the incident leading to the suspension, may be introduced as evidence at the hearing.   Your child's permanent, guidance and anecdotal records may not be used as evidence to prove the charges.   If the charges are upheld, however, these records may be considered in determining the outcome of the suspension.   You may bring to the hearing any material (letters of reference/recommendation) that you would like the CEO to review.

6.   Pursuant to Chancellor's Regulation A-820, you have the right to challenge any information contained in your child's records that is inaccurate, misleading, or otherwise in violation of his/her privacy rights.   If you seek to challenge an entry that may be used by the CEO in making his/her decision, the CEO will make a preliminary decision with respect to the contested entry as part of the suspension decision. This process is not intended to substitute for the full appeal procedures outlined in Chancellor's Regulation A-820.

7.   A list of witnesses the school may ask to testify at the hearing is attached (see attached witness list). THIS LIST IS NOT BINDING. The school may choose not to call all those individuals, or to call other witnesses to testify. At the hearing, you or your representative will have the right to question the school's witnesses, introduce evidence, and present your own witnesses. IF YOU WISH TO CALL A WITNESS AND YOU ARE UNABLE TO ARRANGE FOR THAT PERSON TO ATTEND THE HEARING, YOU MAY CONTACT THE HEARING OFFICE TO HAVE A SUBPOENA ISSUED. Any requests for students or other witnesses to be subpoenaed must be made at least two (2) school days before the hearing.

8.   If the suspension is not upheld by the CEO, your child has the right to be reinstated. If the suspension is upheld, or if you plead no contest to the charges, the following dispositional options are available to the CEO, depending upon the charges sustained and your child's age:

§    Reinstatement;
§    Continued suspension for a fixed period of 6-10 school days;
§    Extended suspension for 30-90 school days with a review for early reinstatement after 30 or 60 days;
§    One-year suspension and assignment to a Second Opportunity School for students in grades 6-12 and to an alternative program for students in grades K-5, with an automatic review for early reinstatement after six months;
§    One-year suspension and assignment to a Second Opportunity School for students in grades 6-12 and to an alternative program for students in grades K-5, without the opportunity for early reinstatement.
§    Expulsion (only for general education students who turned 17 prior to the beginning of the school year, which begins July 1).

Further, the suspension may be noted permanently on your child's school records, or the CEO may decide to seal that notation and/or expunge it upon your child's graduation or permanent departure from the New York City public school system, or at some event in the future (e.g., the end of the school year) if your child has no further suspensions that are ultimately sustained.

9. You have the right to obtain a copy of the tape or transcript of the hearing.

10. You have the right to be informed of the outcome of the suspension within two (2) days of the completion of the hearing.   You also have the right to have a written decision issued within five (5) school days of the suspension hearing.

11. Further, you have the right to appeal the suspension decision.   The following is an explanation of the appeal procedure.

AN APPEAL FROM THE FINDINGS AND THE DECISION OF THE REGIONAL SUPERINTENDENT MAY BE MADE TO THE CHANCELLOR, c/o THE OFFICE OF LEGAL SERVICES, 52 CHAMBERS STREET, NEW YORK, NEW YORK 10007, ROOM 308.   THE APPEAL MUST BE MADE WITHIN 20 DAYS AFTER THE REGIONAL SUPERINTENDENT'S WRITTEN DECISION IS RECEIVED BY YOU, OR WITHIN 10 DAYS OF RECEIPT OF THE RECORD OF THE HEARING, WHICHEVER IS LATER.   THE APPEAL SHOULD EXPLAIN THE GROUNDS FOR APPEAL AND THE RELIEF YOU REQUEST.   YOU MAY REQUEST A TEMPORARY DECISION FROM THE CHANCELLOR CONCERNING YOUR CHILD'S SUSPENSION AT ANY TIME PENDING DETERMINATION OF AN APPEAL. THIS REQUEST MUST BE IN WRITING.

Sincerely,
**Elayna Konstan**
Chief Executive Officer

Enc.    Foreign Language Notice
        Charges
        Witness List
        Legal Advocacy Services List

RE: Krittika Biswas

**Charge(s)**

On February 08, 2011, at approximately 11:30 am, at John Bowne High School, Krittika Biswas

sent two emails to Jamin Kim Ross (Teacher) stating the following:

1) Dear Jamin Kim Ross: Shit, fuck, asshole, bitch, uncle fucker, damn, merde, You damned disgusting bastard, your such a pig-fucker, nobody fucks ancle quite like you. Fuck your father's asshole. Burn in hell, fat ass bitch, burn in hell!!!!!!!!!!!!!!!

2) A favor for Ms. Kim Ross From:   A fat ghetto guy who fucked Kim Ross's daughter Kim Ross is a bitch, Kim Ross is a bitch that suck fat Jewish dick. She suck it and lick it. She suck her husband's dick with her daughter. Kim Ross's man rape her own daughter. Her daughter have sex with her father and a black ghetto son of bitch. Kim Ross's daughter get fucked as she play her violin. Kim Ross's daughter get fucked as she performed her awful violin. Kim Ross's daughter is a young hooker to be, and soon will get pregnant by her favorite teacher. Kim Ross commit adultery by fucked the teacher next door. The bitch get fucked while teaching Calculus, and suck Chinese dick, Indian dick and Korean dick. Kim Ross's daughter suck random people's dick on street, she let people fuck her vagina. Please leave me your daughter's contact information so I can fuck her next time, thank you!!   Please go die, Kim Ross.

This behavior constitutes a danger to the health, safety, welfare and morals of your child and others at the school.

Re: Krittika Biswas

## **Non-Binding Witness List**

1    Jamie Kim-Ross

| ↑ Insert Fax This Way | Do not send cover sheets | | 2802675 |
|---|---|---|---|
| Do not write on back | Do not send multiple sheets at one time | ↑ | |

**New York City Department of Education**
**WRITTEN STATEMENT FORM**
FAX completed forms to (718) 935-5860

ATS:     CENTRAL\CG

| NAME | GENDER |
|---|---|
| Jamie S. Kim-Ross | F |
| STATUS | DATE OF BIRTH | |

Friday, November 19, 2010

I am writing to report a cyber incident of a student emailing me with a message that says *"Please go die, Kim Ross."* · Please see the attached.

I believe the student is from my Calculus BC class for the message also says "Your dear calculus student." The email was automatically sent from http://www.johnbowne.org/apps/staff/ by IP address 24.239.172.20 (computer id:0.24758661901631163) on Thursday, November 18, 2010 at 06:10 PM US/Eastern timezone. The email address used by the student is Fuckyou@asshole.com.

It is very clear that we have a loose cannon in our school. I am very disturbed by this email and would appreciate an immediate investigation into this matter.

Thank you very much.

Sincerely,

Jamie Kim-Ross   (Math teacher)

| PREPARATION STATEMENT | | |
|---|---|---|
| Statement by: Jamie Kim-Ross | Signature: Jamie R | |
| Date: 11/19/2010 | Telephone Number: 917-887- ■ | cell |
| | 718-263-1919 (3401) | |

Form Revision Date 7/26/2001

2937790

| Insert Fax This Way | Do not send cover sheets |
| Do not write on back | Do not send multiple sheets at one time |



**New York City Department of Education**
**WRITTEN STATEMENT FORM**
FAX completed forms to (718) 935-5860

ATS:   CENTRAL\YR

| NAME | GENDER |
| | *Female* |
| STATUS | DATE OF BIRTH | |

**STATEMENT**

My name is Jamie Kim-Ross, a math teacher at John Bowne High School. I am writing this statement to explain the sequence of events as relates to one of my former students, Krittika Biswas.

Krittika was one of my students in Calculus BC during the 2010-11 academic year. In September, she informed me that she would go to India in October for family reasons and therefore miss 2 weeks of class. I was concerned that this absence would prevent her from keeping up with the rigorous material, so I told her that she would need to make up all the homework and tests that she missed during her absence. In fact, Krittika not only failed to make up the homework and tests she had missed, but she also was absent for far more than 2 weeks' worth of class. In particular, she only attended class 6 times in October (on the 4th, 13th, 26th, 27th, 28th, and 29th) even though the class meets every day.

Towards the end of October, on one of the days when she did attend class, I spoke with her again and

**PREPARATION STATEMENT**

Statement by: Jamie Kim-Ross        Signature: *Jamie Ross*

Date: 2/16/11        Telephone Number: 917-887-▮▮▮▮

Form Revision Date 7/26/2001

Page 1 of 5

2937791

| Insert Fax This Way | Do not send cover sheets |
|---|---|
| Do not write on back | Do not send multiple sheets at one time |



**New York City Department of Education**
**WRITTEN STATEMENT FORM**
FAX completed forms to (718) 935-5860

ATS:    CENTRAL\YR

| NAME | | GENDER |
|---|---|---|
| STATUS | DATE OF BIRTH | |

**STATEMENT**

reminded her that she needed to make up the home-work and tests that she missed. I also emphasized to her that her repeated absences were likely to make it difficult for her to keep up with the material. Soon thereafter, the threatening emails began. I have attached them for your reference.

The first email arrived on Thursday 11/18/2010 at 6:10 pm to my work email address. I immediately reported it to the school administrators.

The second email arrived on Thursday 12/11/2010 at 9:29 pm. The school administration traced the email to the IP address of Krittika Biswas. The same email was sent to her gym teacher, Mr. Cahill on the same day. Although Krittika shares the same IP address with several other John Bowne students, she is the only one who had Mr. Cahill and me as teachers. Moreover, Mr. Cahill and I are the only 2 teachers of hers with whom she has or has had an academic problem. In Mr. Cahill's case, she had failed his class in the previous marking period. In my class too, Krittika was in danger of failing the class due to her absences, in-class performance, low exam scores, and having mis

**PREPARATION STATEMENT**

| Statement by: | Signature: |
|---|---|
| Date: | Telephone Number: |

Form Revision Date 7/26/2001

Page 2 of 5

2937792

| Insert Fax This Way | Do not send cover sheets |
| Do not write on back | Do not send multiple sheets at one time |

**New York City Department of Education**
**WRITTEN STATEMENT FORM**
FAX completed forms to (718) 935-5860

ATS:    CENTRAL\YR

| NAME | | GENDER |
|------|------|------|
| | | |
| STATUS | DATE OF BIRTH | |

**STATEMENT**

2 tests.

On the basis of this circumstantial evidence, the Assistant Principal of Security at our school summoned Krittika and her family the next day, Fri 12/17/2010. I was told that Krittika and her family were warned that she could face severe disciplinary measures and criminal prosecution for sending threatening or hostile emails.

In January 2011, Krittika approached me to ask for a letter of recommendation. (Many colleges suggest that a student solicit a letter of recommendation from an applicant's current math teacher) I refused explaining as nicely as I could, that I was not the best person to write the letter for she had not performed well in my class to date. I made a point of not mentioning the emails at all and of further explaining that my refusal did not have a personal motivation.

The 3rd and 4th emails arrived to my work address on Sunday 2/6/2011. The IP address was the same as before.

**PREPARATION STATEMENT**

| Statement by: | Signature: |
| Date: | Telephone Number: |

Form Revision Date 7/26/2001

Page 3 of 5

2913769

Insert Fax This Way    Do not send cover sheets

⬆                          ⬆

Do not write on back    Do not send multiple sheets at one time

**New York City Department of Education**
**WRITTEN STATEMENT FORM**
FAX completed forms to  (718) 935-5860

ATS:    CENTRAL\YR

| NAME | | GENDER |
|---|---|---|
| STATUS | DATE OF BIRTH | |

**STATEMENT**

as was one of the email addresses. The content of the emails was even worse than before.

Since the December email, I had made every effort to keep my distance from Krittika in the class. We had hardly any interaction, except for that described above. Yet, here I was receiving threatening and hostile emails from her again.

In addition to the IP address and other circumstantial evidence linking her with the emails, there are other ties between the content of the emails & Krittika. For example, the emails use the French word "merde" and the word "Calculus Student." Krittika is, to my knowledge, the only student in my Calculus class who speaks French. The emails also make reference to my daughter in a threatening and hostile manner and speak of my daughter's violin play. Only my Calculus students knew my daughter plays violin, because they were invited to see her play.

Moreover, I saw Krittika's Facebook page on 2/6/11. There was an entry on her page dated Monday 1/31/2011 at

**PREPARATION STATEMENT**

Statement by:                                Signature:

Date:                                          Telephone Number:

Form Revision Date 7/26/2001

page 4 of 5

2913769

↑ Insert Fax This Way    Do not send cover sheets ↑
Do not write on back    Do not send multiple sheets at one time

**New York City Department of Education**
## WRITTEN STATEMENT FORM
FAX completed forms to (718) 935-5860

ATS:    CENTRAL\YR

| NAME | | GENDER |
|------|--|--------|
| STATUS | DATE OF BIRTH | |

**STATEMENT**

9:25 pm in which she write "going to miss eati egg sandwiches, copyn hw in 3rd period thinkn abt gatis we can give to Ms, my daughter is a genius and plays the violin..." Another entry dated Thursday 2/3/2011 at 4:44 pm read "arre, nahin yaar! har din kim ross ki chehra dekhna parta hai, woh bhi for 2 periods, waise bhi kuch samajhme toh ata nahin, phir tane m... arti rehti hai, and do I have 1-9/ WTF? I am a senior, I am supposed to be having fun but here I am ging to skul everyday... :("

These emails have made me afraid for my personal safety, compromised my ability to perform my job, and created anxiety within my family, particularly for my two daughters who are worried that Krittika will make good on her threats against us. I urge you to take action before Krittika causes harm to others.

**PREPARATION STATEMENT**

| Statement by: | Signature: |
|---------------|------------|
| Date: | Telephone Number: |

Form Revision Date 7/26/2001

page 5 of 5

# STUDENT DISCIPLINE REPORT

### 1/3/2001   TO   2/10/2011





BISWAS, KRITTIKA

| | |
|---|---|
| ID: | ■0224 |
| HR: | 4B7 |
| DOB: | ■93 |
| AGE: | 18 |
| HOME PHONE: | ■4580 |
| CURRENT BAL: | $0.00 |

| IncidentDate | Infraction | Penalty | StartDate | EndDate | Comments |
|---|---|---|---|---|---|
| 2/10/2011 1:05 PM | _B37_Engaging in | Suspension | 02/14/11 | 02/17/2011 | AP Eutsey.student intimidating Kim Ross(teacher) |
| 2/7/2011 9:32 AM | 407 LTA Open Case | escort to room 111 | | | guidance alert do not send to cla escort to room 111 |
| 1/19/2010 9:30 AM | Printing of New ID | None at the current time | | | Printing of New ID |
| 12/15/2009 10:23 | Printing of New ID | None at the current time | | | Printing of New ID |

 

December 17, 2010
12:06:43PM

NYC Department Of Education
## Student Program Card

JOHN BOWNE HIGH SCHOOL

| | | | |
|---|---|---|---|
| School: **25Q425** | School Year: **2010** | Term ID: **1** | |
| | | Gender: F    Student ID: ■■0224    Grade Level: 11 | Official Class: 307 |
| Name: BISWAS, KRITTIKA | | Select Option: Group Id: ■■353 | Official Room: |
| Sorted By:  Student Name | | Counselor: PRETTITORE, LAUREN | Omit Room #: Yes |

| Period | Course Code | Section | Course Name | Teacher | Room # | Cycle Day |
|--------|-------------|---------|-------------|---------|--------|-----------|
| 1 | H7 | 1 | US GOVERNMENT | INGRASSIA | 322 | MTWRF |
| 2 | PLJS | 7 | JR SR PHYS ED | COHILL | GYMB | MTWRF |
| 3 | ZLUN | 1 | LUNCH | LUNCH | CAFT | MTWRF |
| 4 | MC1XBC | 1 | CALC 1 AP BC | KIM ROSS | 338 | MTWRF |
| 5 | MC1XBC | 1 | CALC 1 AP BC | KIM ROSS | 338 | MTWRF |
| 6 | E7S | 1 | SHAKESPEARE 1 | DRANGEL | 227 | MTWRF |
| 7 | SC1X | 1 | CHEMISTRY 1 AP | TOLEDO | 208 | MTWRF |
| 8 | SC1X | 1 | CHEMISTRY 1 AP | TOLEDO | 208 | MTWRF |
| 9 | H3 | 9 | GLOBAL 10 TERM 1 | CEDENO RODRIGUEZ | 319 | MTWRF |

© 2010 Copyright NYC Department Of Education

Student Program Cards

December 17, 2010
12:06:43PM



NYC Department Of Education
## Student Program Card



*February 09, 2011*

*9:03:57AM*

JOHN BOWNE HIGH SCHOOL

| | | | |
|---|---|---|---|
| School: **25Q425** | School Year: **2010** | Term ID: **2** | |

Name: BISWAS, KRITTIKA — Gender: F — Student ID: 2▮▮0224 — Grade Level: 12 — Official Class: 4B7

Sorted By: Student Name — Select Option: Group Id ▮▮187 — Room:

Counselor: PRETTITORE, LAUREN — Omit Room #: Yes

| Period | Course Code | Section | Course Name | Teacher | Room # | Cycle Day |
|--------|-------------|---------|-------------|---------|--------|-----------|
| 1 | H8X | 1 | AP ECONOMICS | LEVY I | 316 | MTWRF |
| 2 | AAG2 | 1 | GRAPHICS 2 | STEVENS | B-15 | MTWRF |
| 3 | PE3 | 1 | PHYS ED PD 3 | BERTHEL | GYMW | MTWRF |
| 4 | ZLUN | 2 | LUNCH | LUNCH | CAFT | MTWRF |
| 5 | H4 | 4 | GLOBAL 10 TERM 2 | CEDENO RODRIGUEZ | 319 | MTWRF |
| 6 | E8S | 1 | SHAKESPEARE 2 | DRANGEL | 227 | MTWRF |
| 7 | SC2X | 1 | CHEMISTRY 2 AP | TOLEDO | 208 | MTWRF |
| 8 | SC2X | 1 | CHEMISTRY 2 AP | TOLEDO | 208 | MTWRF |

© 2011 Copyright NYC Department Of Education

Student Program Cards



THIS WAS PROVIDED BY SCHOOL AFTER SUSPENSION

| Student ID | Student Last Name | First Name | House Number | Street Name | Boro | State | Zip | Floor Nbr | Status |
|---|---|---|---|---|---|---|---|---|---|
| 215008384 | | EFRAIN | 137-60 | 45 AVENUE | Q | NY | 11355 | | A |
| 215008517 | | ANDRES | 137-60 | 45 AVENUE | Q | NY | 11355 | | A |
| 220603690 | | JONATHAN | 137-60 | 45 AVENUE | Q | NY | 11355 | | A |
| 265536078 | | MARLON | 137-60 | 45 AVENUE | Q | NY | 11355 | | A |
| 266600848 | | JEANPIERRE | 137-60 | 45 AVENUE | Q | NY | 11355 | | A |
| 269546802 | | JEAN CARLO | 137-60 | 45 AVENUE | Q | NY | 11355 | | A |
| 223350224 | | KRITTIKA | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 274608421 | | FATHIMA | 43-12 | COLDEN STREET | Q | NY | 11355 | | A |
| 223488644 | | AMANDEEP | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 220019996 | | SNEHA | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 225592884 | | LAKSHMI PRIYA | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 226790285 | | SHAMIKA | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 220019970 | | RACHITA | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 220289128 | | ABHISHEK | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 269334439 | | HERSH | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 220001549 | | SNIGDHA | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 220475008 | | ATIKA | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 221385164 | | QIMING | 43-16 | COLDEN STREET | Q | NY | 11355 | | A |
| 221309289 | | ASIF | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |
| 220835409 | | MENGKE | 43-23 | COLDEN STREET | Q | NY | 11355 | | A |

# STUDENT DEMOGRAPHICS REPORT





| | BISWAS, KRITTIKA |
|---|---|

HR:    4B7

GRADE:   220

ACADEMY:   School

STUDENT ID:   ██0224

STREET:    43-23 COLDEN STREET

CITY:    FLUSHING

STATE:    N

ZIP:    11355

HOME PHONE:    ██4580                 DOB:   ██92

WORK PHONE:                    ENROLLMENT DATE:   12/04/2009

SSN:    ██0224                  GENDER:   F

ADVISOR:                     ETHNICITY:

BUS:                       INTENSITY:

LUNCH TYPE:

## GUARDIAN(S) INFORMATION

| Guardian Name | Street | City | State | Zip |
|---|---|---|---|---|
| RUMA BISWAS | ████████ | FLUSHING | NY | 11355 |
| Relationship | Home Phone | Work Phone | | ParentEMail |
| Guardian | ██████ | | | |

Cohill Ivan V (77Q425)

**From:**      Rossey Charlesron [automailer@educationalnetworks.net]

**Sent:**  Thu 12/16/2010 9:30 PM

**To:**        Cohill Ivan V (77Q425)
**Cc:**
**Subject:**    Dear Ivan Cohil
**Attachments:**

This email is automatically sent from http://www.johnbowne.org/apps/pages/index.jsp?uREC_ID=114821&type=u by IP address 24.239.172.20 (computer id: 0.5855546972859657) on Thursday, December 16, 2010 at 09:30 PM US/Eastern timezone

From: Rossey Charlesron <Theone@yahoo.com>
Subject: Dear Ivan Cohil

Dear Ivan Cohill(gym teacher):
shit
fuck
asshole
bitch
mother fucker
damn
merde
You damned disgusting bastard
your such a pig-fucker
nobody fucks aunt quite like you
Fuck your mother's asshole
Burn in hell, fat ass bitch, burn in hell!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

# EXHIBIT "5"