GENERAL AFFIDAVIT

**State of New York**

**County of** NASSAU

**BEFORE ME**, the undersigned Notary, PETER J GAMBITSKY , on this TENTH *[day of month]* day of MARCH *[month]*, 20 11, personally appeared GLEB LIFERENKO *[name of affiant]*, known to me to be a credible person and of lawful age, who being by me first duly sworn, on HIS *[his or her]* oath, deposes and Submitted the attached two page affidavit and exhibits bearing my notary stamp which set forth affiant's statement of facts, along with four page exhibit 'A' and two page exhibit 'B'

*[signature of affiant]*

GLEB LIFERENKO

*[typed name of affiant]*

75 OLD STAGE RD

*[address of affiant, line 1]*

GRANVILLE, VT 05747

*[address of affiant, line 2]*

Subscribed and sworn to before me, this TENTH *[day of month]* day of MARCH *[month]*, 20 11.

*[Notary Seal:]*

*[signature of Notary]*

PETER J GAMBITSKY

*[typed name of Notary]*
NOTARY PUBLIC

Peter J Gambitsky
Notary Public, State of New York
No. 01GA...
Qualified in Suffolk County
Commission Expires NOV 14 | 2014

My commission expires: NOVEMBER 14, 2014.

# **Affidavit**

State Of Vermont
County of Addison, SS:

Gleb Liferenko, being duly sworn, deposes and says the following under penalty of
perjury:

1) Qualifications:

Experience:
   May 2001 - present  - CES Computer Solutions, Inc., Plainview, NY; Lead Software
Engineer;
   Nov 2000 - May 2001 - Kean, Inc., NY, NY; Sr Consultant for Optimum Logistics/Stolt
Nielsen;
   Dec 1999 - Nov 2000 - i:FAO AG (former Intransco), Sofia, Bulgaria; Sr Software
Engineer;
   Jul 1999 - Dec 1999 - Intransco, Inc., Sofia, Bulgaria; Sr Software Engineer;
   Apr 1999 - Jul 1999 - BSS (former Insession), Sofia, Bulgaria; Sr Software Engineer;
   Jan 1998 - Apr 1999 - Insession, Ltd., Sofia, Bulgaria; Sr Software Engineer;
   May 1994 - Jan 1998 - Point L, Ltd., Sofia, Bulgaria; Software Engineer;
   Dec 1993 - May 1994 - SBS, Inc., Sofia, Bulgaria; Computer Hardware Technician;
   Sep 1989 - May 1990 - Public Transportation Company, Zhitomir, USSR; Computer
Hardware Technician.

Education:
   Sep 1990 - May 1995 - Technical University of Sofia, Bulgaria; BS in Computer
Science.

Affiliations:
   Association for Computing Machinery (ACM) Professional Member:
http://member.acm.org/~gliferenko

2) I have examined an email from the home computer of Mr. Debashish Biswas located at
█████████████████████ Flushing, NY 11355, and determined that the IP address
is 72.229.54.162, which belongs to the network of Road Runner LLC. Attached hereto as
exhibit A.

3) I have examined the three emails supplied by the John Bowne High School as part of
the charges against  Ms. Krittika Biswas, to wit:

a)      Email dated 12/16/2010 at 9:25 PM



Gleb Liferenko
75 Old Stage Rd
Granville, VT 05747

Apr 18, 2011

Debashish Biswas
████████████
Flushing, NY 11355

CC:
Ravi Batra Law Firm
142 Lexington Avenue
NY, NY 10016-8108

Dear Mr. Biswas,

Below please find my invoice for expert witness services and travel expenses on 03/03/11 - 03/04/11 and 03/10/11 - 03/11/11 in connection with Krittika's case:

Review and deposition (8hrs at $300.00) - $2400.00
Mileage (2 roundtrips of 660 miles from Granville, VT to NY, NY at 51c/mile) - $673.20
Road tolls (2 trips at $26.00) - $52.00
Meals (4 at $15.00) - $60.00
Hotel (2 nights at $89.00) - $178.00

Total - $3363.20

Yours Sincerely,

Gleb Liferenko

From: Rossey Charlesron <Theone@yahoo.cmo>
To: Cohill Ivan V (77Q425)
Subject: Dear Ivan Cohill

b)    Email dated 2/6/2011 at 1:06 PM
      From: Clark Powel <clark32@yahoo.com>
      Subject: A favor for Ms Kim Ross

c)    Email dated 2/6/2011 at 5:34 AM
      From: John Bowne high school <theone@yahoo.com>
      Subject: Dear Jamie Kim Ross (Calculus teacher)


The emails have an IP address different from the IP address at Mr. Biswas home, to wit: 24.239.172.20, which belongs to the network of Earthlink Inc. Attached hereto as exhibit B.


4) With a reasonable degree of certainty, based on my knowledge of the operating principles of the Internet and networking software, I can state that the 3 emails charged allegedly to Krittika Biswas did not originate from her computer at home.


Gleb Liferenko

## Exhibit A

Delivered-To: gleb.liferenko@gmail.com
Received: by 10.42.83.144 with SMTP id h16cs9129icl;
Sun, 13 Feb 2011 14:27:56 -0800 (PST)
Received: by 10.143.40.12 with SMTP id s12mr2544919wfj.2.1297636075295;
Sun, 13 Feb 2011 14:27:55 -0800 (PST)
Return-Path: <debashishr@rediffmail.com>
Received: from rediffmail.com (f4mail201.rediffmail.com [202.137.234.201])
by mx.google.com with SMTP id x22si4746039wfd.89.2011.02.13.14.27.53;
Sun, 13 Feb 2011 14:27:54 -0800 (PST)
Received-SPF: pass (google.com: domain of debashishr@rediffmail.com designates
202.137.234.201 as permitted sender) client-ip=202.137.234.201;
DomainKey-Status: good (test mode)
Authentication-Results: mx.google.com; spf=pass (google.com: domain of
debashishr@rediffmail.com designates 202.137.234.201 as permitted sender)
smtp.mail=debashishr@redif
Received: (qmail 50046 invoked by uid 510); 13 Feb 2011 22:25:39 -0000
Comment: DomainKeys? See http://antispam.yahoo.com/domainkeys
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=redf; d=rediffmail.com;
b=YNUZQ7kAYZ8JLX89CdkdocK2wzCII10LZeEZMSiASHpoU0hIEUfIxVKOmXqS
XnGpI0o5TdWzBZgTD1NHEmPduGxB7gmVP76jKMw7pGYl7o+aDcY+elgREM00+h
QVcht/tT+d4Xz1UkfT5EjrXcnBRTFS64g2HD9bfFgcJJQ
X-CTCH-Spam: Unknown
X-CTCH-VOD: Unknown
X-CTCH-Flags: : 0
X-CTCH-RefID: str=0001.0A150203.4D585AE8.004B,ss=1,fgs=0
Date: 13 Feb 2011 22:25:38 -0000
MIME-Version: 1.0
To: <gleb.liferenko@gmail.com>
Received: from unknown 72.229.54.162 by rediffmail.com via HTTP; 13 Feb 2011
22:25:38 -0000
Message-ID: <1297635418.S.4920.23452.F.H.TkdsZWIgTGlmZXJlbmtvAFJFOg__.f4-
234-184.bulk.1297635938.8565@webmail.rediffmail.com>
Subject: =?utf-8?B?Rnc6IFJFOg==?=
From: "debashish biswas" <debashishr@rediffmail.com>
Content-Type: multipart/mixed;
boundary="=_1ffc29765607f1d4bdaf112b1de4e328"
--=_1ffc29765607f1d4bdaf112b1de4e328
Content-Type: multipart/alternative;
boundary="=_c7486d2dee132d3821bf81e978a32fe5"
--=_c7486d2dee132d3821bf81e978a32fe5
Content-Transfer-Encoding: 7bit
Content-Type: text/plain; charset="UTF-8"
thanks. forwarded as advised.



Note: Forwarded message attached
-- Original Message --
From: "Gleb Liferenko" g_liferenko@servicespan.net
To: "debashish biswas" debashishr@rediffmail.com
Subject: RE:
Debashish
--=_c7486d2dee132d3821bf81e978a32fe5
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset="UTF-8"
thanks. forwarded as advised.<br />
<br />
Note: Forwarded message attached<br />
<br />
-- Original Message --<br />
<br />
From: "Gleb Liferenko" g_liferenko@servicespan.net<br />
To: "debashish biswas" debashishr@rediffmail.com<br />
Subject: RE:<br><br>Debashish<br><br><Table border=3D0 Width=3D644 Height=3D57 =
cellspacing=3D0 cellpadding=3D0 style=3D"font-family:Verdana;font-size:11px=
;line-height:15px;"><TR><td><A HREF=3D"http://sigads.rediff.com/RealMedia/a=
ds/click_nx.ads/www.rediffmail.com/signatureline.htm@Middle?" target=3D"_bl=
ank"><IMG SRC=3D"http://sigads.rediff.com/RealMedia/ads/adstream_nx.ads/www=
.rediffmail.com/signatureline.htm@Middle"></A></td></TR></Table>
--=_c7486d2dee132d3821bf81e978a32fe5--
--=_1ffc29765607f1d4bdaf112b1de4e328
Content-Transfer-Encoding:
Content-Type: message/rfc822;
name="ForwardedMessage";
Content-Disposition: inline;
filename="ForwardedMessage";
Return-Path: <g_liferenko@servicespan.net>
X-IN-CTCH-Spam: Unknown
X-IN-CTCH-VOD: Unknown
X-IN-CTCH-Flags: : 0
X-IN-CTCH-RefID: str=0001.0A150204.4D5858DD.0125,ss=1,fgs=0
X-REDIFF-SENDER-VERIFY: D=-2, P=D
by 0 with SMTP; 13 Feb 2011 22:16:57 -0000
Sun, 13 Feb 2011 17:18:59 -0500
X-MimeOLE: Produced By Microsoft Exchange V6.5
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----_=_NextPart_001_01CBCBCC.02B8F575"
Subject: RE:
https://mail.google.com/mail/?ui=2&ik=0a56987d...
1 of 2 03/02/2011 12:57 PM

Message-ID:
<2047ABD39ABE6D44B6EB2282188445360194C0B3@EXMAIL01.asp.local>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Index: AcvLycoBo+ApOsxwQRmNxVcYPDHIwAAAb03a
References: <20110213220041.32483.qmail@f4mail208.rediffmail.com>
From: "Gleb Liferenko" <g_liferenko@servicespan.net>
To: "debashish biswas" <debashishr@rediffmail.com>
Return-Path: g_liferenko@servicespan.net
X-OriginalArrivalTime: 13 Feb 2011 22:18:59.0190 (UTC)
FILETIME=[02DB8960:01CBCBCC]
This is a multi-part message in MIME format.
------_=_NextPart_001_01CBCBCC.02B8F575
Content-Type: text/plain;
charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
Hi,
Could you please forward this email once again to =
gleb.liferenko@gmail.com ? This way I will be sure I'm getting all the =
headers.
--
Regards,
Gleb
-----Original Message-----
From: debashish biswas [mailto:debashishr@rediffmail.com]
Sent: Sun 2/13/2011 5:00 PM
To: Gleb Liferenko
Subject:=20
=20
forwarding at the request of Amit Sikdar
------_=_NextPart_001_01CBCBCC.02B8F575
Content-Type: text/html;
charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 3.2//EN">
<HTML>
<HEAD>
<META HTTP-EQUIV=3D"Content-Type" CONTENT=3D"text/html; =
charset=3Diso-8859-1">
<META NAME=3D"Generator" CONTENT=3D"MS Exchange Server version =
6.5.7654.12">
<TITLE>RE: </TITLE>
</HEAD>
<BODY>
<!-- Converted from text/plain format -->
<P><FONT SIZE=3D2>Hi,<BR>

<BR>
Could you please forward this email once again to =
gleb.liferenko@gmail.com ? This way I will be sure I'm getting all the =
headers.<BR>
<BR>
--<BR>
Regards,<BR>
<BR>
Gleb<BR>
<BR>
<BR>
-----Original Message-----<BR>
From: debashish  biswas [<A =
HREF=3D"mailto:debashishr@rediffmail.com">mailto:debashishr@rediffmail.co=
m</A>]<BR>
Sent: Sun 2/13/2011 5:00 PM<BR>
To: Gleb Liferenko<BR>
Subject:<BR>
<BR>
forwarding at the request of Amit Sikdar<BR>
<BR>
</FONT>
</P>
</BODY>
</HTML>
------_=_NextPart_001_01CBCBCC.02B8F575--
--=_1ffc29765607f1d4bdaf112b1de4e328--
https://mail.google.com/mail/?ui=2&ik=0a56987d...
2 of 2 03/02/2011 12:57 PM

Peter J. Gambitsky
Notary Public, State of New York
No. 01GA5785000
Qualified in Suffolk County
Commission Expires  1/15/20

# Exhibit B

| | |
|---|---|
| **From:** | Rossey Charleston [charleston-ro@abdsm-newco.net] | **Sent:** Thu 1/19/2006 6:25 PM |
| **To:** | Cohl Ivan 1-9(248) |
| **Cc:** | |
| **Subject:** | Dear Ivan Cohl |
| **Attachments:** | |

http://www.photo.amica.terpadages.com.sph_fu20.ftr/1460c5&jpg&q...

**From:** Rossey Charleston [charleston-ro@yahoo.com]
**Subject:** Dear Ivan Cohl

Dear Ivan Cohl (gym teacher)
shit
fuck
asshole
bitch
mother fucker
damn
merde
You damned disgusting bastard
your such a pig-fucker
nobody fucks aunt quite like you
Fuck your mother's asshole
Burn in hell, fat ass bitch, burn in hell!!!!!!!!!!!!!!!!!!!!!!!

Peter J. Gombicky
Notary Public, State of New York
L. 01GA685500
Qualified in Suffolk County
Commission Expires _____ (29 y...

This email is normally sent from

http://www.whoar.com/ to [illegible] on [illegible] of [illegible] by IP address [illegible] on computer at [illegible] on Tuesday, February 2, 2011 at 10:23 AM US Eastern time zone.

From: Calvin [illegible]
Subject: Aware [illegible]

From: A [illegible] you are famous for Ross's daughter
For Ross so well it. Kim Ross is under the justice [illegible] She will at last let it you to. Her husband's divorce with her daughter. Kim Ross is going, her name is either she's daughter have revolt her father and blast ghetto tits of Dear Kim Ross. Daughter got fucked as to plochen while Kim Ross's daughter got fucked as to perform, her and master. Kim Ross's daughter is to bang school to be, and so she'll get pregnant by her bounty to her Kim Ross, pregnant child is by fucked the teacher next door. The bitch got fucked while teaching because she'll go. Kim even to a kid and fick an't know dick. Kim Ross's daughter too random single and she'll [illegible] to be a pedo fuck her magna. Please leave me your daughter's contact information so I can fuck her next time. Thank you!!

****************************************************

This email is automatically sent from

http://www.whoar.com/ to [illegible] [illegible] of [illegible] by IP address 24.229.172.204 computer at [illegible] on Sunday, February 1, 2011 at 6:30 AM US Eastern time zone.

From: John Bourne high school drama@whoar.com
Subject: Dear Jamin Kim Ross (Calculus teacher)

shit

fuck

asshole

bitch

uncle fucker

damn

merde

you damned disgusting bastard

your such a pig fucker

nobody fucks uncle quite like you

fuck your father's asshole



# EXHIBIT "6"

Gleb Liferenko
75 Old Stage Rd
Granville, VT 05747

Apr 18, 2011

Debashish Biswas
██████████████
Flushing, NY 11355

CC:
Ravi Batra Law Firm
142 Lexington Avenue
NY, NY 10016-8108

Dear Mr. Biswas,

Below please find my invoice for expert witness services and travel expenses on 03/03/11 - 03/04/11 and 03/10/11 - 03/11/11 in connection with Krittika's case:

Review and deposition (8hrs at $300.00) - $2400.00
Mileage (2 roundtrips of 660 miles from Granville, VT to NY, NY at 51c/mile) - $673.20
Road tolls (2 trips at $26.00) - $52.00
Meals (4 at $15.00) - $60.00
Hotel (2 nights at $89.00) - $178.00
-
Total - $3363.20

Yours Sincerely,

Gleb Liferenko

EXHIBIT "7"

Subj:      **Fw:**
Date:      5/3/2011 4:18:51 P.M. Eastern Daylight Time
From:      ravi@ravibatralaw.com
To:        Ravibatralaw@aol.com
Sent on the Sprint® Now Network from my BlackBerry®

**From:** "Kwait Howie (25Q425)" <HKwait@schools.nyc.gov>
**Date:** Tue, 15 Mar 2011 14:07:11 -0400
**To:** <ravi@raviBatralaw.com>
**Cc:** Eutsey Naomi (25Q425)<NEutsey@schools.nyc.gov>
**Subject:** FW:

As you requested when we spoke.

*Howard Kwait*
*Principal*
*John Bowne H.S.*
*718-263-1919*
HKwait@schools.nyc.gov

**From:** Fernandez Fernando
**Sent:** Tuesday, March 15, 2011 1:23 PM
**To:** Kwait Howie (25Q425); Albert Jennifer
**Subject:**

Please see attachment

**Fernando Fernandez**
Community Associate
New York City Department of Education
Office of School and Youth Development
Queens Student Suspension Hearings
28-11 Queens Plaza North, 2nd Floor
Long Island City, NY  11101



# THE NEW YORK CITY DEPARTMENT OF EDUCATION

JOEL I. KLEIN, *Chancellor*

Office of Student Intervention and Development
Student Suspension Hearings
28-11 Queens Plaza North ● Long Island City, NY 11101
Seth Rosenkrantz, Director
Emil T. Micha III, Supervising Attorney

(718) 391-6055  Voice
(718) 391-6022  Fax

March 15, 2011

Debashish Biswas
████████
Flushing, NY  11355

RE:         Krittika Biswas
SCHOOL:     John Bowne HS
OSIS No.:   ████ ) 224
SOHO No.:   11-27-42043

Dear Debashish Biswas:

Please be advised that:

- The charge(s) and suspension regarding your child, Krittika Biswas, have been withdrawn by the Superintendent;

- the suspension will be expunged from your child's records immediately.

If you have any questions about this disposition or your child's placement, please call the Hearing Office at (718) 391-6055.

Approved: *s/Elayna Konstan,*
**Chief Executive Officer**

# EXHIBIT "8"

### To Whom It May Concern

I, Deboleena Kanjilal, have known Krittika Biswas since 2007. Kriitika and I went to the same High school in India, The Cambridge School, and Kolkata. She was a year junior to me but we both were still very well acquainted.  After many months, in December 2009, I met Krittika at Queens Library in Flushing.  I met her family soon and ever since then, I have been very close to Krittika and her family.

On 6th February 2011, at 12.25 pm, Krittika and I left Krittika's residence to go to Target at the Sky View Mall at College Point Boulevard.  We walked through Main street via Stanford Avenue to the cross-section of College point Boulevard and 40th Rd. It was Krittika's younger brother's birthday next day (02.07.2011) so we had gone to shop for his birthday party, which was being held the next day at Krittika's residence. We entered Target around 12.45pm and were there till 1.30pm. We were interested in party decorations and even though we found good amount of decorations, we wanted to see if Bjs was cheaper.  So we took the elevator to the "A" level where Bjs is located. We bought meat, milk, burger buns and chocolates.

At 2.30pm, I made a call to Krittika's mother to ask her about the type of meat we should buy. Then, we bought all the required goods and stood in line at the cash register. The bill was $121.90. Krittika was short on cash and so I paid the amount by my VISA debit card.  We then waited for someone to reassemble a shopping cart we had just brought. The Bjs manager couldn't find anybody. After 15misn of waiting, she finally managed to convince one if the doormen to assemble it. We left Bjs at around 3.20 and went to Target, this time using the elevators directly in front of Bjs to go to the fifth floor, where the back entrance of target is located.

As we came out of the elevator, we met two acquaintances from the Consulate General of India. After greeting them, we ran inside target only to realize that our shopping cart was not assembled properly and one of the shooping cart's wheels had come off. We spent 10min fixing it by ourselves. We then headed to the party section and bought all the required decorations and birthday hats. At 4.15, we left Target and then walked all the way to Western Beef, located near Maple Ave and College Point Boulevard. We were at Western beef till 5pm and then we proceeded to go back to Krittika's house. We were delayed on the way, as the shopping trolley kept moving violently. We reached Krittika's house at 5.15pm.

*Debaleena Kanjilc.*

Subscribed and sworn to before me
this  07th  day of *MARCH 2011*.

Notary Public

HONG WU JIANG
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
NO. 01H06189625
FILED IN QUEENS COUNTY
COMMISSION EXPIRES JUNE 30 2012

# BJ's Wholesale Club

*KRITTIKA'S BILL*

## Purchase History Report for Member █████8101

### Between   Feb 6 2011   And   Feb 6 2011

Purch Date  Feb 6, 2011

Club #  206

| Transaction# | Register | Dept. | Style | Descr. | Return/Void | Rebate | Qty. | Payment |
|---|---|---|---|---|---|---|---|---|
| 5480 | 5 | 192 | 684077 | STEEL GROCERY  CART WITH BAG | | | 1 | $29.99 |
| | | 140 | 319740 | ARNOLD HAMBRG  ROLL 16PK | | | 1 | $2.99 |
| | | 140 | 319740 | ARNOLD HAMBRG  ROLL 16PK | | | 1 | $2.99 |
| | | 12 | 022603 | W FARMS  24 CT XLG WHITE EGGS | | | 1 | $2.99 |
| | | 125 | 982944 | COOKED 26-30CT SHRMP THAILAND | | | 1 | $15.48 |
| | | 25 | 982196 | PERDUE TENDERS CHICKEN | | | 1 | $12.77 |
| | | 22 | 016563 | CILANTRO      6/2.5 OZ | | | 1 | $2.99 |
| | | 14 | 025422 | W FARMS 128 OZ OJ FROM CONCNT | | | 1 | $3.99 |
| | | 25 | 982290 | PERDUE GROUND  TURKEY | | | 1 | $7.19 |
| | | 25 | 982290 | PERDUE GROUND  TURKEY | | | 1 | $7.24 |
| | | 42 | 024369 | HERSHEY 52 OZ ASSORT NUGGETS | | | 1 | $10.29 |
| | | 44 | 023522 | BARILLA 6/1 LB ANGEL/LINGUINE | | | 1 | $6.49 |
| | | 126 | 024542 | CASUL GRMT 32Z CHKN SAUSAGE | | | 1 | $9.49 |
| | | 31 | 003580 | DOMINO   4 LB LIGHT BRWN SGR | | | 1 | $3.49 |

| | | |
|---|---|---|
| | Price | $118.38 |
| Total Visit | Tax | $3.57 |
| 14 | Payment | $121.95 |

## Payment with Taxes and Tender Type

| Purch Date | Club | Transaction# | Register# | Payment Amount | Tax Amount | Tender Description |
|---|---|---|---|---|---|---|
| Feb 6, 2011 | 206 | 5480 | 5 | $121.95 | $3.57 | VISA |

TIME — 2:39 PM



KRITTIKA'S BILL

The Meat SuperMarket (718) 539-4900
14 44 COLLEGE POINT BLVD  QUEENS NY

**Refunds With This Receipt**
Please Check Your Bags Before Leaving

```
        WB 10CT DEEP DSNGA         2.99 T
        WB PLAIN BREADCRUM         1.49 F
        WB PLAIN BREADCRUM         1.49 F
        WB 100% WHT BREAD          1.69 F
  3.31 lb @ 0.79 /lb
WT      CABBAGE(USA)               2.61 F
  4 @ 4/2.00
        CUCUMBER  MEXICO           2.00 F
        COKE 2LT (CONTOLR)         1.58 B
BD      BOTTLE DEPOSIT             0.05 F
        COKE 2LT (CONTOLR)         1.58 B
BD      BOTTLE DEPOSIT             0.05 F
  3.59 lb @ 0.89 /lb
WT      POT LOOSE IDAHO            3.20 F
S  670  COKE CPN                   0.70-B
S  670  COKE CPN                   0.70-B
        TAX                        0.42
  **** BALANCE                    17.75
        LF FOOD COLORING           2.59 F
  1 @ 4/5.00
        WB MARINARA SPAUS          1.25 F
        WB CHOC SYRUP SUZ          1.69 F
        S/T CRSH RED PEPPE         0.99 F
        HERSHEY COCOA              3.49 F
        WB EVAP MILK               0.75 F
        ARM&HAMMER BAKING          0.99 T
        FLEISCHMNS RRYEFST         2.19 F
        GOLD MEDAL FLOUR A         1.69 F
        THYME HERB                 1.49 F
        TAX                        0.51
  **** BALANCE                    34.96
        Cash                      40.00
        CHANGE                     5.04
  TOTAL NUMBER OF ITEMS SOLD =       22
  02/06/11 05:24pm 2 11  108 411
```

Your Checker Today Is MICHAEL HERBER
YOU SAVED $ 1.40  IN COUPONS TODAY!

**\*\*\* SALES DATE \*\*\***

Look for next weeks super values
Beginning Friday thru Thursday

Quality and Savings Always with
Western Beef



EXPECT MORE. PAY LESS.

FLUSHING - 347-532-9942
02/06/2011 04:12 PM  EXPIRES 05/07/11

```
GROCERY
284110663    MP SHREDDED   FN    $0.99
             Saved $1.35 off $2.34
284110677    MP SINGLES    FN    $4.74
             2 @ $2.37 ea

HOME
253040048    UP NAPKINS     T    $2.99
253050009    UP CUTLERY     T    $2.99
253050307    UP CUPS        T    $2.99
253050310    UP PLATES      T    $2.99

STATIONERY-OFFICE
053010068    OPP BAGS       T    $7.35
             15 @ $0.49 ea
053032038    BANNER         T    $2.04
053030346    PARTY HATS     T    $3.98
             2 @ $1.99 ea
053031522    BDAY CANDLE    T    $1.98
             2 @ $0.99 ea
081040331    10CT CRAYOLA   T    $3.04

               SUBTOTAL        $36.0
     NY TAX 8.8750% on $30.35   $2.6
                  TOTAL        $38.7

           CASH PAYMENT       $40.0
           CHANGE DUE          $1.2
```

↓ INDICATES SAVINGS

1037-2451-0072-6926-3 VCD#750-283-

Thanks! Your purchase
helps give 5% of our
income to communities

DEBOLEENA KANJILAL                                    Account Number: 00000 ███████ 

## CHECKING SUMMARY

|                              | AMOUNT    |
|------------------------------|-----------|
| Beginning Balance            | $437.68   |
| Deposits and Additions       | 126.47    |
| ATM & Debit Card Withdrawals | - 353.17  |
| **Ending Balance**           | $210.98   |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION                |        | AMOUNT   |
|-------|----------------------------|--------|----------|
| 02/10 | ATM Cash Deposit           |        | $100.00  |
| 02/24 | New York State  Dir Dep    | PPD ID: ███████ | 26.47 |
| **Total Deposits and Additions** |  |  | **$126.47** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE  | DESCRIPTION                                                      | AMOUNT  |
|-------|-----------------------------------------------------------------|---------|
| 01/28 | Card Purchase With Pin  01/28 Target T2451 Flushing Flushing NY Card 1028 | $17.24 |
| 01/31 | Card Purchase            01/28 U R* Dunkin #345537    New York NY Card 1028 | 2.00 |
| 01/31 | Card Purchase With Pin  01/31 Mta Vending Machines 212-Metroca NY Card 1028 | 20.00 |
| 02/04 | Card Purchase With Pin  02/04 Mta Vending Machines 212-Metroca NY Card 1028 | 2.50 |
| 02/07 | Card Purchase            02/03 U R* Metropolitan Food New York NY Card 1028 | 1.40 |
| 02/07 | Card Purchase            02/04 U R* Patel Brothers Flushing NY Card 1028 | 6.48 |
| 02/07 | Card Purchase            02/06 U R* Arby's #7362   Fresh Meadow NY Card 1028 | 3.27 |
| 02/07 | Card Purchase            02/06 U R* Arby's #7362   Fresh Meadow NY Card 1028 | 1.09 |
| 02/07 | Card Purchase With Pin  02/05 Staples, Inc. Jackson Heigh NY Card 1028 | 1.00 |
| 02/07 | Card Purchase With Pin  02/05 Staples, Inc. Jackson Heigh NY Card 1028 | 2.99 |
| 02/07 | ATM Withdrawal            02/06 4258 Main St Flushing NY Card 1028 | 20.00 |
| 02/07 | Card Purchase            02/06 U R* Bj's Wholesale # 2 Flushing NY Card 1028 | 121.95 |
| 02/07 | Recurring Card Purchase 02/05 U R* Nfi*Www.Netflix.Com CA Card 1028 | 7.99 |

STATEMENT OF MS. DEBOLEENA KANJILAL
INDICATING PAYMENT MADE BY HER AT BJ's
USING HER CREDIT CARD.

# EXHIBIT "9"

## **AFFIDAVIT**

I, RAVICHANDRAN KALYANASUNDARAM, BEING DULY SWORN, DEPOSES AND SAYS THE FOLLOWING UNDER PENALTY OF PERJURY:

I MET MS. KRITTIKA BISWAS AND HER FRIEND MS. DEBOLEENA KANJILAL AT SKY VIEW PARK MALL, COLLEGE POINT BOULEVARD, FLUSHING AROUND 3.25 PM ON 6TH FEBRUARY, 2011 (SUNDAY) NEAR THE ELEVATOR WHILE I WAS GOING FROM TARGET STORE TO BJ'S STORE LOCATED IN THE SAME MALL.

Sworne to me this 7th day
of March, 2011

*[signature]*

CARMEN L. JIMENEZ
Notary Public, State of New York
No. 01JI6073297
Qualified in New York County
Commission Expires July 29, 20 14

*[signature]*

(RAVICHANDRAN K.)

Cell: ███████ 5469

MR. RAVI CHANDRAN'S BILL

```
            BJ'S WHOLESALE CLUB
       131-07 40TH RD - SUITE A100
              FLUSHING, NY
              347-625-2959


            0206 024 9249     02/C
CASH-1                198 2     16.1


************************************
***  MEMBERSHIP ID.    ███████9795 ***
***  MEMBERSHIP EXPIRES ON   02/12 ***
************************************
      CASH OR CREDIT
      MISSION OF INDIA
      ███████████
      FLUSHING, NY  11355--590

    E 0000000101901 NY 09/30/13


  020005800 BRWN SUG 4LB      3.45
  150062192 12BZ SKIM         2.69
  150061101 WHOLE MILK        2.9
  379205201 CRAN/POM 2PK      7.9
  3450062192 12BZ SKIM        2.6
  4850000770 TROP OJ 96Z      7.9
  40000016288 B&SHTDOFRL16    1.9
  7167302054 WHT 2/24 OZ      3.
  ITEM TOTAL  8
              TOTAL          33.

  ASTER CARD                  33.
    XXXXXXXXXXXX9697
                        AUTH 67011B

  THANK YOU FOR SHOPPING AT BJ'S
```

I hereby certify that this is the receipt of the purchase made by me at BJ's using my credit card on 2/6/2011.

```
        ║█║║█║█║║█║█║█║║█║█║║█║║
        *0206206249249*

    The Membership That Pays You Back

   Upgrade to a BJ's Rewards Membership
      and earn 2% Payback on most
     in-Club and all BJs.com purchase

   Details at the Member Services De
       or visit BJs.com/rewards
              *****
      Shop.BJs.com for savings on
   thousands of other great products!
    :n't miss out on emails with spec
                        bls.com.
```

Your Membership Expiration Date is printed on your BJ's sales receipt.

**Member Care 800-BJS-CLUB**

MEMBER SINCE 11

9-795

MISSION OF INDIA

RAVI  KA

This card is intended for your exclusive use and is not transferable.



Business Supplemental
Member                    E