# AFFIDAVIT

I, BHOOP SINGH BISHT, BEING DULY SWORN, DEPOSES AND SAYS THE FOLLOWING UNDER PENALTY OF PERJURY:

I MET MS. KRITTIKA BISWAS AND HER FRIEND MS. DEBOLEENA KANJILAL AT SKY VIEW PARK MALL, COLLEGE POINT BOULEVARD, FLUSHING AROUND 3.25 PM ON 6TH FEBRUARY, 2011 (SUNDAY) NEAR THE ELEVATOR WHILE I WAS GOING FROM TARGET STORE TO BJ'S STORE LOCATED IN THE SAME MALL.

(BHOOP SINGH BISHT)

Sworn to me this 7th day of March 2011.

CARMEN L. JIMENEZ
Notary Public, State of New York
No. 01JI6073297
Qualified in New York County
Commission Expires July 29, 20 14

B. S. Bisht
Vice Consul
Consulate General of India
New York

# ◎ TARGET
### EXPECT MORE. PAY LESS.

FLUSHING - 347-532-9942
/06/2011 03:22 PM EXPIRES 05/07/11

GROCERY
157          MP EGGS          FN    $3.57
             3 @ $1.19 ea
TOY/SPORTING GOODS
0871 01312   FAMILY 10    T    $13.49

              SUBTOTAL         $17.06
     TAX EXEMPT SALE          $0.00
              TOTAL          $17.06

*4197 DEBIT TOTAL PAYMENT     $17.06

RED#2-1037-2451-0089-8875-4 VCD#752-282-740

Thanks! Your purchase
helps give 5% of our
income to communities



### Win a
### $5000
### GiftCard

Tell us about your last shopping experience
that Target for a chance to win a
$5000 Target GiftCard!

Locate the Gift Registry
Kiosk and select GUEST SURVEY.
Or at home, log onto:

www.Target.com/survey
User ID:  7896 2754 9991
Password:  011 246

Cuéntanos acerca de tu última experiencia
de compra en Target y tendrás la oportuni
de ganar una tarjeta de regalo
Target GiftCard de $5000.
el kiosco del registro de regalos,
selecciona "Guest Survey" o visita
.target.com desde tu casa e ingresa
contraseña y N° de usuario de arriba.
disponibles en "Servicio al huésped

ONE WINNER PER MONTH!
Guest must be 18 or older to enter.
Sweepstakes runs from
2/01/2011 through 04/30/2011
Complete rules at Guest
vice Desk and Target.com/survey.
Target team and family not eligible

---

              BJ'S WHOLESALE CLUB
       131-07 40TH RD - SUITE A100
                FLUSHING, NY
                347-625-2959

              0206 020 6579    02/06/11
                          123 1    16 24

**************************************
MEMBERSHIP ID.          ████4440
MEMBERSHIP EXPIRES ON    02/12
**************************************

CASH OR CREDIT
MISSION OF INDIA
████████████████████
FLUSHING, NY  11355--590

E 0000000101901 NY 09/30/13

40000024081 B&JPISTACH:        13.59N
         INSTANT REBATE         1.50N-
   19572 PICK N' PACK           5.98N
3700047467 TIDE LIQUID         19.99N
71897602639 WTHRPRF GLVE        5.90N
20442400000 COLBY JACK          5.48N
60605598201 PROTSYSJ7-J6       19.99N
   ITEM TOTAL 6

              TOTAL            69 43

   COUPON                      2 00
   DEBIT                      67 43
   XXXXXXXXXXXX4197
   EFT Debit Payment from Primary
   Sequence #4543

   EXTRA SAVINGS TODAY = 3.50

THANK YOU FOR SHOPPING AT BJ'S

*0206206206579*

The Membership That Pays You Back

Upgrade to a BJ's Rewards Membership
and earn 2% Payback on most
in-Club and all BJs.com purchases

Details at the Member Services Desk
or visit BJs.com/rewards
*****
Shop BJs.com for savings on
thousands of other great products
Don't miss out on emails with spec
offers, sign up

*Handwritten note:* These Receipts are for the purchase made by me feb 6. on *[signature]* B.S.BISH

BJ's

MEMBER SINCE '10

Your Membership Expiration Date is printed on your BJ's sales receipt.

Member Care 800-BJS-CLUB

BHOOP S BISHT

MISSION OF INDIA

This card is intended for your exclusive use and is not transferable.

Business Primary
Member

Manager    E

# EXHIBIT "10"



**NYC**
**Department of Education**
Cathleen P. Black, Chancellor

Elayna Konstan, Chief Executive Officer
OFFICE OF SCHOOL AND YOUTH DEVELOPMENT
Seth J. Rosenkrantz, Director
Emil T. Micha III, Supervising Attorney
Queens Student Suspension Hearings
28-11 Queens Plaza North · Long Island City, NY 11101

(718) 391-6055 Voice
(718) 391-6022 Fax

## SUMMARY OF PROCEEDING

DATE: _March 11, 2011_

School: _Jann Bowne_

Telephone: _(718) 263-1919_

Principal: _H. Kwait_

Dean/A.P.: _J. Tsopelas_

Name: _Krittika Biswas_

Parent: _Debashish Biswas_

Address: ███████████

_Flushing  113555_

Telephone: _____

☐ No Contest          ☐ Hearing          ☐ Hearing in Absentia

Adjourned-Reason for Adjournment: _school/witness_

☐ Student Remains @ A.L.C.          ☒ Student Reinstated Pending Hearing

New Date and Time: _March 28, 2011_ @ 9 A.M.

If your child has an IEP or 504 plan, the MDR (Manifestation Determination Review) has been rescheduled to the second school day after the new hearing date. Please contact your child's school for further details.

George Gonzalez, Esq., Hearing Officer
Telephone: (718) 391-6035
Fax: (718) 391-6022

c: Parent
School
Advocate/ Attorney

# EXHIBIT "11"



**RAVI BATRA**

**The Batra Building**
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
TEL (212) 545-1993    FAX(212) 545-0967

ATTENTION: _Emil Micha, Esq, Supervising Atty_

COMPANY: _NYC Dee - Discipline_

Re: _John Bowne v. Ichtrika Biswas_

FAX NUMBER: _(718) 391-6088_

DATE OF TRANSMISSION: _3/11/11_ TIME: _____ A.M./P.M.

_Please have 2 Subpoenas issued & sent to_
_me for service upon 9_

① _TARGET - HEAD OF SECURITY, 40-24 College Point Blvd, Flushing NY 11354_

② _BJ - GARY YEUNG - 131-07 40th Road, Ste A100, Flushing NY 11354_

_requiring a live person, with video surveillance/security_
_video for 2/6/11 1245 PM — 1:30 PM (TARGET), 1:30 - 2:30 (BJs)._

FOR REVIEW **X**    URGENT **X**    PLEASE REPLY **✓**    PLEASE SIGN & RETURN_____.

**NUMBER OF PAGES, INCLUDING COVER_____**
_Subpoena Period IN QUESTION: 1245 PM — 130 PM 2/6/11 TARGET._

IF YOU DO NOT RECEIVE A COMPLETE TRANSMISSION, OR IT IS UNCLEAR, PLEASE CALL  _115 PM — 230 PM BJ_
_2/6/11_

___Angela___ AT 212-545-1993.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER THE APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US VIA THE U.S. POSTAL SERVICE. THANK YOU.

_TARGET Tel # 347-532-9842_
_BJ    Tel # 347-625-2958_

THE LAW FIRM OF RAVI BATRA, P.C.

SENT BY:_____

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO                3935
DESTINATION TEL #       17183916022
DESTINATION ID
ST. TIME                03/14 14:21
TIME USE                00'18
PAGES SENT              1
RESULT                  OK
```



**RAVI BATRA**

### The Batra Building
### 142 LEXINGTON AVENUE
### NEW YORK, NEW YORK 10016
### TEL (212) 545-1993    FAX(212) 545-0967

**ATTENTION:** _Emil Micha, Esq, Supervisory Atty_

**COMPANY:** _NYC DOE - Discipline_

**Re:** _John Bowne v. Ichtrika Biswas_

**FAX NUMBER:** _(718) 391-6022_

**DATE OF TRANSMISSION:** _3/11/11_ **TIME:** _____ A.M./P.M.

_Please have 2 Subpoenas issued & sent to_
_me for service upon:_

① _TARGET - HEAD OF SECURITY, 40-24 College Point Blvd, Flushing, NY 11_

② _BJ - GARY YEUNG - 131-07 40th Road, Ste A100, Flushing NY 113_

_requiring a live person, with video surveillance / security_
_video for 2/6/11 1245 PM - 1:30 PM (TARGET), 1:30 - 2:30 (BJ_

**FOR REVIEW** _X_   **URGENT** _X_   **PLEASE REPLY** _Y_   **PLEASE SIGN & RETURN**



**NYC**
**Department of**
**Education**
*Cathleen P. Black, Chancellor*

Elayna Konstan, Chief Executive Officer
OFFICE OF SCHOOL AND YOUTH DEVELOPMENT
Seth Rosenkrantz, Director
Emil T. Micha III, Supervising Attorney
Queens Student Suspension Hearings
28-11 Queens Plaza North - Long Island City, NY 11101

(718) 391-6055 Voice
(718) 391-6022 Fax

# FAX TRANSMISSION

**DATE:**  3/15/11

**TO:**  Mr. Ravi Batra ESq.
(212) 5'5-0967

**FROM:**  Emil Micha

**#OF PAGES:** 3
**(Including Cover)**

**RE:**  K. Biscus

**COMMENTS:**

As I indicated in our earlier conversations,
this office can only issue Subpoenas Ad Testificadum,
and not Duces Tecum. Once you serve
these Subpoenas on the witnesses you can discuss
with them the issue of their providing me
Securing video.



**NYC**
**Department of Education**

Cathleen P. Black
Chancellor

Elayna Konstan, Chief Executive Officer
OFFICE OF SCHOOL AND YOUTH DEVELOPMENT
Seth Rosenkrantz, Director
Emil T. Micha III, Supervising Attorney
Queens Student Suspension Hearings
28-11 Queens Plaza North · Long Island City, NY 11101

(718) 391-6055 Voice
(718) 391-6022 Fax

## SUBPOENA AD TESTIFICANDUM

DATE: 3/15/11

TO: HEAD of SECURITY - Target

~~SCHOOL:~~ 40-24 College Point Blvd

REQUESTED BY: Krittika Biswas

    By the authority given to me pursuant to Section §3214 of the New York State Education Law, I hereby direct you, HEAD of SECURITY - TARGET, to appear and give testimony at the Superintendent's Suspension Hearing in the Matter of Krittika Biswas, a student suspended from John Bowne HS.

You are to report to: 28-11 Queens Plaza No., 2nd Floor, Long Island City, NY 11101

on Monday, March 28, 2011 at 11:00 a.m./ p.m.

    \*- You are also required to appear on any subsequent rescheduled date.

    If you have any questions regarding this subpoena you may call the Office of Student Suspensions, at (718) 391-6055.

SUPERVISING ATTORNEY/ HEARING OFFICER
Queens Office of Student Suspension Hearings

IMPORTANT NOTICE - PLEASE READ CAREFULLY

    Pursuant to Section § 2308(B) of the Civil Practice Law and Rules, your failure to comply with this subpoena could result in any or or all of the following actions:

    A court order directing your attendance: the imposition by a judge of the Supreme Court of costs not exceeding fifty dollars ($50.00); a court impose a penalty of up to fifty ($50.00), plus damages to be paid to the person on whose behalf this subpoena was issued; the issuance by the court of a warrant directing the sheriff to bring you before the officer who is hearing the suspension proceeding to which you were subpoenaed.

QUEENS OFFICE OF STUDENT SUSPENSION HEARINGS
28-11 Queens Plaza No., 2nd Floor · Long Island City · NY 11101· Telephone (718) 391-6055 · Fax (718) 391-6022



**Elayna Konstan, Chief Executive Officer**
OFFICE OF SCHOOL AND YOUTH DEVELOPMENT
**Seth Rosenkrantz, Director**
**Emil T. Micha III, Supervising Attorney**
Queens Student Suspension Hearings
28-11 Queens Plaza North · Long Island City, NY 11101

(718) 391-6055 Voice
(718) 391-6022 Fax

**Department of Education**

Cathleen P. Black
Chancellor

## SUBPOENA AD TESTIFICANDUM

DATE: 3/15/11

TO: SARY YEUNSI

SCHOOL: B.I. - 131-07 40ᵗʰ Rd.

REQUESTED BY: Krittika Biswas

By the authority given to me pursuant to Section §3214 of the New York State

Education Law, I hereby direct you, Sary Yeunsi , to

appear and give testimony at the Superintendent's Suspension Hearing in the

Matter of Krittika Biswas , a student suspended from

John Bowne HS.

You are to report to : 28-11 Queens Plaza No., 2ⁿᵈ Floor, Long Island City, NY 11101

on Monday, March 28, 2011 at 11:00 a.m./p.m.

*·You are also required to appear on any subsequent rescheduled date.

If you have any questions regarding this subpoena you may call the Office of Student
Suspension, at (718) 391-6055.

SUPERVISING ATTORNEY / HEARING OFFICER
**Queens Office of Student Suspension Hearings**

IMPORTANT NOTICE - PLEASE READ CAREFULLY

Pursuant to Section § 2308(B) of the Civil Practice Law and Rules, your failure to comply with this subpoena could result
in any of or all of the following actions:

A court order directing your attendance; the imposition by a judge of the Supreme Court of costs not exceeding fifty dollars
($50.00); a court imposed penalty of up to fifty ($50.00), plus damages to be paid to the person on whose behalf this subpoena was
issued; the issuance by the court of a warrant directing the sheriff to bring you before the officer who is hearing the suspension
proceeding to which you were subpoenaed.

QUEENS OFFICE OF STUDENT SUSPENSION HEARINGS
28-11 Queens Plaza No., · 2ⁿᵈ Floor · Long Island City · NY 11101· Telephone (718) 391-6055 · Fax (718) 391-6022

```
                        ********************
                        ***  RX REPORT  ***
                        ********************


        RECEPTION OK

        TX/RX NO               9204
        DESTINATION TEL #      7183916022
        DESTINATION ID
        ST. TIME               03/15 08:11
        TIME USE               00'31
        PGS.                      3
        RESULT                 OK
```

# EXHIBIT "12"

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                3973
DESTINATION TEL #       17183916022
DESTINATION ID
ST. TIME                04/06 11:56
TIME USE                00'18
PAGES SENT              1
RESULT                 OK
```



**RAVI BATRA**

**The Batra Building**
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
**TEL (212) 545-1993    FAX(212) 545-0967**

2ⁿᵈ REQUEST

**ATTENTION:** ___Emil Michor, Esq___

**COMPANY:** ___NYC DOE - Supervising Atty___

**Re:** ___K. Biswas___

**FAX NUMBER:** ___(718) 391- 6022___

**DATE OF TRANSMISSION:** ___4/6/11___ **TIME:** ___1045___ A.M./P.M.

Per my request on 3/11/11, could I get a
Transcript of the proceeding on 3/11/11?
With regards,

_____

_____

_____

**FOR REVIEW** ✓    **URGENT**    **PLEASE REPLY** ✗    **PLEASE SIGN & RETURN**



The Law Firm

**RB**

**RAVI BATRA**

2nd REQUEST

### The Batra Building
### 142 LEXINGTON AVENUE
### NEW YORK, NEW YORK 10016
#### TEL (212) 545-1993    FAX(212) 545-0967

**ATTENTION:** Emil Micha, Esq

**COMPANY:** NYC DOE - Supervisory Atty

**Re:** K. Biswas

**FAX NUMBER:** (718) 391-6022

**DATE OF TRANSMISSION:** 4/6/11 **TIME:** 1045 A.M./P.M.

Per my request on 3/11/11, could I get a
Transcript of the proceeding on 3/11/11?
With regards,

FOR REVIEW **X**    URGENT_____    PLEASE REPLY **X**    PLEASE SIGN & RETURN_____

**NUMBER OF PAGES, INCLUDING COVER** _1_

IF YOU DO NOT RECEIVE A COMPLETE TRANSMISSION, OR IT IS UNCLEAR, PLEASE CALL

_Angela_ AT 212-545-1993.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER THE APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US VIA THE U.S. POSTAL SERVICE. THANK YOU.

THE LAW FIRM OF RAVI BATRA, P.C.

SENT BY:_____

```
***************************
***  ERROR TX REPORT  ***
***************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO                3972
DESTINATION TEL #       17183916022
DESTINATION ID
ST. TIME                04/06 10:59
TIME USE                00'00
PAGES SENT              0
RESULT                  NG        #0018 BUSY/NO SIGNAL
```



**RAVI BATRA**

**The Batra Building**
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
**TEL (212) 545-1993    FAX (212) 545-0967**

2nd REQUEST

ATTENTION:   EMIL Micha, Esq

COMPANY:   NYC DOE - Supervisg Atty

Re:   K. BISWAS

FAX NUMBER:   (718) 391-6022

DATE OF TRANSMISSION:  4/6/11  TIME: 1045 A.M./P.M.

Per my request on 3/11/11, could I get a
transcript of the proceeding on 3/11/11?
with regards.

FOR REVIEW  X    URGENT____    PLEASE REPLY  X    PLEASE SIGN & RETURN____.

```
***************************
***   ERROR TX REPORT   ***
***************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO                3971
DESTINATION TEL #       17183916022
DESTINATION ID
ST. TIME                04/06 10:56
TIME USE                00'00
PAGES SENT              0
RESULT                  NG      #0018 BUSY/NO SIGNAL
```



**RAVI BATRA**

**The Batra Building**
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
TEL (212) 545-1993    FAX(212) 545-0967

2nd REQUEST

ATTENTION: _Emil Micha, Esq_

COMPANY: _NYC DOE - Supervisory Atty_

Re: _K. Biswas_

FAX NUMBER: _(718) 391 - 6022_

DATE OF TRANSMISSION: _4/6/11_ TIME: _1045_ A.M./P.M.

_Per my request on 3/11/11, could I get a_
_Transcript of the proceeding on 3/11/11?_
_With regards._

FOR REVIEW _X_    URGENT____    PLEASE REPLY _X_    PLEASE SIGN & RETURN____

# EXHIBIT "13"

**ISHVAR S. PATEL, M.D., F.A.A.P.**
144-04 45th Avenue
Flushing, New York 11355

Telephone: (718) 539-7366

2-11-11

Krittika Biswas was seen
by me today for General
weakness, difficulty of sleeping &
poor appetite. Proper diet &
goal was advised

I. S. Patel, MD, FAAP
144-04 45th Avenue
Flushing, NY 11355
718/539-7366



**THE LAW FIRM OF**

**RAVI BATRA**

**THE BATRA BUILDING**
**142 LEXINGTON AVE.**
**NEW YORK, NEW YORK 10016**
**212-545-1993**

RaviBatraLaw@aol.com
Fax: 212-545-0967

May 6, 2011

**Via USPS Priority Mail**
**Tracking No. 9101969010383199785001**

**Certified Mail Return Receipt Requested**
**Tracking No. 7008 1140 0002 9462 2839**

New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

Re:    NOTICE OF CLAIM

Dear NYC Law Department Personnel:

  Enclosed please find a Notice of Claim for filing with your agency. An additional copy has been personally served upon the New York City Comptroller. Additionally, a further copy is being forwarded to the New York Department of Education.

  Additionally, we have enclosed a copy of the face/caption page of the Notice of Claim. We ask that you kindly time/date stamp this page as received/filed, and return same to us in the enclosed postage pre-paid self addressed envelope.

        Very truly yours,

        Todd Sherman

Encls.

Biswas.782\050611NYCLawDeptNOCCovltr

## Instructions

## Online Label Record

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Affix Priority Mail service postage. There is no extra fee for Delivery Confirmation service.

5. Stamped packages weighing 13 ounces or more may not be placed in Postal Service collection boxes. For information on pickup options, go to the Pickup page on www.usps.com.

6. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

7. Please use this shipping label on the "ship date" selected when you requested the label.

---

**Delivery Confirmation™ Service Number:**

9101 9690 1038 3199 7850 01

Priority Mail® with electronic option
Delivery Confirmation service*

Print Date: 05/06/11          Ship Date: 05/06/11

Electronic Option Delivery Confirmation Service Fee: 0.00

From: THE LAW FIRM OF RAVI BATRA, P.C.
142 LEXINGTON AVE
NEW YORK NY 10016-8108

To:  NEW YORK CITY LAW DEPARTMENT
OFFICE OF THE CORPORATION COUNSEL
100 CHURCH ST
NEW YORK NY 10007-2601

Package Weight:  1 lb. 4 oz.          Shipping Cost: $4.95

*Regular Priority Mail Service postage rates apply. There is no fee for Delivery Confirmation service on Priority Mail service with use of this electronic option shipping label. Delivery information is not available by phone for the electronic option.

---

**UNITED STATES POSTAL SERVICE**    *Thank you for shipping with the United States Postal Service!*

**Check the status of your shipment on the Track & Confirm page at www.usps.com**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (*Printed Name*)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(Transfer from service label)

7008 1140 0002 9462 2839

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

B 15w9s

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4.95 |
| Certified Fee | | 2.85 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 10.10 |

Sent To  NYC Law Dept. / Office of Corp Counsel

Street, Apt. No.; or PO Box No.  100 Church St.

City, State, ZIP+4  New York, NY 10007

PS Form 3800, August 2006          See Reverse for Instructions

7008 1140 0002 9462 2839

IN THE MATTER OF THE CLAIM(S) OF

KRITTIKA BISWAS,                                          **NOTICE OF CLAIM**

       *Plaintiff-Claimant,*

    -against-

(1) THE CITY OF NEW YORK, (2) NEW YORK CITY
DEPARTMENT OF EDUCATION, (3) HON. DENNIS M.
WALCOTT, in his official capacity as CHANCELLOR
of the NEW YORK CITY DEPARTMENT OF EDUCATION
(albeit, at the time of the misconduct alleged, Cathleen P. Black
was serving as Chancellor), (4) HOWARD KWAIT individually
and in his official capacity as a PRINCIPAL within and for
the NEW YORK CITY DEPARTMENT OF EDUCATION
at JOHN BOWNE HIGH SCHOOL, (5) JAMIE KIM-ROSS
individually and in her capacity as a TEACHER within and for
the NEW YORK CITY DEPARTMENT OF EDUCATION
at JOHN BOWNE HIGH SCHOOL, (6) ELAYNA KONSTAN,
individually and in her official capacity as CHIEF EXECUTIVE
OFFICER of the NEW YORK CITY DEPARTMENT OF
EDUCATION OFFICE OF SCHOOL AND YOUTH
DEVELOPMENT, (7) JOHN/JANE DOE NEW YORK
CITY DEPARTMENT OF EDUCATION PERSONNEL
## 1-10, so named as their identities have yet to be established,
involved in the sham investigation, unlawful arrest and
detention and unlawful suspension of Krittika Biswas,
(8) HON. RAYMOND W. KELLY, in his official capacity as
COMMISSIONER of the NEW YORK CITY POLICE
DEPARTMENT, (9) POLICE OFFICER "JANE DOE"
MALDONADO (107 Precinct, possible shield # 10559),
individually and in her official capacity as a POLICE OFFICER
within and for the NEW YORK CITY POLICE DEPARTMENT,
so named because her exact identity has yet to be confirmed,
(10) POLICE OFFICER LARRY GRANSHAW, individually
and in his official capacity as a POLICE OFFICER within
and for the NEW YORK CITY POLICE DEPARTMENT,
and (11) JOHN/JANE DOE POLICE PERSONNEL, so named
as their identities have yet to be established, involved in the
unlawful arrest and detention of Krittika Biswas,

          *Defendants-Respondents.*

2011 MAY -9 PM 3:15
RECEIVED

2011 MAY 10 PM 2:58
CENTRAL BUREAU
BUR. INFORMATION SYSTEM

REC
MAY 12 2011

# THE LAW FIRM OF



## RAVI BATRA

---

**THE BATRA BUILDING**
**142 LEXINGTON AVE.**
**NEW YORK, NEW YORK 10016**
**212-545-1993**

RAVIBATRALAW@AOL.COM
FAX: 212-545-0967

May 6, 2011

**Via USPS Priority Mail**
**Tracking No. 9101969010383220756567**

**Certified Mail Return Receipt Requested**
**Tracking No. 7008 1140 0002 9462 2822**

New York City Department of Education
52 Chambers Street, Room 320, B4
New York, NY 10007

Re:   NOTICE OF CLAIM

Dear NYC Department of Education Personnel:

      Enclosed please find a Notice of Claim for filing with your agency.  An additional copy has been personally served upon the New York City Comptroller.  Additionally, a further copy is being forwarded to the New York City Law Department.

      Additionally, we have enclosed a copy of the face/caption page of the Notice of Claim.  We ask that you kindly time/date stamp this page as received/filed, and return same to us in the enclosed postage pre-paid self addressed envelope.

Very truly yours,

Todd Sherman

Encls.

Biswas.782\050611NYCDOENOCCovltr