**Instructions**                                        **Online e-Label Record**

1. Please use a laser or laser-quality printer.

   Delivery Confirmation™ Service Number:
   **9101 9690 1038 3220 7565 67**
   Priority Mail® with electronic option
   Delivery Confirmation service*
   Print Date: 05/06/11     Ship Date: 05/06/11
   Electronic Option Delivery Confirmation Service Fee: 0.00

2. Adhere shipping label to package with tape or glue
   - DO NOT TAPE OVER BARCODE. Be sure all edges
   are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge
   of the package.

   From: THE LAW FIRM OF RAVI BATRA; Ref#: Biswas
         142 LEXINGTON AVE
         NEW YORK NY 10016-8108

4. Affix Priority Mail service postage. There is no
   extra fee for Delivery Confirmation service.

5. Stamped packages weighing 13 ounces or more may not
   be placed in Postal Service collection boxes. For
   information on pickup options, go to the Pickup
   page on www.usps.com.

   To: NEW YORK CITY DEPARTMENT OF EDUC
       ROOM 320, B4
       52 CHAMBERS ST
       NEW YORK NY 10007-1222

6. Each shipping label number is unique and can
   be used only once - DO NOT PHOTOCOPY.

7. Please use this shipping label on the "ship date"
   selected when you requested the label.

   Package Weight: 1 lb. 4 oz.     Shipping Cost: $4.95
   *Regular Priority Mail Service postage rates apply. There is no fee for
   Delivery Confirmation service on Priority Mail service with use of this
   electronic option shipping label. Delivery information is not available
   by phone for the electronic option.

---

**UNITED STATES POSTAL SERVICE**   Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the Track & Confirm page at www.usps.com

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Frank Santoro_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>FRANK SANTORO  5/11/11 |
| 1. Article Addressed to:<br>New York City Department Of Education<br>52 Chambers Street<br>Room 320, B4<br>New York, NY 10007 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1140 0002 9462 2822 |

PS Form 3811, February 2004    Domestic Return Receipt   _Biswas_   102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 4.95 |
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.10 |

Sent To: NYC Department Of Education
Street, Apt. No.; or PO Box No.: 52 Chambers Street, Room 320, B4
City, State, ZIP+4: New York, NY 10007

PS Form 3800, August 2006    See Reverse for Instructions