# EXHIBIT 3

BOARD OF EDUCATION OF THE CITY OF NEW YORK

REGION QUEENS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .x

In the Matter of

    PRETICA BISWAS

                               CASE #11-27-42043

    JOHN BROWNE HIGH SCHOOL

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .x

                          28-11 Queens Plaza N. 2nd Floor
                          Long Island City, NY 11101

                          May 26, 2010

     The above-entitled matter came on for pre-hearing at
11:58 am

BEFORE:

GEORGE GONZALEZ, Hearing Officer for Hearing today


APPEARANCES:

    For the Board of Education:

    JOHN TSAPELAS, Dean



    For the Student:

    PRETICA BISWAS, Student
    DEVANSI BISWAS, Father of Pretica
    ROMA BISWAS, Mother of Pretica
    RAVI BATRA, Counsel to the student

1

FILE COPY

**INDEX**

| | WITNESS | DIRECT | CROSS | REDIR | RECROSS |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

**PROCEEDINGS**

1 HEARING BEGINS HERE

2     HEARING OFFICER GONZALEZ:  Good morning, everyone.  My

3     name is George Gonzalez, I am the Hearing Officer ...

4     sir, have a seat next to your daughter.  Once again, my

5     name is George Gonzalez.  Today is March 11, 2011.  The

6     time is approximately 11:00 a.m. in the morning.  The

7     case in front of me is a case of Pestara ... Pestara?

8 PRETICA BISWAS:   No.

9 MR. RAVI BATRA:   Petrus.

10 HEARING OFFICER GONZALEZ:   Pestrus ...

11 PRETICA BISWAS:   Pretica.

12 MR. DEVANSI BISWAS:   Pretica.

13 MR. RAVI BATRA:   Pretica.

14 HEARING OFFICER GONZALEZ:   Pretica Biswas?

15 PRETICA BISWAS:   Biswas.

16 HEARING OFFICER GONZALEZ:   A student at John Browne

17     High School, case number 11-27-42043.  At this point, I

18     want everyone to introduce themselves.  We're going to

19     begin with the student.  Young lady?

20 PRETICA BISWAS:   I'm Pretica Biswas.

21 HEARING OFFICER GONZALEZ:   Sir, your name?

22 MR. RAVI BATRA:   Ravi Batra.  142 Lexington Avenue, New

23     York, New York 10016, with the phone number of 212-545-

24     1993.  Counsel to the student.

25 HEARING OFFICER GONZALEZ:   Sir?

**PROCEEDINGS**

1    MR. DEVANSI BISWAS:   My name is Devansi Biswas, I'm the

2    father of Pretica.  I'm working in the Indian Consulate.

3    My number is 917 ...

4    HEARING OFFICER GONZALEZ:   You don't have to give me

5    your number.

6    MR. DEVANSI BISWAS:   Okay.

7    HEARING OFFICER GONZALEZ:   Ma'am, your name?

8    MS. ROMA BISWAS:   Roma Biswas, Pretica's mom.

9    HEARING OFFICER GONZALEZ:   Sir, your name?

10   DEAN JOHN TSAPELAS:   John Tsapelas, T-s-a-p-e-l-a-s.

11   I'm the Dean of Students at John Browne High School.

12   MR. RAVI BATRA:   Can you do the last name again, sir?

13   DEAN JOHN TSAPELAS:   T-s-a ...

14   MR. RAVI BATRA:   T-s-a ...

15   DEAN JOHN TSAPELAS:   ... p as in Peter ...

16   MR. RAVI BATRA:   Uh-hmm.

17   DEAN JOHN TSAPELAS:   ... e-l-a-s.

18   MR. RAVI BATRA:   Thank you.

19   HEARING OFFICER GONZALEZ:   On February 10th, the family

20   of the student was notified of a suspension for the

21   student.  That letter informed his family that a

22   suspension became effective on February 11th and that

23   there was a hearing scheduled for February 17th.  On or

24   about February 16th this matter was adjourned to either

25   March 3rd ... a request for an adjournment to either

## PROCEEDINGS

1    March 3rd or March 11th was made.  It was ...

2    DEAN JOHN TSAPELAS:   No.  On March 3rd I believe it was

3    moved to March 11th.

4    HEARING OFFICER GONZALEZ:   I'm just talking about what

5    happened on the 16th of February.  I have a request by

6    Mr. Quigly.  He spoke to the father, seeks an

7    adjournment to either March 3rd or March 11th.  That's

8    what I have written on my folder.  I'm going to do it

9    from my record, and then if parties wish to correct it,

10   I'm more than willing to.  On March 1st it appears that

11   there was an agreement to adjourn the case to March 3rd.

12   On March 1st the attorney contacted this office and

13   requested an adjournment to the 11th from the 15th.  And

14   then upon agreement it was agreed that the parties would

15   appear today, on the 11th.

16   MR. RAVI BATRA:   We agreed with all of that.

17   HEARING OFFICER GONZALEZ:   Mr. Tsapelas?

18   DEAN JOHN TSAPELAS:   (No answer.)

19   HEARING OFFICER GONZALEZ:   Okay.  Now, to my

20   understanding, there has been a conversation off the

21   record and at this point the school official is

22   requesting an adjournment.  Is that correct, Mr.

23   Tsapelas?

24   DEAN JOHN TSAPELAS:   That's correct.

25   HEARING OFFICER GONZALEZ:   And sir, you've spoken to

**PROCEEDINGS**

1    Mr. Micha, the supervising attorney of this office?

2    DEAN JOHN TSAPELAS:   Yes, I have.

3    HEARING OFFICER GONZALEZ:   And he shared with you that

4    this office would be granting that adjournment because

5    of an emergency, a death, is that correct?

6    DEAN JOHN TSAPELAS:   That's from the guidance call.

7    MR. RAVI BATRA:   So, a DOE ...

8    DEAN JOHN TSAPELAS:   Yeah.

9    MR. RAVI BATRA:   Yes.  So, they're obviously ...

10    HEARING OFFICER GONZALEZ:   Okay.  Someone was ... and

11    the witness is unavailable to testify, correct?

12    DEAN JOHN TSAPELAS:   That's correct.

13    MR. RAVI BATRA:   And of course we offer our condolences

14    to the family of the deceased.

15    HEARING OFFICER GONZALEZ:   And sir ... but it was also

16    pleaded or wished that you wanted to introduce, sir, a

17    document that you wanted the school to become aware of?

18    MR. RAVI BATRA:   Yes, in the ...

19    HEARING OFFICER GONZALEZ:   Okay.  Those documents will

20    not be accepted by me.  If we do go forward with the

21    hearing, then you can introduce them into evidence.

22    MR. RAVI BATRA:   That's fine.

23    HEARING OFFICER GONZALEZ:   When it becomes appropriate,

24    but now you can make a record of the documents turning

25    over to Mr. Tsapelas.

**PROCEEDINGS**

1    MR. RAVI BATRA:   That's ... that's fine.  In having

2    spoken with Chief Counsel Micha, there was about three

3    items.  One was that I want to give the school a copy of

4    a forensic expert's affidavit.  And the expert's name,

5    and I'll spell it, first name is "G" is for "Germany",

6    l-e-b for "boy", last name is "L" for "London", i-f for

7    "Frank", e-r-e-n for "Nancy", k-o.  He's issued an

8    affidavit.  I ... I'll maintain the original and if ...

9    if the need for a hearing, should ever come or rise

10   again.  But I'm giving this to the school so you have

11   ...

12   DEAN JOHN TSAPELAS:   You're giving me a copy, is that

13   correct, sir?

14   MR. RAVI BATRA:   I'll give you a copy of the affidavit

15   ...

16   DEAN JOHN TSAPELAS:   Good ... good enough.

17   MR. RAVI BATRA:   ... which makes it clear that the

18   emails that the student is charged with having sent

19   could not and did not originate from her computer in her

20   building.  And so, we have a case of mistaken identity.

21   Second item that I ... we agreed with the Chief Counsel

22   Micha was that two subpoenas would be issued, one to

23   Target and the other to BJ's in the Sky Mall for

24   February 6, 2011.  Time period where the subpoena would

25   request or require a person with knowledge to appear at

**PROCEEDINGS**

1    a future hearing with the security tapes.  Because at

2    the ... from about 12:45 p.m. on February 6th, the

3    student, with a friend of hers, was ... entered Target

4    at the Sky Mall and did not exit that Target Store until

5    approximately 12:20 - 12:25 ... I'm sorry, 1:20, 1:25,

6    1:30.  So ... well before the email, which was sent at

7    1:06 p.m. on 2/6/11 ...

8    DEAN JOHN TSAPELAS:   All right.  You lost me a little

9    bit on your dates.

10   MR. RAVI BATRA:   Sure.

11   DEAN JOHN TSAPELAS:   Repeat ... I'm sorry.

12   HEARING OFFICER GONZALEZ:   Okay.  Repeat the dates.

13   MR. RAVI BATRA:   No problem.

14   DEAN JOHN TSAPELAS:   Well, he just wants ... you know

15   what, we can do this off the record if it's okay with

16   you.

17   MR. RAVI BATRA:   No, it's better to be on the record

18   because ...

19   DEAN JOHN TSAPELAS:   Okay, that's fine.

20   MR. RAVI BATRA:   So, the ... the Target ...

21   HEARING OFFICER GONZALEZ:   Don't you need ... at the

22   time the ... they do allege that the incident happened,

23   she was at Target?

24   DEAN JOHN TSAPELAS:   Okay ...

25   MR. RAVI BATRA:   Yes.

**PROCEEDINGS**

1    DEAN JOHN TSAPELAS:    ... okay.

2    MR. RAVI BATRA:    Okay?  And the security cameras, the

3    video cameras and the tapes would memorialize that.  So

4    ...

5    HEARING OFFICER GONZALEZ:    Well, I ... I'm going to

6    stop you.  One thing, because there is a

7    misunderstanding of what I was told, and I confirmed

8    this.

9    MR. RAVI BATRA:    Please.

10   HEARING OFFICER GONZALEZ:    I will finally confirm that.

11   I was told that you were going to request the subpoena

12   for a Target employee and then you ... you provided us

13   the name of that employee ...

14   MR. RAVI BATRA:    No ... not at all.

15   HEARING OFFICER GONZALEZ:    Okay.

16   MR. RAVI BATRA:    We don't know the name of the person

17   who ...

18   HEARING OFFICER GONZALEZ:    Okay.  I hope you will ...

19   MR. RAVI BATRA:    It was the security officer ...

20   whoever is in charge.

21   HEARING OFFICER GONZALEZ:    As Mr. ... as Mr. Micha had

22   explained to you, this office has no jurisdiction over

23   private employees.  I subpoena based on school ... under

24   the jurisdiction of the Department of Education.  Did he

25   inform all that to you?  And then we ...

**PROCEEDINGS**

1    MR. RAVI BATRA:   No.

2    HEARING OFFICER GONZALEZ:   ... out of a courtesy, could

3    give you a subpoena if you provided us a name which you

4    yourself would have the responsibility of serving.  This

5    will be then, you need a ... the jurisdiction or the

6    authority to go subpoena outside parties.  Now, based on

7    what you've just said in your record of it ...

8    MR. RAVI BATRA:   Uh-hmm.

9    HEARING OFFICER GONZALEZ:   ... if it's a question, why

10   don't you just subpoena the young lady she ... or the

11   friend that she was with?

12   MR. RAVI BATRA:   We can bring the young lady.  We ...

13   we have an affidavit from the young lady already, and

14   she ...

15   HEARING OFFICER GONZALEZ:   Okay.

16   MR. RAVI BATRA:   ... she will come ... we have that

17   already.

18   HEARING OFFICER GONZALEZ:   And she ... she's in your

19   control, I mean ...

20   MR. RAVI BATRA:   No.  No.  No.  The young lady that

21   went with her is her friend.  And there's always that

22   bias issue, you can make a friend could lie for you.

23   People consulting ...

24   HEARING OFFICER GONZALEZ:   Okay.  I mean, I ...

25   MR. RAVI BATRA:   But, you know, we have video and ...

**PROCEEDINGS**

1    HEARING OFFICER GONZALEZ:    ... I'm going ... I'm ...

2    MR. RAVI BATRA:    ... we want to preserve it.

3    HEARING OFFICER GONZALEZ:    ... I'm going to get off the

4    record to confirm ...

5    MR. RAVI BATRA:    I want to get impartial evidence ...

6    HEARING OFFICER GONZALEZ:    ... confirm  with Mr. Micha

7    ... we do not ... and ... and again, I'm telling you

8    what he told me, was that he was under the impression

9    ... and if I'm incorrect I'll correct myself on the

10   record ... when I come back, that a name is going to be

11   provided to us.  We don't issue a general subpoena to a

12   private business that we have no jurisdiction over.  But

13   I'll ... we'll get off the record, we'll address that

14   issue ... that issue.

15   MR. RAVI BATRA:    One third issue ... one third point

16   that was agreed to was that the suspension was ending

17   this ... now, and she's going to back to John ... John

18   Browne High School.  Unless there was, you know, the

19   matter was going to continue in the same direction.

20   HEARING OFFICER GONZALEZ:    Not that the suspension is

21   ending is that as the consequence of the school not

22   being ready, the regulation indicate ...

23   MR. RAVI BATRA:    Okay.

24   HEARING OFFICER GONZALEZ:    ... that on Monday the young

25   lady will be reporting back to John Browne ...

**PROCEEDINGS**

1    MR. RAVI BATRA:   Right.

2    HEARING OFFICER GONZALEZ:   ... until the next scheduled

3    hearing day.

4    MR. RAVI BATRA:   That's fine.

5    HEARING OFFICER GONZALEZ:   I believe ... I guess the

6    school that -- this information.  The school has ...

7    should investigate the information if it was to instill

8    the policy of confirmation that ... that they were

9    mistaken.  They have the authority to withdraw, make a

10    request for withdrawal, and maybe a hearing would not be

11    necessary.  But if the school decides to continue, we

12    will appear on the next scheduled hearing date and then

13    the evidence would prove what it proves or disproves.

14    And at that point, the suspension will be back in

15    effect.

16    MR. RAVI BATRA:   I understand.  And finally, I also

17    promised Counsel Micha that I would be giving you a copy

18    of a letter issued by the DA's office dated February 9,

19    2011.  We dismissed the charges and sealed the record.

20    Okay.  So, I'm giving ... I'm giving a ... a copy of

21    that to the school as well.

22    HEARING OFFICER GONZALEZ:   All right.  So ...

23    MR. RAVI BATRA:   So ... just so ...

24    HEARING OFFICER GONZALEZ:   ... and the only issue that

25    remains is the issue of the subpoena.  So, I'm going to

**PROCEEDINGS**

1       get off the record and confirm with my ... with the

2       supervising attorney.

3       MR. RAVI BATRA:    Sure.

4  (Whereupon a brief discussion was held off the record.)

5       HEARING OFFICER GONZALEZ:    Okay.  We're back on the

6       record in this matter.  It's ... okay.  My recollection

7       that I recorded is the recollection that was just

8       confirmed.  We will not issue a blanket subpoena to a

9       private business.  If you can provide us the name of the

10      person in charge of the security of either ...

11     MR. RAVI BATRA:    Sure, I'll get that done.

12     HEARING OFFICER GONZALEZ:    ... location, you would call

13     our office, we would issue a subpoena and it will be

14     your responsibility to deliver such subpoena.  We do not

15     have the mechanism to deliver subpoenas towards private

16     entities.  The individual that you were mentioning, the

17     friend that she was with, is that ... is that person ...

18     is either a student with public school system or an

19     employee of the Department of Education that we do have

20     jurisdiction to issue a subpoena, and you're more than

21     welcome to provide us that name and have the result ...

22     subpoena that individual.

23     MR. RAVI BATRA:    Well, she's not within your

24     jurisdiction but we already have her affidavit.  But

25     we'll go into that if we need to.

## PROCEEDINGS

1    HEARING OFFICER GONZALEZ:   Okay.

2    MR. RAVI BATRA:   I'm just hoping that the school will

3    not continue in this misdirection because after having

4    given the forensic expert's report, at this point, this

5    would no longer be excusable neglect or something that

6    is a mistake, now would become intentional and malicious

7    and we would act accordingly.

8    DEAN JOHN TSAPELAS:   Nobody is looking to ...

9    MR. RAVI BATRA:   I understand.

10    DEAN JOHN TSAPELAS:   ... prosecute maliciously.  We ...

11    MR. RAVI BATRA:   I ... I ... I ... actually count on

12    that faith.

13    DEAN JOHN TSAPELAS:   I have been ... I have been a Dean

14    at John Browne High School for about 16 years and I

15    don't ever remember maliciously prosecuting a kid.

16    MR. RAVI BATRA:   I am ... I am ... I know ...

17    DEAN JOHN TSAPELAS:   Okay?  I just want to put that on

18    the record so it's clear.

19    MR. RAVI BATRA:   I'm very confident that that won't ...

20    that good faith will absolutely ... that ... triumph

21    here.

22    HEARING OFFICER GONZALEZ:   So, we have to agree on a

23    date to come back.

24    MR. RAVI BATRA:   Sure.

25    DEAN JOHN TSAPELAS:   That's fine.

## PROCEEDINGS

1    HEARING OFFICER GONZALEZ:   On what date are we coming

2    back, sir?  Coming back on the new schedule.

3    MR. RAVI BATRA:   We haven't ... we haven't discussed

4    that ... it looks as if ...

5    HEARING OFFICER GONZALEZ:   Let's try to be referential

6    to this ...

7    DEAN JOHN TSAPELAS:   Whatever they ... whatever they

8    want, so ...

9    MR. RAVI BATRA:   We need to find out when the forensic

10   is available.

11   DEAN JOHN TSAPELAS:   That's fine.

12   MR. RAVI BATRA:   To come to get this calendar as well.

13   How much time would you need to call?

14   DEAN JOHN TSAPELAS:   You ... you ... you know what,

15   that's three days on your part is more than gracious.

16   If I can't get this done in three days then it

17   shouldn't, you know ... then it's not going to get done.

18   So, you tell me what's good for you and we'll come back

19   whenever you decide.  I mean, the child's going to be

20   continuing her education, so everything is on pause.

21   MR. RAVI BATRA:   Can we ... I'm just looking at ...

22   because I'm looking at my court appearance calendars.

23   DEAN JOHN TSAPELAS:   Uh-hmm.

24   MR. RAVI BATRA:   Can you look at ... is Monday the 28th

25   available for you?

**PROCEEDINGS**

1    HEARING OFFICER GONZALEZ:   That's fine.  Is that the

2    day you want?

3    DEAN JOHN TSAPELAS:   Just like I said, just you give me

4    a date ...

5    HEARING OFFICER GONZALEZ:   The only issue you have is

6    with your expert.  Whatever date you want ...

7    MR. RAVI BATRA:   Yes, I ... well ... well, I just want

8    to confirm it with him.  March 28th ...

9    HEARING OFFICER GONZALEZ:   Okay.

10   MR. RAVI BATRA:   And do we set the date and the time as

11   well or just the date?

12   HEARING OFFICER GONZALEZ:   We don't set a time.

13   MR. RAVI BATRA:   Okay.

14   HEARING OFFICER GONZALEZ:   Okay.  So, unless you come

15   ... unless you and Mr. Micha agree or he wants us to

16   calendar to a time I don't have the authority to set a

17   time.  But if you wish to ...

18   DEAN JOHN TSAPELAS:   You need a time on that.

19   HEARING OFFICER GONZALEZ:   ... if you wish that you got

20   ... you can ... you and Mr. Tsapelas can confer with Mr.

21   Micha.

22   MR. RAVI BATRA:   Maybe we can set this one.

23   DEAN JOHN TSAPELAS:   Usually they set up at 9:00 but,

24   you know, nothing usually happens at that time, so ...

25   MR. RAVI BATRA:   Well, yes, I know, so ...

**PROCEEDINGS**

1    HEARING OFFICER GONZALEZ:   Setting up the time means

2    this, okay, we ... our day begins at approximately 9:00

3    to 9:30 when we start calling parents in for

4    conferences.  After conferences are completed we begin

5    hearings based on a first come first served basis.  Now,

6    if it's a busy day, your case could be called at one

7    o'clock in the afternoon.  If it's a not so busy day,

8    you can be called at 10:30 in the morning.  So, if you

9    want a time, at that time where your ... you know, your

10   case is going to be heard, that's not between Mr. Micha

11   and me.

12   MR. RAVI BATRA:   I ... I'll explore that one

13   possibility.

14   HEARING OFFICER GONZALEZ:   Okay.  Do you want the 28th?

15   MR. RAVI BATRA:   28th ... March 28th ... I'll check

16   with him if that's possible.

17   DEAN JOHN TSAPELAS:   28th, maybe you ...

18   MR. RAVI BATRA:   Just ..

19   DEAN JOHN TSAPELAS:   ... maybe you can bring him in.

20   MR. RAVI BATRA:   Yes.  Just bring him in.

21   (Whereupon a short break was held off the record.)

22   MR. RAVI BATRA:   Are you available on March 28th,

23   that's a Monday?

24   DEAN JOHN TSAPELAS:   Yes, sure.

25   MR. RAVI BATRA:   Okay.  Thank you very much.

**PROCEEDINGS**

1    HEARING OFFICER GONZALEZ:   Everyone agreed to March

2    28th.  Mike, this document says "9:00 a.m.", but if you

3    agree to set the time, that's something that you're

4    going to do with Mr. Micha, okay?

5    MR. RAVI BATRA:   Fine, and I'll speak with Mr. Micha

6    about the subpoena right now before I leave.

7    HEARING OFFICER GONZALEZ:   At this point, this matter

8    is concluded for today.  It's been rescheduled for March

9    28th by the school for their witness.  The young lady is

10   reinstated back to John Browne High School.  She will be

11   returning there on Monday and continue to go there until

12   the next scheduled hearing date, unless school officials

13   determine that based on the new evidence that they don't

14   want to proceed with the case.  If they do that, Mr.

15   Tsapelas, as soon as possible so that parties don't come

16   here on ...

17   DEAN JOHN TSAPELAS:   Well, we're not going to come back

18   here for nothing.

19   HEARING OFFICER GONZALEZ:   And the case is now marked

20   final.  Okay?

21   MR. RAVI BATRA:   All right.

22   HEARING OFFICER GONZALEZ:   For the 28th.  All right.

23   So, this matter is concluded.  The time is 11:20 in the

24   morning.  I will give you a copy of this document.

25   PRE-HEARING CONCLUDES HERE

**PROCEEDINGS**

1

2

3

4

5

6       I, TRIS GRAHAM, certify that the foregoing transcript of

7   Proceedings in the New York State Board of Education, QUEENS

8   County, for a Hearing in the matter of PRETICA BISWAS, #11-27-

9   42043 heard before Hearing Officer GEORGE GONZALEZ on May 26,

10   2011, was prepared using electronic transcription equipment and

11   is a true and accurate record of the proceedings.

12

13

14   Signature _____

15   TRIS GRAHAM

16   Cutting Edge Depositions, Inc.

17   860 Grand Concourse, Suite 2K

18   Bronx, New York 10451

19   (718)292-3226

20   May 10, 2011

21

22

23

24

25