# EXHIBIT 5



**THE POLICE COMMISSIONER**
CITY OF NEW YORK

June 11, 2007

Honorable Robert Jackson
Chair, Education Committee
New York City Council
250 Broadway, 14th Floor
New York, N.Y. 10007

Dear Council Member Jackson:

I am writing in response to your letter requesting information about the role School Safety Agents and Police Officers play in New York City Public Schools, as well as the training they receive. To begin, I would like to clarify the length of School Safety Agent (SSA) training. You were incorrectly informed by DOE that the training program for SSA's is 11 weeks, when in fact it is a comprehensive 14-week training program.

There are various civil service ranks held by School Safety Agents who are assigned to our schools. Therefore, we will speak to their roles and responsibilities in general rather than about specific tasks they may perform. It is the duty of School Safety Agents to patrol designated areas in and around schools to maintain the order necessary to further the pedagogical function. Broadly stated, this may include challenging unauthorized visitors, removing unruly students, and taking enforcement action when violations of law occur. In addition, on behalf of DOE, School Safety Agents enforce the rules and regulations governed by the Chancellor's Student Disciplinary Code, which for instance may entail returning an errant student to class; however, they are not involved in the actual disciplinary process except as potential witnesses in disciplinary proceedings.

School Safety Agents receive training on a wide variety of issues that allow them to better understand their role in the schools. Topics such as anger management, conflict resolution, effective communication, ethics, and racism, as they relate to developmental and behavioral issues in children are taught. In addition they receive training on criminal law and the laws of arrest.

Police Officers do not attend the same 14-week course that School Safety Agents receive, but are taught the same topics at greater length, as part of their 6-month Police Academy training. In addition, those police officers assigned to the School Safety Task

Force receive regular in-service training that addresses topics unique to the school environment, such as bullying, conflict resolution, and discipline in the classroom.

Regarding your concerns about the investigation of allegations lodged against SSA's, the jurisdiction of CCRB does not extend to such complaints. The scope of CCRB's investigative jurisdiction in intent and practice, granted by the City Charter, was written exclusively to monitor police officers. Further, since gaining responsibility for the school safety function, the Police Department has implemented a successful program to record and investigate complaints made against School Safety Agents. Regardless of their nature, complaints are first reviewed by the Police Department's Internal Affairs Bureau and then forwarded to the appropriate investigative unit. This process is no different than the process utilized for all other civilian employees of the Police Department.

Since 2002, the Police Department has received 2,670 complaints made against School Safety Agents, an average of about 500 per year. Of those, 722 have been substantiated by the Police Department, yielding a substantiation rate of 27%, much higher than the 3.6% substantiation rate for complaints received by CCRB. Considering there are over one million students in the New York City school system, and over 5,000 SSA's, the number of complaints is relatively low.

Regarding Police Officers assigned to the School Safety Task Force, which number approximately 200, there have been 38 complaints made to CCRB since 2002 and two have been substantiated.

I hope this information provides insight into the duties and challenges faced by the personnel assigned to our schools and also illustrates the professionalism they utilize daily.

Sincerely,

Raymond W. Kelly
Police Commissioner