Handwritten note: THIS WAS PROVIDED BY SCHOOL AFTER SUSPENSION

| Student ID | Student Last Name | First Name | House Number | Street Name | Boro | State | Zip | Floor Nbr | Status |
|---|---|---|---|---|---|---|---|---|---|
| 215008384 | | EFRAIN | 137-60 | 45 AVENUE | 0 | NY | 11355 | | A |
| 215008517 | | ANDRES | 137-60 | 45 AVENUE | 0 | NY | 11355 | | A |
| 220603690 | | JONATHAN | 137-60 | 45 AVENUE | 0 | NY | 11355 | | A |
| 265536078 | | MARLON | 137-60 | 45 AVENUE | 0 | NY | 11355 | | A |
| 266600848 | | JEANPIERRE | 137-60 | 45 AVENUE | 0 | NY | 11355 | | A |
| 269545802 | | JEAN CARLO | 137-60 | 45 AVENUE | 0 | NY | 11355 | | A |
| 223350224 | | KRITTIKA | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 274608421 | | FATHIMA | 43-12 | COLDEN STREET | 0 | NY | 11355 | | A |
| 226488644 | | AMANDEEP | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 220019996 | | SNEHA | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 225892884 | | LAKSHMI PRIYA | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 226790285 | | SHAMIKA | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 220019970 | | RACHITA | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 220289128 | | ABHISHEK | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 269334439 | | HERSH | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 220001549 | | SNIGDHA | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 220475008 | | ATIKA | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 221385164 | | QIMING | 43-16 | COLDEN STREET | 0 | NY | 11355 | | A |
| 221309289 | | ASIF | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |
| 220835409 | | MENGKE | 43-23 | COLDEN STREET | 0 | NY | 11355 | | A |

# STUDENT DEMOGRAPHICS REPORT





BISWAS, KRITTIKA

HR: 4B7

GRADE: 220

ACADEMY: School

STUDENT ID: █████224

STREET: 43-23 COLDEN STREET

CITY: FLUSHING

STATE: N

ZIP: 11355

HOME PHONE: ████580

WORK PHONE:

SSN: ████224

ADVISOR:

BUS:

LUNCH TYPE:

DOB: ████92

ENROLLMENT DATE: 12/04/2009

GENDER: F

ETHNICITY:

INTENSITY:

## GUARDIAN(S) INFORMATION

| Guardian Name | Street | City | State | Zip |
|---|---|---|---|---|
| RUMA BISWAS | 43-23 COLDEN STREET | FLUSHING | NY | 11355 |
| Relationship | Home Phone | Work Phone | ParentEMail | |
| Guardian | ████ | | | |

**Cohill Ivan V (77Q425)**

| | | |
|---|---|---|
| **From:** | Rossey Charlesron [automailer@educationalnetworks.net] | **Sent:** Thu 12/16/2010 9:30 PM |
| **To:** | Cohill Ivan V (77Q425) | |
| **Cc:** | | |
| **Subject:** | Dear Ivan Cohil | |
| **Attachments:** | | |

This email is automatically sent from http://www.johnbowne.org/apps/pages/index.jsp?uREC_ID=114821&type=u by IP address 24.239.172.20 (computer id: 0:5855546972859657) on Thursday, December 16, 2010 at 09:30 PM US/Eastern timezone

From: Rossey Charlesron <Theone@yahoo.com>
Subject: Dear Ivan Cohil

Dear Ivan Cohill(gym teacher):
shit
fuck
asshole
bitch
mother fucker
damn
merde
You damned disgusting bastard
your such a pig fucker
nobody fucks aunt quite like you
Fuck your mother's asshole
Burn in hell, fat ass bitch, burn in hell!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

# EXHIBIT "5"

GENERAL AFFIDAVIT

**State of New York**

**County of** NASSAU

**BEFORE ME,** the undersigned Notary, PETER  J  GAMBITSKY _____, on

this TENTM _____ *[day of month]* day of MARCIM _____ *[month]*, 20 1 1, personally appeared

GLEB  LIFERENKD _____ *[name of affiant]*, known to me to be a

credible person and of lawful age, who being by me first duly sworn, on HIS ___ *[his or her]* oath, deposes

and Submitted the attached two page affidavit and exhibits bearing my notary stamp which set forth affiant's

statement of facts, along with four page exhibit 'A' and two page exhibit 'B'

*[signature of affiant]*

GLEB  LIFERENKO

*[typed name of affiant]*

75  OLD STAGE RD

*[address of affiant, line 1]*

GRANVILLE, VT 05747

*[address of affiant, line 2]*

Subscribed and sworn to before me, this TENTM _____ *[day of month]* day of MARCM _____

*[month]*, 20 11 .

*[Notary Seal:]*

*[signature of Notary]*

PETER  J  GAMBITSKY

*[typed name of Notary]*
NOTARY PUBLIC

Peter J. Gambitsky
Notary Public, State of New York
No. 01GA...
Qualified in Suffolk County
Commission Expires 11/14/2014

My commission expires: NOVEMBER  14, 20 14 .

# **Affidavit**

State Of Vermont
County of Addison, SS:


Gleb Liferenko, being duly sworn, deposes and says the following under penalty of perjury:

1) Qualifications:

Experience:
  May 2001 - present  - CES Computer Solutions, Inc., Plainview, NY; Lead Software Engineer;
  Nov 2000 - May 2001 - Kean, Inc., NY, NY; Sr Consultant for Optimum Logistics/Stolt Nielsen;
  Dec 1999 - Nov 2000 - i:FAO AG (former Intransco), Sofia, Bulgaria; Sr Software Engineer;
  Jul 1999 - Dec 1999 - Intransco, Inc., Sofia, Bulgaria; Sr Software Engineer;
  Apr 1999 - Jul 1999 - BSS (former Insession), Sofia, Bulgaria; Sr Software Engineer;
  Jan 1998 - Apr 1999 - Insession, Ltd., Sofia, Bulgaria; Sr Software Engineer;
  May 1994 - Jan 1998 - Point L, Ltd., Sofia, Bulgaria; Software Engineer;
  Dec 1993 - May 1994 - SBS, Inc., Sofia, Bulgaria; Computer Hardware Technician;
  Sep 1989 - May 1990 - Public Transportation Company, Zhitomir, USSR; Computer Hardware Technician.

Education:
  Sep 1990 - May 1995 - Technical University of Sofia, Bulgaria; BS in Computer Science.

Affiliations:
  Association for Computing Machinery (ACM) Professional Member:
http://member.acm.org/~gliferenko


2) I have examined an email from the home computer of Mr. Debashish Biswas located at 43-23 Colden Street, Apt. # 23J, Flushing, NY 11355, and determined that the IP address is 72.229.54.162, which belongs to the network of Road Runner LLC. Attached hereto as exhibit A.


3) I have examined the three emails supplied by the John Bowne High School as part of the charges against  Ms. Krittika Biswas, to wit:

a)      Email dated 12/16/2010 at 9:25 PM



From: Rossey Charlesron <Theone@yahoo.cmo>
To: Cohill Ivan V (77Q425)
Subject: Dear Ivan Cohill

b)      Email dated 2/6/2011 at 1:06 PM
        From: Clark Powel <clark32@yahoo.com>
        Subject: A favor for Ms Kim Ross

c)      Email dated 2/6/2011 at 5:34 AM
        From: John Bowne high school <theone@yahoo.com>
        Subject: Dear Jamie Kim Ross (Calculus teacher)

The emails have an IP address different from the IP address at Mr. Biswas home, to wit: 24.239.172.20, which belongs to the network of Earthlink Inc. Attached hereto as exhibit B.

4) With a reasonable degree of certainty, based on my knowledge of the operating principles of the Internet and networking software, I can state that the 3 emails charged allegedly to Krittika Biswas did not originate from her computer at home.

Gleb Liferenko



# Exhibit A

Delivered-To: gleb.liferenko@gmail.com
Received: by 10.42.83.144 with SMTP id h16cs9129icl;
Sun, 13 Feb 2011 14:27:56 -0800 (PST)
Received: by 10.143.40.12 with SMTP id s12mr2544919wfj.2.1297636075295;
Sun, 13 Feb 2011 14:27:55 -0800 (PST)
Return-Path: <debashishr@rediffmail.com>
Received: from rediffmail.com (f4mail201.rediffmail.com [202.137.234.201])
by mx.google.com with SMTP id x22si4746039wfd.89.2011.02.13.14.27.53;
Sun, 13 Feb 2011 14:27:54 -0800 (PST)
Received-SPF: pass (google.com: domain of debashishr@rediffmail.com designates
202.137.234.201 as permitted sender) client-ip=202.137.234.201;
DomainKey-Status: good (test mode)
Authentication-Results: mx.google.com; spf=pass (google.com: domain of
debashishr@rediffmail.com designates 202.137.234.201 as permitted sender)
smtp.mail=debashishr@redif
Received: (qmail 50046 invoked by uid 510); 13 Feb 2011 22:25:39 -0000
Comment: DomainKeys? See http://antispam.yahoo.com/domainkeys
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=redf; d=rediffmail.com;
b=YNUZQ7kAYZ8JLX89CdkdocK2wzCII10LZeEZMSiASHpoU0hIEUfIxVKOmXqS
XnGpI0o5TdWzBZgTD1NHEmPduGxB7gmVP76jKMw7pGYl7o+aDcY+elgREM00+h
QVcht/tT+d4Xz1UkfT5EjrXcnBRTFS64g2HD9bfFgcJJQ
X-CTCH-Spam: Unknown
X-CTCH-VOD: Unknown
X-CTCH-Flags: : 0
X-CTCH-RefID: str=0001.0A150203.4D585AE8.004B,ss=1,fgs=0
Date: 13 Feb 2011 22:25:38 -0000
MIME-Version: 1.0
To: <gleb.liferenko@gmail.com>
Received: from unknown 72.229.54.162 by rediffmail.com via HTTP; 13 Feb 2011
22:25:38 -0000
Message-ID: <1297635418.S.4920.23452.F.H.TkdsZWIgTGlmZXJlbmtvAFJFOg__.f4-
234-184.bulk.1297635938.8565@webmail.rediffmail.com>
Subject: =?utf-8?B?Rnc6IFJFOg==?=
From: "debashish biswas" <debashishr@rediffmail.com>
Content-Type: multipart/mixed;
boundary="=_1ffc29765607f1d4bdaf112b1de4e328"
--=_1ffc29765607f1d4bdaf112b1de4e328
Content-Type: multipart/alternative;
boundary="=_c7486d2dee132d3821bf81e978a32fe5"
--=_c7486d2dee132d3821bf81e978a32fe5
Content-Transfer-Encoding: 7bit
Content-Type: text/plain; charset="UTF-8"
thanks. forwarded as advised.



Note: Forwarded message attached
-- Original Message --
From: "Gleb Liferenko" g_liferenko@servicespan.net
To: "debashish biswas" debashishr@rediffmail.com
Subject: RE:
Debashish
--=_c7486d2dee132d3821bf81e978a32fe5
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset="UTF-8"
thanks. forwarded as advised.<br />
<br />
Note: Forwarded message attached<br />
<br />
-- Original Message --<br />
<br />
From: "Gleb Liferenko" g_liferenko@servicespan.net<br />
To: "debashish biswas" debashishr@rediffmail.com<br />
Subject: RE:<br><br>Debashish<br><Table border=3D0 Width=3D644 Height=3D57 =
cellspacing=3D0 cellpadding=3D0 style=3D"font-family:Verdana;font-size:11px=
;line-height:15px;"><TR><td><A HREF=3D"http://sigads.rediff.com/RealMedia/a=
ds/click_nx.ads/www.rediffmail.com/signatureline.htm@Middle?" target=3D"_bl=
ank"><IMG SRC=3D"http://sigads.rediff.com/RealMedia/ads/adstream_nx.ads/www=
.rediffmail.com/signatureline.htm@Middle"></A></td></TR></Table>
--=_c7486d2dee132d3821bf81e978a32fe5--
--=_1ffc29765607f1d4bdaf112b1de4e328
Content-Transfer-Encoding:
Content-Type: message/rfc822;
name="ForwardedMessage";
Content-Disposition: inline;
filename="ForwardedMessage";
Return-Path: <g_liferenko@servicespan.net>
X-IN-CTCH-Spam: Unknown
X-IN-CTCH-VOD: Unknown
X-IN-CTCH-Flags: : 0
X-IN-CTCH-RefID: str=0001.0A150204.4D5858DD.0125,ss=1,fgs=0
X-REDIFF-SENDER-VERIFY: D=-2, P=D
by 0 with SMTP; 13 Feb 2011 22:16:57 -0000
Sun, 13 Feb 2011 17:18:59 -0500
X-MimeOLE: Produced By Microsoft Exchange V6.5
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----_=_NextPart_001_01CBCBCC.02B8F575"
Subject: RE:
https://mail.google.com/mail/?ui=2&ik=0a56987d...
1 of 2 03/02/2011 12:57 PM

Peter J. Gambluky
Notary Public, State of New York
No.01GA20882010
Qualified in Suffolk County
Commission Expires: 11/19/2014

Message-ID:
<2047ABD39ABE6D44B6EB2282188445360194C0B3@EXMAIL01.asp.local>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Index: AcvLycoBo+ApOsxwQRmNxVcYPDHIwAAAb03a
References: <20110213220041.32483.qmail@f4mail208.rediffmail.com>
From: "Gleb Liferenko" <g_liferenko@servicespan.net>
To: "debashish biswas" <debashishr@rediffmail.com>
Return-Path: g_liferenko@servicespan.net
X-OriginalArrivalTime: 13 Feb 2011 22:18:59.0190 (UTC)
FILETIME=[02DB8960:01CBCBCC]
This is a multi-part message in MIME format.
------_=_NextPart_001_01CBCBCC.02B8F575
Content-Type: text/plain;
charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
Hi,
Could you please forward this email once again to =
gleb.liferenko@gmail.com ? This way I will be sure I'm getting all the =
headers.
--
Regards,
Gleb
-----Original Message-----
From: debashish biswas [mailto:debashishr@rediffmail.com]
Sent: Sun 2/13/2011 5:00 PM
To: Gleb Liferenko
Subject:=20
=20
forwarding at the request of Amit Sikdar
------_=_NextPart_001_01CBCBCC.02B8F575
Content-Type: text/html;
charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 3.2//EN">
<HTML>
<HEAD>
<META HTTP-EQUIV=3D"Content-Type" CONTENT=3D"text/html; =
charset=3Diso-8859-1">
<META NAME=3D"Generator" CONTENT=3D"MS Exchange Server version =
6.5.7654.12">
<TITLE>RE: </TITLE>
</HEAD>
<BODY>
<!-- Converted from text/plain format -->
<P><FONT SIZE=3D2>Hi,<BR>

Robert Gambitsky
Notary Public, State of New York
No. 01GA6088210
Qualified in Suffolk County
Commission Expires _____

<BR>
Could you please forward this email once again to =
gleb.liferenko@gmail.com ? This way I will be sure I'm getting all the =
headers.<BR>
<BR>
--<BR>
Regards,<BR>
<BR>
Gleb<BR>
<BR>
<BR>
-----Original Message-----<BR>
From: debashish  biswas [<A =
HREF=3D"mailto:debashishr@rediffmail.com">mailto:debashishr@rediffmail.co=
m</A>]<BR>
Sent: Sun 2/13/2011 5:00 PM<BR>
To: Gleb Liferenko<BR>
Subject:<BR>
<BR>
forwarding at the request of Amit Sikdar<BR>
<BR>
</FONT>
</P>
</BODY>
</HTML>
------_=_NextPart_001_01CBCBCC.02B8F575--
--=_1ffc29765607f1d4bdaf112b1de4e328--
https://mail.google.com/mail/?ui=2&ik=0a56987d...
2 of 2 03/02/2011 12:57 PM

Peter J. Gambitsky
Notary Public, State of New York
No. 01GA5085800
Qualified in Suffolk County,
Commission Expires ___11/15/20 P

## Exhibit B

From:       Rossey Charleson [automailer@educationsfnetworks.net]       Sent: Thu 12/16/2010 9:25 PM
To:         Cohill Ivan V (97Q425)
Cc:
Subject:    Dear Ivan Cohil
Attachments:

This e-mail is automatically sent from http://www.johnbowne.org/apps/pages/index.jsp?uREC_ID=114821&type=u by IP-address 24.239.172.23 (computer id: 0.5865546972268867) on Thursday December 16, 2010 at 09:25 PM US/Eastern timezone.

From: Rossey Charleson <Thepne@yahoo.com>
Subject: Dear Ivan Cohil

Dear Ivan Cohill(gym teacher):
shit
fuck
asshole
bitch
mother fucker
damn
merde
You damned disgusting bastard
your such a pig-fucker
nobody fucks aunt quite like you
Fuck your mother's asshole
Burn in hell, fat ass bitch, burn in hell!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Peter J. Gaminsky
Notary Public, State of New York
No. 01GA6088010
Qualified in Suffolk County
Commission Expires

This email is automatically sent from

http://www.johnbowne.org/apps/pages/index.jsp?uREC_ID=11483D&type=u by IP address
24.239.172.20 (computer id: 0.9491681261447339) on Sunday, February 6, 2011 at 01:06 PM
US/Eastern time zone

From: Clark Powel <Clark32@yahoo.com>
Subject: A favor for Ms. Kim Ross

From: A fat ghetto guy who fucked Kim Ross s daughter

Kim Ross is a bitch. Kim Ross is a bitch that suck fat Jewish dick. She suck it and lick it. She suck her
husband's dick with her daughter. Kim Ross s man rape her own daughter. Her daughter have sex with
her father and a black ghetto son of bitch. Kim Ross's daughter get fucked as she play her violin. Kim
Ross's daughter get fucked as she performed her awful violin. Kim Ross's daughter is a young hooker to
be, and soon will get pregnant by her favorite teacher. Kim Ross commit adultery by fucked the teacher
next door. The bitch get fucked while teaching Calculus, and suck Chinese dick, Indian dick and Korean
dick. Kim Ross's daughter suck random people's dick on street, she let people fuck her vagina. Please
leave me your daughter's contact information so I can fuck her next time, thank you!!

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

This email is automatically sent from

http://www.johnbowne.org/apps/pages/index.jsp?uREC_ID=200754&type=u by IP address
24.239.172.20 (computer id: 0.9491681261447339) on Sunday, February 6, 2011 at 05:34 AM
US/Eastern time zone

From: John Bowne high school <Ireone@yahoo.com>
Subject: Dear Jamin Kim Ross (Calculus teacher)

shit
fuck
asshole
bitch
uncle fucker
damn
merde
You damned disgusting bastard
your such a pig-fucker
nobody fucks ancle quite like you
Fuck your father's asshole


Peter J. Gambialir
Mitney Public, State of New York
NYC 044059
Q'h in Suffolk County
Com box 11276 B

EXHIBIT "6"

Gleb Liferenko
75 Old Stage Rd
Granville, VT 05747

Apr 18, 2011

Debashish Biswas
43-23 Colden Street
Flushing, NY 11355

CC:
Ravi Batra Law Firm
142 Lexington Avenue
NY, NY 10016-8108

Dear Mr. Biswas,

Below please find my invoice for expert witness services and travel expenses on 03/03/11 - 03/04/11 and 03/10/11 - 03/11/11 in connection with Krittika's case:

Review and deposition (8hrs at $300.00) - $2400.00
Mileage (2 roundtrips of 660 miles from Granville, VT to NY, NY at 51c/mile) - $673.20
Road tolls (2 trips at $26.00) - $52.00
Meals (4 at $15.00) - $60.00
Hotel (2 nights at $89.00) - $178.00
-
Total - $3363.20

Yours Sincerely,

Gleb Liferenko

EXHIBIT "7"

Subj:     **Fw:**
Date:    5/3/2011 4:18:51 P.M. Eastern Daylight Time
From:   ravi@ravibatralaw.com
To:      Ravibatralaw@aol.com
Sent on the Sprint® Now Network from my BlackBerry®


**From:** "Kwait Howie (25Q425)" <HKwait@schools.nyc.gov>
**Date:** Tue, 15 Mar 2011 14:07:11 -0400
**To:** <ravi@raviBatralaw.com>
**Cc:** Eutsey Naomi (25Q425)<NEutsey@schools.nyc.gov>
**Subject:** FW:

As you requested when we spoke.

*Howard Kwait*
*Principal*
*John Bowne H.S.*
*718-263-1919*
HKwait@schools.nyc.gov


**From:** Fernandez Fernando
**Sent:** Tuesday, March 15, 2011 1:23 PM
**To:** Kwait Howie (25Q425); Albert Jennifer
**Subject:**

Please see attachment

**Fernando Fernandez**
Community Associate
New York City Department of Education
Office of School and Youth Development
Queens Student Suspension Hearings
28-11 Queens Plaza North, 2nd Floor
Long Island City, NY  11101

# THE NEW YORK CITY DEPARTMENT OF EDUCATION

JOEL I. KLEIN, *Chancellor*

Office of Student Intervention and Development
Student Suspension Hearings
28-11 Queens Plaza North ● Long Island City, NY 11101          (718) 391-6055 Voice
Seth Rosenkrantz, Director                                      (718) 391-6022 Fax
Emil T. Micha III, Supervising Attorney

March 15, 2011

Debashish Biswas
43-23 Colden Street, Apt. # 23J
Flushing, NY 11355

RE:        Krittika Biswas
SCHOOL:    John Bowne HS
OSIS No.:  ████224
SOHO No.:  ████42043

Dear Debashish Biswas:

Please be advised that:

- The charge(s) and suspension regarding your child, Krittika Biswas, have been withdrawn by the Superintendent;

- the suspension will be expunged from your child's records immediately.

If you have any questions about this disposition or your child's placement, please call the Hearing Office at (718) 391-6055.

Approved: *s/Elayna Konstan,*
**Chief Executive Officer**

# EXHIBIT "8"

**To Whom It May Concern**

I, Deboleena Kanjilal, have known Krittika Biswas since 2007. Kriitika and I went to the same High school in India, The Cambridge School, and Kolkata. She was a year junior to me but we both were still very well acquainted. After many months, in December 2009, I met Krittika at Queens Library in Flushing. I met her family soon and ever since then, I have been very close to Krittika and her family.

On 6th February 2011, at 12.25 pm, Krittika and I left Krittika's residence to go to Target at the Sky View Mall at College Point Boulevard. We walked through Main street via Stanford Avenue to the cross-section of College point Boulevard and 40th Rd. It was Krittika's younger brother's birthday next day (02.07.2011) so we had gone to shop for his birthday party, which was being held the next day at Krittika's residence. We entered Target around 12.45pm and were there till 1.30pm. We were interested in party decorations and even though we found good amount of decorations, we wanted to see if Bjs was cheaper. So we took the elevator to the "A" level where Bjs is located. We bought meat, milk, burger buns and chocolates.

At 2.30pm, I made a call to Krittika's mother to ask her about the type of meat we should buy. Then, we bought all the required goods and stood in line at the cash register. The bill was $121.90. Krittika was short on cash and so I paid the amount by my VISA debit card. We then waited for someone to reassemble a shopping cart we had just brought. The Bjs manager couldn't find anybody. After 15misn of waiting, she finally managed to convince one if the doormen to assemble it. We left Bjs at around 3.20 and went to Target, this time using the elevators directly in front of Bjs to go to the fifth floor, where the back entrance of target is located.

As we came out of the elevator, we met two acquaintances from the Consulate General of India. After greeting them, we ran inside target only to realize that our shopping cart was not assembled properly and one of the shooping cart's wheels had come off. We spent 10min fixing it by ourselves. We then headed to the party section and bought all the required decorations and birthday hats. At 4.15, we left Target and then walked all the way to Western Beef, located near Maple Ave and College Point Boulevard. We were at Western beef till 5pm and then we proceeded to go back to Krittika's house. We were delayed on the way, as the shopping trolley kept moving violently. We reached Krittika's house at 5.15pm.

*Debaleena Kanjilal.*

Subscribed and sworn to before me
this _07th_ day of _MARCH 2011_.

_____
Notary Public

HONG WU JIANG
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
NO. 01H06189625
FILED IN QUEENS COUNTY
COMMISSION EXPIRES JUNE 30 2012

# BJ's Wholesale Club

*KRITTIKA'S BILL*

## Purchase History Report for Member ■■■8101
### Between   Feb 6 2011   And   Feb 6 2011

Purch Date   Feb 6, 2011

Club #  206

| Transaction# | Register | Dept. | Style | Descr. | Return/Void | Rebate | Qty. | Payment |
|---|---|---|---|---|---|---|---|---|
| 5480 | 5 | 192 | 684077 | STEEL GROCERY  CART WITH BAG | | | 1 | $29.99 |
| | | 140 | 319740 | ARNOLD HAMBRG  ROLL 16PK | | | 1 | $2.99 |
| | | 140 | 319740 | ARNOLD HAMBRG  ROLL 16PK | | | 1 | $2.99 |
| | | 12 | 022603 | W FARMS  24 CT XLG WHITE EGGS | | | 1 | $2.99 |
| | | 125 | 982944 | COOKED 26-30CT SHRMP THAILAND | | | 1 | $15.48 |
| | | 25 | 982196 | PERDUE TENDERS CHICKEN | | | 1 | $12.77 |
| | | 22 | 016563 | CILANTRO      6/2.5 OZ | | | 1 | $2.99 |
| | | 14 | 025422 | W FARMS 128 OZ OJ FROM CONCNT | | | 1 | $3.99 |
| | | 25 | 982290 | PERDUE GROUND  TURKEY | | | 1 | $7.19 |
| | | 25 | 982290 | PERDUE GROUND  TURKEY | | | 1 | $7.24 |
| | | 42 | 024369 | HERSHEY 52 OZ ASSORT NUGGETS | | | 1 | $10.29 |
| | | 44 | 023522 | BARILLA 6/1 LB ANGEL/LINGUINE | | | 1 | $6.49 |
| | | 126 | 024542 | CASUL GRMT 32Z CHKN SAUSAGE | | | 1 | $9.49 |
| | | 31 | 003580 | DOMINO  4 LB LIGHT BRWN SGR | | | 1 | $3.49 |

|  | |
|---|---|
| Total Visit   14 | Price   $118.38 |
| | Tax   $3.57 |
| | Payment   $121.95 |

## Payment with Taxes and Tender Type

| Purch Date | Club | Transaction# | Register# | Payment Amount | Tax Amount | Tender Description |
|---|---|---|---|---|---|---|
| Feb 6, 2011 | 206 | 5480 | 5 | $121.95 | $3.57 | VISA |

TIME — 2:39 PM



**KRITTIKA'S BILL**

The Meat SuperMarket (718) 539-4900
14 44 COLLEGE POINT BLVD  QUEENS NY

**Refunds With This Receipt**
Please Check Your Bags Before Leaving

| | | |
|---|---|---|
| WB 10CT DEEP DSNGA | 2.99 T |
| WB PLAIN BREADCRUM | 1.49 F |
| WB PLAIN BREADCRUM | 1.49 F |
| WB 100% WHT BREAD | 1.69 F |
| 3.31 lb @ 0.79 /lb | |
| WT CABBAGE(USA) | 2.61 F |
| 4 @ 4/2.00 | |
| CUCUMBER MEXICO | 2.00 F |
| COKE 2LT (CONTOUR) | 1.58 B |
| BOTTLE DEPOSIT | 0.05 F |
| COKE 2LT (CONTOUR) | 1.58 B |
| BOTTLE DEPOSIT | 0.05 F |
| 3.59 lb @ 0.89 /lb | |
| WT POT LOOSE IDAHO | 3.20 F |
| S: 670 COKE CPN | 0.70-B |
| S: 670 COKE CPN | 0.70-B |
| TAX | 0.42 |
| **** BALANCE | 17.75 |
| LF FOOD COLORING | 2.59 F |
| 1 @ 4/5.00 | |
| WB MARINARA SPAGS | 1.25 F |
| WB CHOC SYRUP SZ | 1.69 F |
| S/T CRSH RED PEPPE | 0.99 F |
| HERSHEY COCOA | 3.49 F |
| WB EVAP MILK | 0.75 F |
| ARM&HAMMER BAKING | 0.99 T |
| FLEISCHMNS RRYEFST | 2.19 F |
| GOLD MEDAL FLOUR A | 1.69 F |
| THYME HERB | 1.49 F |
| TAX | 0.51 |
| **** BALANCE | 34.96 |
| Cash | 40.00 |
| CHANGE | 5.04 |

TOTAL NUMBER OF ITEMS SOLD =  22
02/06/11 05:24pm 2 11 108 411

Your Checker Today Is MICHAEL HERBER
YOU SAVED $ 1.40 IN COUPONS TODAY!

**\*\*\* SALES DATE \*\*\***

Look for next weeks super values
Beginning Friday thru Thursday

Quality and Savings Always with
Western Beef



FLUSHING - 347-532-9942
02/06/2011 04:12 PM  EXPIRES 05/07/11

| GROCERY | | | |
|---|---|---|---|
| 284110663 | MP SHREDDED | FN | $0.99 |
| | Saved $1.35 off $2.34 | | |
| 284110677 | MP SINGLES | FN | $4.74 ↓ |
| | 2 @ $2.37 ea | | |
| **HOME** | | | |
| 253040048 | UP NAPKINS | T | $2.99 |
| 253050009 | UP CUTLERY | T | $2.99 |
| 253050307 | UP CUPS | T | $2.99 |
| 253050310 | UP PLATES | T | $2.99 |
| **STATIONERY-OFFICE** | | | |
| 053030008 | OPP BAGS | T | $7.35 |
| | 15 @ $0.49 ea | | |
| 053030338 | BANNER | T | $2.04 |
| 053030346 | PARTY HATS | T | $3.98 |
| | 2 @ $1.99 ea | | |
| 053031522 | BDAY CANDLE | T | $1.98 |
| | 2 @ $0.99 ea | | |
| 081040331 | 10CT CRAYOLA | T | $3.04 |

| | | |
|---|---|---|
| SUBTOTAL | | $36.0 |
| NY TAX  8.8750% on  $30.35 | | $2.6 |
| TOTAL | | $38.7 |
| CASH PAYMENT | | $40.0 |
| CHANGE DUE | | $1.2 |

↓ INDICATES SAVINGS

Thanks! Your purchase
helps give 5% of our
income to communities