DEBOLEENA KANJILAL                                    Account Number: 0000 ████



## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $437.68 |
| Deposits and Additions | 126.47 |
| ATM & Debit Card Withdrawals | - 353.17 |
| **Ending Balance** | $210.98 |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/10 | ATM Cash Deposit | | $100.00 |
| 02/24 | New York State  Dir Dep    PPD ID: ████ 3536 | | 26.47 |
| | **Total Deposits and Additions** | | **$126.47** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | Card Purchase With Pin  01/28 Target T2451 Flushing Flushing NY Card 1028 | $17.24 |
| 01/31 | Card Purchase        01/28 U R* Dunkin #345537   New York NY Card 1028 | 2.00 |
| 01/31 | Card Purchase With Pin  01/31 Mta Vending Machines 212-Metroca NY Card 1028 | 20.00 |
| 02/04 | Card Purchase With Pin  02/04 Mta Vending Machines 212-Metroca NY Card 1028 | 2.50 |
| 02/07 | Card Purchase        02/03 U R* Metropolitan Food New York NY Card 1028 | 1.40 |
| 02/07 | Card Purchase        02/04 U R* Patel Brothers Flushing NY Card 1028 | 6.48 |
| 02/07 | Card Purchase        02/06 U R* Arby's #7362   Fresh Meadow NY Card 1028 | 3.27 |
| 02/07 | Card Purchase        02/06 U R* Arby's #7362   Fresh Meadow NY Card 1028 | 1.09 |
| 02/07 | Card Purchase With Pin  02/05 Staples, Inc. Jackson Heigh NY Card 1028 | 1.00 |
| 02/07 | Card Purchase With Pin  02/05 Staples, Inc. Jackson Heigh NY Card 1028 | 2.99 |
| 02/07 | ATM Withdrawal        02/06 4258 Main St Flushing NY Card 1028 | 20.00 |
| 02/07 | Card Purchase        02/06 U R* Bj's Wholesale # 2 Flushing NY Card 1028 | 121.95 |
| 02/07 | Recurring Card Purchase 02/05 U R* Nfl*Www.Netflix.Com CA Card 1028 | 7.99 |

STATEMENT OF MS. DEBOLEENA KANJILAL INDICATING PAYMENT MADE BY HER AT BJ's USING HER CREDIT CARD.

# EXHIBIT "9"

## AFFIDAVIT

I, RAVICHANDRAN KALYANASUNDARAM, BEING DULY SWORN, DEPOSES AND SAYS THE FOLLOWING UNDER PENALTY OF PERJURY:

I MET MS. KRITTIKA BISWAS AND HER FRIEND MS. DEBOLEENA KANJILAL AT SKY VIEW PARK MALL, COLLEGE POINT BOULEVARD, FLUSHING AROUND 3.25 PM ON 6TH FEBRUARY, 2011 (SUNDAY) NEAR THE ELEVATOR WHILE I WAS GOING FROM TARGET STORE TO BJ'S STORE LOCATED IN THE SAME MALL.

Sworn to me this 7th day
of March, 2011

_(signature)_

CARMEN L. JIMENEZ
Notary Public, State of New York
No. 01JI6073297
Qualified in New York County
Commission Expires July 29, 20 14

_(signature)_

(RAVICHANDRAN K.)

Cell. ████████ 5469

MR. RAVI CHANDRAN'S BILL

```
              BJ'S WHOLESALE CLUB
          131-07 40TH RD - SUITE A100
                 FLUSHING, NY
                 347-625-2959


              0206 024 9249     02/0
CASH-1                 198 2    16 1

*************************************
***  MEMBERSHIP ID.       9795  ***
***  MEMBERSHIP EXPIRES ON  02/12 ***
*************************************
     CASH OR CREDIT
     MISSION OF INDIA
     4323 COLDEN ST APT 4D
     FLUSHING, NY  11355--590

     E 0000000101901 NY 09/30/13

  020005800 BRWN SUG 4LB      3.45
  150062192 128Z SKIM         2.69
  150061101 WHOLE MILK        2.9
  379205201 CRAN/POM 2PK      7.9
 3450062192 128Z SKIM         2.6
 4850000770 TROP OJ 96Z       7.9
40000016288 B&SHTDOFRL16      1.9
 7167302054 WHT 2/24 OZ       3.
     ITEM TOTAL 8
                  TOTAL      33.

  ASTER CARD                 33.
     XXXXXXXXXXXX9697
                           AUTH 67011B

    THANK YOU FOR SHOPPING AT BJ'S
```

*0206206249249*

The Membership That Pays You Back

Upgrade to a BJ's Rewards Membership
    and earn 2% Payback on most
   in-Club and all BJs.com purchase

 Details at the Member Services De
    or visit BJs.com/rewards
            *****
    Shop.BJs.com for savings on
  thousands of other great products!
   on't miss out on emails with spec

I hereby certify that this is the receipt of the purchase made by me at BJ's using my credit Card on 2/6/2011.



Your Membership Expiration Date is printed on your BJ's sales receipt.

Member Care 800-BJS-CLUB

MEMBER SINCE 11

9-795

MISSION OF INDIA

RAVI  KA

This card is intended for your exclusive use and is not transferable.

Business Supplemental
Member                    E

# AFFIDAVIT

I, BHOOP SINGH BISHT, BEING DULY SWORN, DEPOSES AND SAYS THE FOLLOWING UNDER PENALTY OF PERJURY:

I MET MS. KRITTIKA BISWAS AND HER FRIEND MS. DEBOLEENA KANJILAL AT SKY VIEW PARK MALL, COLLEGE POINT BOULEVARD, FLUSHING AROUND 3.25 PM ON 6TH FEBRUARY, 2011 (SUNDAY) NEAR THE ELEVATOR WHILE I WAS GOING FROM TARGET STORE TO BJ'S STORE LOCATED IN THE SAME MALL.

(BHOOP SINGH BISHT)

Sworn to me this 7th day of
March 2011.

CARMEN L. JIMENEZ
Notary Public, State of New York
No. 01JI607 3297
Qualified in New York County
Commission Expires July 29, 20 14

B. S. Bisht
Vice Consul
Consulate General of India
New York

**TARGET**
EXPECT MORE. PAY LESS.

FLUSHING - 347-532-9942
/06/2011 03:22 PM  EXPIRES 05/07/11



GROCERY
157          MP EGGS           FN    $3.57
             3 @ $1.19 ea
TOYS/SPORTING GOODS
0871 01312   FAMILY 10         T    $13.49
                    SUBTOTAL         $17.06
             TAX EXEMPT SALE          $0.00
                       TOTAL         $17.06

*4197 DEBIT TOTAL PAYMENT           $17.06

Thanks! Your purchase
helps give 5% of our
income to communities



Win a
$5000
GiftCard

Tell us about your last shopping experience
at Target for a chance to win a
$5000 Target GiftCard!

Locate the Gift Registry
Kiosk and select GUEST SURVEY.
Or at home, log onto:

www.Target.com/survey
User ID:  7896 2754 9991
Password:  011 246

Cuéntanos acerca de tu última experiencia
de compra en Target y tendrás la oportunidad
de ganar una tarjeta de regalo
Target GiftCard de $5000.
En el kiosco del registro de regalos,
selecciona "Guest Survey" o visita
www.target.com desde tu casa e ingresa
la contraseña y N° de usuario de arriba.
Están disponibles en "Servicio al huésped"

ONE WINNER PER MONTH!
Guest must be 18 or older to enter.
Sweepstakes runs from
2/01/2011 through 04/30/2011
Complete rules at Guest
Service Desk and Target.com/survey.
Target team and family not eligible.

---

BJ'S WHOLESALE CLUB
131-07 40TH RD - SUITE A100
FLUSHING, NY
347-625-2959

0206 020 6579        02/06/11
               123 1    16 24 5

*********************************
MEMBERSHIP ID.        4440
MEMBERSHIP EXPIRES ON  02/12
*********************************

CASH OR CREDIT
MISSION OF INDIA
4323 COLDEN ST APT 4D
FLUSHING, NY  11355--590

E 0000000101901 NY 09/30/13

40000024081 B&JPISTACH       13.59N
            INSTANT REBATE    1.50N-
    19572 PICK N' PACK        5.98N
3700047467 TIDE LIQUID       19.99N
71897602639 WTHRPRF GLVE      5.90N
20442400000 COLBY JACK        5.48N
60605598201 PROTSYSJ7-J6     19.99N
    ITEM TOTAL 6

              TOTAL          69.43

COUPON                        2.00
DEBIT                        67.43
XXXXXXXXXXXX4197
    EFT Debit Payment from Primary
    Sequence #4543

    EXTRA SAVINGS TODAY = 3.50

THANK YOU FOR SHOPPING AT BJ'S

*0206206206579*

The Membership That Pays You Back

Upgrade to a BJ's Rewards Membership
and earn 2% Payback on most
in-Club and all BJs.com purchases

Details at the Member Services Desk
or visit BJs.com/rewards
*****
Shop BJs.com for savings on
thousands of other great products
Don't miss out on emails with special
offers, sign up

*These Receipts are for the purchases made by me Feb 6. on* [signature]

*B.S. BUSH*

# EXHIBIT "10"



Elayna Konstan, Chief Executive Officer
OFFICE OF SCHOOL AND YOUTH DEVELOPMENT
Seth J. Rosenkrantz, Director
Emil T. Micha III, Supervising Attorney
Queens Student Suspension Hearings
28-11 Queens Plaza North · Long Island City, NY 11101

**Department of Education**
Cathleen P. Black, Chancellor

(718) 391-6055 Voice
(718) 391-6022 Fax

## SUMMARY OF PROCEEDING

DATE: March 11, 2011

School: John Bowne
Telephone: (718) 263-1919
Principal: H. Kwait
Dean/A.P.: J. Tsopelas

Name: Krittika Biswas
Parent: Debashish Biswas
Address: 43-23 Golden St #23J
Flushing 113555
Telephone:

☐ No Contest     ☐ Hearing     ☐ Hearing in Absentia

Adjourned-Reason for Adjournment: School/witness

☐ Student Remains @ A.L.C.     ☒ Student Reinstated Pending Hearing

New Date and Time: March 28, 2011 @ 9 A.M.

If your child has an IEP or 504 plan, the MDR (Manifestation Determination Review) has been rescheduled to the second school day after the new hearing date. Please contact your child's school for further details.

George Gonzalez, Esq., Hearing Officer
Telephone: (718) 391-6035
Fax: (718) 391-6022

c: Parent
School
Advocate/ Attorney

# EXHIBIT "11"



**RAVI BATRA**

## The Batra Building
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
TEL (212) 545-1993    FAX(212) 545-0967

ATTENTION: _Emil Micha, Esq, Supervising Atty_

COMPANY: _NYC Dee -Discipline_

Re: _John Bowne v. Icittrika Biswas_

FAX NUMBER: _(718) 391-6088_

DATE OF TRANSMISSION: _3/11/11_ TIME: _____ A.M./P.M.

_Please have 2 subpoenas issued a sent to_
_me for service upon §_

① _TARGET - HEAD OF SECURITY, 40-24 College Point Blvd, Flushing NY 11354_

② _BJ's - GARY YEUNG - 131-07 40th Road, Ste A100, Flushing NY 11354_

_requiring a live person, with video surveillance/security_
_video for 2/6/11 1245 PM - 1:30 PM (TARGET), 1:30 - 2:30 (BJ's)._

FOR REVIEW __X__    URGENT __X__    PLEASE REPLY __✓__    PLEASE SIGN & RETURN _____.

**NUMBER OF PAGES, INCLUDING COVER** _____

_Subpoena period in question: 1245 PM - 130 PM 2/6/11 TARGET._

IF YOU DO NOT RECEIVE A COMPLETE TRANSMISSION, OR IT IS UNCLEAR, PLEASE CALL _115 PM - 230 PM BJ 2/6/11_

___Angela___ AT 212-545-1993.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER THE APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US VIA THE U.S. POSTAL SERVICE. THANK YOU.

_TARGET Tel # 347-532-9842_
_BJ Tel # 347-625-2958_

THE LAW FIRM OF RAVI BATRA, P.C.

SENT BY: _____

03/14/2011 14:21 FAX 2125450967 LAWFIRMOFRAVIBATRA

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3935
DESTINATION TEL #     17183916022
DESTINATION ID
ST. TIME              03/14 14:21
TIME USE              00'18
PAGES SENT               1
RESULT               OK
```



RAVI BATRA

**The Batra Building**
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
TEL (212) 545-1993    FAX(212) 545-0967

ATTENTION: _Emil Micha, Esq , Supervisory Atty_

COMPANY: _NYC DOE -Discipline_

Re: _John Bowne v. Krittika Biswas_

FAX NUMBER: _(718) 391-6022_

DATE OF TRANSMISSION: _3/11/11_ TIME: _____ A.M./P.M.

_Please have 2 Subpoenas issued & sent to_
_me for service upon:_

① _TARGET - HEAD OF SECURITY, 40-24 College Point Blvd, Flushing, NY 11_

② _BJ - GARY YEUNG - 131-07 40th Road, Ste A100, Flushing NY 113_

_requiring a live person, with video surveillance/secured_
_video for 2/6/11 1245 PM - 1:30PM (TARGET), 1:30 - 2:30 (BJ_

FOR REVIEW _X_    URGENT ☒    PLEASE REPLY ✓    PLEASE SIGN & RETURN



**Department of Education**
Cathleen P. Black, Chancellor

Elayna Konstan, Chief Executive Officer
OFFICE OF SCHOOL AND YOUTH DEVELOPMENT
Seth Rosenkrantz, Director
Emil T. Micha III, Supervising Attorney
Queens Student Suspension Hearings
28-11 Queens Plaza North - Long Island City, NY 11101

(718) 391-6055 Voice
(718) 391-6022 Fax

## FAX TRANSMISSION

**DATE:** 3/15/11

**TO:** Mr. Ravi Batra ESq.
(212) 5~5-0967

**FROM:** Emil Micha

**# OF PAGES:** 3
(Including Cover)

**RE:** K. Biscos

**COMMENTS:**

As I indicated in our earlier conversations, this office can only issue Subpoenas Ad Testificadum, and not Duces Tecum. Once you serve these Subpoenas on the witnesses you can discuss with them the issue of their providing the Security Video.



**NYC Department of Education**

Cathleen P. Black
Chancellor

Elayna Konstan, Chief Executive Officer
OFFICE OF SCHOOL AND YOUTH DEVELOPMENT
Seth Rosenkrantz, Director
Emil T. Micha III, Supervising Attorney
Queens Student Suspension Hearings
28-11 Queens Plaza North · Long Island City, NY 11101

(718) 391-6055 Voice
(718) 391-6022 Fax

## SUBPOENA AD TESTIFICANDUM

DATE: 3/15/11

TO: HEAD of SECURITY - Target

~~SCHOOL~~ 40-24 College Point Blvd

REQUESTED BY: Krittika Biswas

By the authority given to me pursuant to Section §3214 of the New York State Education Law, I hereby direct you, HEAD of SECURITY - TARGET, to appear and give testimony at the Superintendent's Suspension Hearing in the Matter of Krittika Biswas, a student suspended from John Bowne HS.

You are to report to: 28-11 Queens Plaza No., 2nd Floor, Long Island City, NY 11101

on Monday, March 28, 2011 at 11:00 a.m./ p.m.

*- You are also required to appear on any subsequent rescheduled date.

If you have any questions regarding this subpoena you may call the Office of Student Suspensions, at (718) 391-6055.

SUPERVISING ATTORNEY/ HEARING OFFICER
Queens Office of Student Suspension Hearings

IMPORTANT NOTICE - PLEASE READ CAREFULLY

Pursuant to Section § 2308(B) of the Civil Practice Law and Rules, your failure to comply with this subpoena could result in any of or all of the following actions:

A court order directing your attendance; the imposition by a judge of the Supreme Court of costs not exceeding fifty dollars ($50.00); a court impose a penalty of up to fifty ($50.00), plus damages to be paid to the person on whose behalf this subpoena was issued; the issuance by the court of a warrant directing the sheriff to bring you before the officer who is hearing the suspension proceeding to which you were subpoenaed.

QUEENS OFFICE OF STUDENT SUSPENSION HEARINGS
28-11 Queens Plaza No., 2nd Floor · Long Island City · NY 11101· Telephone (718) 391-6055 · Fax (718) 391-6022



**NYC**
**Department of Education**

Cathleen P. Black
Chancellor

Elayna Konstan, Chief Executive Officer
OFFICE OF SCHOOL AND YOUTH DEVELOPMENT
Seth Rosenkrantz, Director
Emil T. Micha III, Supervising Attorney
Queens Student Suspension Hearings
28-11 Queens Plaza North · Long Island City, NY 11101

(718) 391-6055 Voice
(718) 391-6022 Fax

## SUBPOENA AD TESTIFICANDUM

DATE: 3/15/11

TO: SARY YEUNSI

~~SCHOOL~~ BJS - 131-07 40ᵗʰ Rd.

REQUESTED BY: Krittika Biswas

By the authority given to me pursuant to Section §3214 of the New York State

Education Law, I hereby direct you, Sary Yeunsi , to

appear and give testimony at the Superintendent's Suspension Hearing in the

Matter of Krittika Biswas , a student suspended from

John Bowne HS.

You are to report to : 28-11 Queens Plaza No., 2ⁿᵈ Floor, Long Island City, NY 11101

on Monday, March 28, 2011 at 11:00 a.m./ p.m.

*- You are also required to appear on any subsequent rescheduled date.

If you have any questions regarding this subpoena you may call the Office of Student
Suspensions, at (718) 391-6055.

SUPERVISING ~~ATTORNEY~~ / HEARING OFFICER
Queens Office of Student Suspension Hearings

IMPORTANT NOTICE - PLEASE READ CAREFULLY

Pursuant to Section § 2308(B) of the Civil Practice Law and Rules, your failure to comply with this subpoena could result in any of or all of the following actions:

A court order directing your attendance; the imposition by a judge of the Supreme Court of costs not exceeding fifty dollars ($50.00); a court imposed penalty of up to fifty ($50.00), plus damages to be paid to the person on whose behalf this subpoena was issued; the issuance by the court of a warrant directing the sheriff to bring you before the officer who is hearing the suspension proceeding to which you were subpoenaed.

```
                              *********************
                         ***    RX REPORT    ***
                              *********************


        RECEPTION OK

        TX/RX NO                9204
        DESTINATION TEL #       7183916022
        DESTINATION ID
        ST. TIME                03/15 08:11
        TIME USE                00'31
        PGS.                       3
        RESULT                  OK
```

# EXHIBIT "12"

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                3973
DESTINATION TEL #       17183916022
DESTINATION ID
ST. TIME                04/06 11:56
TIME USE                00'18
PAGES SENT              1
RESULT                  OK
```



**RAVI BATRA**

**The Batra Building**
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
**TEL (212) 545-1993     FAX(212) 545-0967**

2ⁿᵈ REQUEST

**ATTENTION:** _EMIL Michal, Esq_

**COMPANY:** _NYC DOE - Supervisory Atty_

**Re:** _K. Biswas_

**FAX NUMBER:** _(718) 391-6022_

**DATE OF TRANSMISSION:** _4/6/11_ **TIME:** _1045_ A.M./P.M.

_Per my request on 3/11/11, could I get a
Transcript of the proceeding on 3/11/11?
With regards._

FOR REVIEW ☑    URGENT    PLEASE REPLY ☒    PLEASE SIGN & RETURN



RAVI BATRA

**The Batra Building**
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
**TEL (212) 545-1993    FAX(212) 545-0967**

2nd REQUEST

**ATTENTION:** _Emil Micha, Esq_

**COMPANY:** _NYC DOE - Supervisng Atty_

**Re:** _K. Biswas_

**FAX NUMBER:** _(718) 391- 6022_

**DATE OF TRANSMISSION:** _4/6/11_ **TIME:** _1045_ (A.)M./P.M.

_Per my request on 3/11/11, could I get a_
_Transcript of the proceedings on 3/11/11?_
_With regards,_

**FOR REVIEW** X    **URGENT**___    **PLEASE REPLY** X    **PLEASE SIGN & RETURN**_____

**NUMBER OF PAGES; INCLUDING COVER**___1___

IF YOU DO NOT RECEIVE A COMPLETE TRANSMISSION, OR IT IS UNCLEAR, PLEASE CALL

___Angela___ AT 212-545-1993.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER THE APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US VIA THE U.S. POSTAL SERVICE. THANK YOU.

THE LAW FIRM OF RAVI BATRA, P.C.

SENT BY:_____

```
*****************************
***   ERROR TX REPORT   ***
*****************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO                3972
DESTINATION TEL #       17183916022
DESTINATION ID
ST. TIME                04/06 10:59
TIME USE                00'00
PAGES SENT              0
RESULT                  NG          #0018 BUSY/NO SIGNAL
```



**RAVI BATRA**

**The Batra Building**
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
**TEL (212) 545-1993    FAX(212) 545-0967**

*2nd REQUEST*

**ATTENTION:** _Emil Micha, Esq_

**COMPANY:** _NYC DOE - Supervising Atty_

**Re:** _K. Biswas_

**FAX NUMBER:** _(718) 391- 6022_

**DATE OF TRANSMISSION:** _4/6/11_  **TIME:** _1045_ (A.M.)/P.M.

_Per my request on 3/11/11, could I get a_
_transcript of the proceedings on 3/11/11?_
_With regards._

**FOR REVIEW** _X_    **URGENT** ___    **PLEASE REPLY** _X_    **PLEASE SIGN & RETURN** ___.

```
        ***************************
    ***   ERROR TX REPORT   ***
        ***************************


    TX FUNCTION WAS NOT COMPLETED

    TX/RX NO                3971
    DESTINATION TEL #       17183916022
    DESTINATION ID
    ST. TIME                04/06 10:56
    TIME USE                00'00
    PAGES SENT              0
    RESULT                  NG        #0018 BUSY/NO SIGNAL
```



**RAVI BATRA**

**The Batra Building**
**142 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10016**
**TEL (212) 545-1993     FAX (212) 545-0967**

2ⁿᵈ REQUEST

**ATTENTION:** _Emil Micha, Esq_

**COMPANY:** _NYC DOE - Supervising Att'y_

**Re:** _K. Biswas_

**FAX NUMBER:** _(718) 391 - 6022_

**DATE OF TRANSMISSION:** _4/6/11_ **TIME:** _1045_ A.M./P.M.

_Per my request on 3/11/11, could I get a
Transcript of the proceeding on 3/11/11?
With regards._

**FOR REVIEW** _X_     **URGENT** ____     **PLEASE REPLY** _X_     **PLEASE SIGN & RETURN** ____