# EXHIBIT "13"

**ISHVAR S. PATEL, M.D., F.A.A.P.**
144-04 45th Avenue
Flushing, New York 11355

Telephone: (718) 539-7366

2-11-11

Krittika Biswas was seen by me today for general weakness, difficulty of sleeping, poor apetite, proper rest & good was advised

I. S. Patel, MD, FAAP
144-04 45th Avenue
Flushing, NY 11355
718/539-7366

Case 1:12-cv-03607-JGK    Document 26-5    Filed 01/11/13    Page 3 of 3