# EXHIBIT 2

December 11, 2010             Page 1 of 2
Account Number             ███████0833
                            Customer Code 1723

TIME WARNER CABLE OF NYC
41-61 KISSENA BLVD FLUSHING NY   11355-3189
█████████  12122010 YNNYYY

DEBASHISH BISWAS
4323 COLDEN ST APT 23J
FLUSHING NY  11355-5931

## Account Summary

| | |
|---|---|
| Previous Balance | $ .00 |
| Current Charges | 121.43 |
| Adjustments | 25.00 |
| **Total due by 1/1/2011** | **$ 146.43** |

### Account Details for service 12/11/10 to 01/10/11

**Current Charges**

**Monthly Charges**
| | | |
|---|---|---|
| 12/11 | DVR Service | .00 |
| | All The Best Triple | 79.95 |
| | Digital Home Phone Svc $19.60, Basic Service $9.03, Phone Activation $0.00, Standard Service $22.93, DTV $5.86, Package Allocation $.01, Road Runner Online Svc $22.52 | |
| | Equipment | 9.00 |
| | Remote $.24, Converter $8.75, Package Allocation $.01 | |

**Installation and Other Charges**
| | | |
|---|---|---|
| 12/11 | Phone Activation Fee | 25.00 |

**Taxes and Fees**
| | | |
|---|---|---|
| 12/11 | Franchise Fee | 2.80 |
| | FCC Regulatory Fee - Cable | .08 |
| | Federal Universal Service Fund | .56 |
| | State And Local Sales Tax | 1.46 |
| | State And Local Telecom Excise Tax | .89 |
| | Regulatory Recovery Fee - State | .21 |
| | E-911 Fee | 1.00 |
| | Mctd 186e | .12 |
| | Public Access Fee | .33 |
| | Regulatory Recovery Fee-Federal | .03 |

To view call detail, go to: www.twcnyc.com.
For purposes of calculating the amount of
New York State and local sales tax due, 21.39%
of the charge for phone service is attributable
to interstate/international activity.

                       121.43

*Please see reverse side for more information*



### In the know...

Please be advised that new rates will be in effect beginning January 1, 2011.

Cable TV Customers, lower your Digital Cable bill when you add High Speed Online and Digital Home Phone! With the All the Best Triple Play, you pay just $33/month for each service for the first year. Restrictions apply. Call 877-855-6013 for details.

Showtime will offer a Free Preview the weekend of January 7 through January 10, 2011. It is available to all Time Warner Cable subscribers, and may contain PG, PG-13, TV-14, TVMA and R rated programs. If you would prefer not to receive this Free Preview, please call Customer Support.

---


**TIME WARNER CABLE**

## Moving?

Call (212) or (718) 358-0900 before the big day to receive our special *Time to Move* offer!

Make Check Payable To:

TIME WARNER CABLE
PO BOX 105046
NEWARK NJ   07101

           DEBASHISH BISWAS
Account Number       ███████0833

| | |
|---|---|
| Total due by 1/1/2011 | $ 146.43 |

## Pay Online
Go to timewarnercable.com/nynj/myaccount.html

███████0833

 **TIME WARNER CABLE**

8150 1200 BB RP 11  0003578 12122010 YNNYYY

December 11, 2010

Account Number

Page 2 of 2

DEBASHISH BISWAS
0833

Customer Support 718-358-0900 -24 hours a day
Use this line to get answers about your cable service or to report an immediate closed captioning issue.
Espanol    718-670-0295 9am-6pm, Mon-Sat
Chinese    718-358-7928 9am-6pm, Mon-Sat
Korean    718-461-0659 9am-6pm, Mon-Sat
Telecommunications Device for the Deaf (New York Relay Service)
1-800-662-1220 24 hours a day
Customer Support Fax Line 718-670-6545 Hours: 9am-9pm
https://www.twcnyc.com/index2.cfm?c=cust_sup/cs_contact_us_kana
Problem About Your Bill or Service –
Send all billing and service correspondence to:
Time Warner Cable, Customer Support,
41-61 Kissena Blvd., Flushing NY 11355.
Explanation of Fees Relating to Digital Phone Service – *Federal Universal Service Fund*. This charge is to recover the amount that telephone service providers must contribute to the Federal Universal Service Fund, which helps keep local phone rates affordable for all Americans.
*Emergency 911 Charge*. This charge is billed on behalf of your local community, which has asked you to pay a small charge each month to assist in providing for emergency 911 service in your community.
*Regulatory Recovery Fee*. The Service Provider recovery fees include regulatory programs/cost recovery, gross receipts, and other fees to defray the costs of complying with govermental regulations. They are not taxes and are subject to change.
Collection Of Late Charges – Past due accounts incur a late payment charge of $7.00. You can avoid this charge by payment within 45 days from the "Billing Date" at the top of your bill.
There is a $10.00 charge for all delinquent payments collected at your home.
If your problem has not been resolved to your satisfaction within 30 days, you may contact:
The Department of Information Technology and Telecommunications
Telecommunications and Cable Television Divisions, 75 Park Place, 9th Floor, New York, NY 10007.  Phone - 311, or email - www.NYC.GOV/complaint.
State of New York Public Service Commission
Three Empire State Plaza, Albany, NY 12223-1350,
phone-1-800-342-3377.
We are a member of the Better Business Bureau of Metropolitan New York Customer Commitment Program. For customer inquiries log on to www.newyork.bbb.org. You have the right to file complaints about changes in cable services tier rates and cable programming services within 90 days of the change being reflected on your bill.

For information on any upcoming programming changes please consult the Legal Notices published in the Daily News on the 1st and 3rd Friday each month or our website at timewarnercable.com/nynj/channelchanges.html

Written Closed Captioning Concerns
Send to Monique Crawford, Administrator, 13820 Sunrise Valley Dr., Herndon, VA 20171, by email to twc.closedcaptioningissues@twcable.com or by fax to 704-697-4935. For questions about previously submitted written concerns, call 1-877-276-7432.

SB1AG0AF

YOUR FCC COMMUNITY CODE: IN QUEENS - NY1281 IN BROOKLYN - NY1280

### Adjustments
12/11  Equipment Deposit                                   25.00

**Total due by 1/1/2011**                                **$ 146.43**



## Save Time...Pay Online  Go to timewarnercable.com/nynj/services to make a one-time payment or set up recurring payments.

### Or, pay in person at any of our stores:

| Manhattan | Queens | Brooklyn | Mt. Vernon |
|---|---|---|---|
| 46A E. 23rd St. | Queens Center Mall | 769 5th Ave. | 701 N. MacQuesten Pkwy. |
| (btw. Park Ave. and Madison Ave.) | 90-15 Queens Blvd., Elmhurst | Mon-Fri 8am-7pm | Mon-Fri 8am-5pm |
| Mon-Fri 8am-7pm | (Queens and Woodhaven boulevards at LIE) | Sat 9am-5pm | Sat 8am-4pm |
| Sat 8am-5pm | Mon-Sat 10am-9:30pm | | |
| | Sun 11am-6pm | **Staten Island** | **New Jersey** |
| 2554 Broadway | | 2865 Richmond Ave. | 200 Roosevelt Pl. |
| (Corner of 96th St.) | 133-19 Atlantic Ave., | (Kmart Shopping Plaza) | Mon, Tues, Thurs, |
| Mon-Fri 8am-7pm | Jamaica | Mon-Wed, Fri 9am-7pm | Fri 8:30am-5pm |
| Sat 8am-5pm | Mon-Fri 8am-7pm | Thurs 9am-8pm | Wed 8:30am-6pm |
| | Sat 9am-5pm | Sat 9am-4pm | Sat 9am-4pm |



SC8AG001