# EXHIBIT 3

Case 1:12-cv-03607-JGK    Document 26-7    Filed 01/11/13    Page 1 of 2



RCN
Customer Name: DIVAASHISH DISWAS
Account Number: ████████ 02

## ACCOUNT DETAIL

### BUNDLED SERVICES

| Period | Qty | Description | |
|---|---|---|---|
| **High-Speed Internet** | | | |
| 10/30/10-11/29/10 | 1 | 1.5 MODEM SERVICE @ $17.21 | |
| 10/30/10-11/29/10 | 1 | CABLE MODEM RENTAL @ $4.00 | |
| **Cable** | | | |
| 10/30/10-11/29/10 | 1 | SIGNATURE CABLE SERVICE @ $24.59 | |
| 10/30/10-11/29/10 | 1 | BASIC CABLE SERVICE @ $8.61 | |
| **Telephone** ████-2137 | | | |
| 10/30/10-11/29/10 | 1 | UNLIMITED REGIONAL CALLING @ $0.00 | |
| 10/30/10-11/29/10 | 1 | UNLIMITED LOCAL CALLING @ $24.58 | |
| | | **TOTAL BUNDLED SERVICES** | **$79.99** |

### ADDITIONAL SERVICES

| Period | Qty | Description | Amount |
|---|---|---|---|
| **Cable** | | | |
| 10/30/10-11/29/10 | 1 | DIGITAL CONVERTER RENTAL | $7.50 |
| 10/30/10-11/29/10 | 1 | STAR INDIA PLUS | $11.95 |
| | | **TOTAL ADDITIONAL SERVICES** | **$19.45** |

### PHONE ACTIVITY - (SUMMARY)

| Description | Calls | Minutes | Amount |
|---|---|---|---|
| ████-2137 | | | |
| Local | 276 | 1392.0 | $0.00 |
| Regional | 2 | 2.0 | $0.00 |
| Long Distance | 1 | 1.0 | $0.00 |
| International | 1 | 8.0 | $2.48 |
| **TOTAL TELEPHONE CALL CHARGES** | | | **$2.48** |

| **CURRENT CHARGES** | **$100.92** |
|---|---|

### ADJUSTMENTS

| Description | Amount |
|---|---|
| Late Fee - 10/26/10 | $10.60 |
| **Cable** | |
| OVS Fee | $3.11 |
| PEG Access Fee | $0.70 |
| **Telephone** | |
| Federal Subscriber Line Charge | $6.50 |
| Federal Excise Tax | $0.99 |
| Federal Universal Service Fund | $1.16 |
| State Excise Surcharge | $0.88 |
| MTA Surcharge on Excise | $0.21 |
| County E-911 Surcharge | $1.00 |
| City Excise Surcharge | $0.76 |
| State & Local Sales Tax | $3.14 |
| Telephone Franchise Fee | $1.45 |
| **TAXES, FEES AND SURCHARGES** | **$19.90** |

### Promotional Details

You are receiving a contracted rate on your cable, internet, & phone bundle

### Customer Notes

Adjustments reflect one-time credits or charges.

services must meet tax, fee and surcharge mandates imposed your local municipality, county, state and federal government regulations.

For additional information about taxes, fees and surcharges to www.rcn.com and click Help.
0071445