# EXHIBIT 6

MEMORANDUM OF UNDERSTANDING

AMONG

THE BOARD OF EDUCATION OF THE CITY OF NEW YORK,

THE CHANCELLOR OF THE CITY SCHOOL DISTRICT

OF THE CITY OF NEW YORK

AND

THE CITY OF NEW YORK

ON

THE PERFORMANCE OF SCHOOL SECURITY FUNCTIONS

BY THE NEW YORK CITY POLICE DEPARTMENT FOR THE BENEFIT OF THE

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK

AND ITS STUDENTS AND STAFF

This Memorandum of Understanding ("MOU"), made and entered into among the Board of Education of the City of New York (the "Board"), the Chancellor of the City School District of the City of New York (the "Chancellor") and the City of New York (the "City"), represents an agreement regarding the role of the New York City Police Department ("NYPD") in the maintenance of safety and security in New York City public schools.

WHEREAS, the Board, the Chancellor and the NYPD wish to act in a spirit of mutual cooperation to strengthen their efforts to safeguard children; and

WHEREAS, the maintenance of order and security in and around public schools is essential to creating learning environments in which students can meet high academic standards, educators can teach to those standards and parents can be assured that their children are guaranteed their right to learn; and

WHEREAS, the NYPD has historically been and is currently involved in numerous youth programs, including neighborhood outreach initiatives, mentoring projects, drug use prevention education, conflict resolution and anti-violence education, after-school instruction and various law enforcement and leadership projects; and

WHEREAS, the NYPD has had extensive experience in developing public safety programs that have contributed to a more secure environment throughout the City; and

WHEREAS, the parties seek to implement a joint program between the Board and Chancellor and the NYPD for an initial four-year period; and

1

1          WHEREAS, it is therefore appropriate that the parties
2   take all necessary steps to transfer the school security and
3   ancillary functions performed by the Division of School Safety of
4   the Board ("DSS") to the NYPD for an initial four-year period,
5   during which the NYPD will manage school security personnel, and to
6   take certain related actions set forth in this MOU, with the
7   purpose of enhancing school security; and

8          WHEREAS, the parties to this MOU recognize that the
9   performance of school security functions by the NYPD pursuant to
10  this MOU is in furtherance and support of the educational mission
11  of the City School District, cooperation between the principal as
12  chief administrative officer of the school and the school security
13  personnel is essential to achieving a safe environment; and

14        WHEREAS, the parties to this MOU recognize that the
15  performance of school security functions by the NYPD pursuant to
16  this MOU is in furtherance and support of the educational mission
17  of the Chancellor and the Board as clients;

18        NOW, THEREFORE, the Board, the Chancellor and the City
19  agree as follows:

20  I.     COOPERATIVE FRAMEWORK

21        1.   There shall be a Joint Committee established by the
22  Mayor and the Chancellor, consisting of equal numbers of designees
23  of the Chancellor and designees of the Mayor ("Joint Committee"),
24  the purpose of which shall be to ensure the effectiveness of the
25  program on an ongoing basis by promoting consultation and
26  evaluation and developing appropriate programmatic recommendations,

1    modifications or improvements.   The Joint Committee shall meet
2    regularly and shall assist the Chancellor, the Mayor and the Police
3    Commissioner as the need arises, including, inter alia, preparing
4    annual evaluations of the joint school security program in
5    accordance with this MOU.

6          2.   The program implemented in accordance with this MOU
7    shall continue to maintain the role of superintendents, principals,
8    school staff and parents in the development of school safety plans
9    and in ensuring student discipline, and shall encourage
10   superintendents, principals and school staff to avail themselves of
11   appropriate NYPD input and assistance in performing such functions.
12   Furthermore, the imposition of school-based discipline shall
13   continue to be a pedagogical function exercised by superintendents,
14   principals and other appropriate school personnel in conformance
15   with the Discipline Code of the Board and the Chancellor's
16   regulations.

17         3.   (a) The Police Commissioner shall designate a Deputy
18   Chief within the NYPD to oversee, direct, and command school
19   security personnel, who shall be known as the "Deputy Chief for
20   School Security".

21         (b)  As part of his or her regular duties, the Deputy
22   Chief for School Security shall maintain a permanent liaison to the
23   Chancellor, and shall serve on the Joint Committee on behalf of the
24   NYPD and meet with the Chancellor or with designees of the
25   Chancellor when necessary.

26         (c)  In addition, each precinct commander shall appoint
27   one or more NYPD uniformed supervisors who shall maintain a

                                    3

1    permanent liaison to principals of schools within the precinct, or
2    their designees.

3              4.   The Chancellor shall appoint an individual who shall
4    act as a permanent liaison to the Police Commissioner and the
5    Deputy Chief for School Security. Such individual shall also serve
6    on the Joint Committee on behalf of the Chancellor and meet with
7    the Police Commissioner, such Deputy Chief or other NYPD designees
8    when necessary.

9              5.   The parties to this MOU agree that the performance
10   of school security functions by the NYPD pursuant to this MOU is in
11   furtherance and support of the educational mission of the
12   Chancellor and the Board as clients. It is the intent of the
13   parties that civilian school security personnel shall not carry
14   firarms and shall continue, subject to applicable law and this MOU,
15   to perform functions, and possess authority, comparable to the
16   functions and authority exercised prior to the transfer date.


17   II.      TRANSFER OF FUNCTIONS AND PERSONNEL .

18             6.   (a) The parties shall take such steps as are
19   appropriate and necessary to effectuate, on November 1, 1998 or as
20   soon as practicable thereafter, but not later than January 1, 1999,
21   the transfer to the NYPD of school security and ancillary functions
22   currently performed by DSS.

23             (b) For purposes of this MOU, "transfer date" shall mean
24   the date of the transfer of necessary employees of DSS pursuant to
25   this section and section 7 of this MOU.

4

1            7.  (a)   Effective on November 1, 1998 or as soon as
2      practicable thereafter, but not later than January 1, 1999, the
3      necessary school security personnel of DSS, including school safety
4      officers, school safety supervisors and other employees of DSS
5      substantially engaged in the performance of the functions to be
6      transferred, shall be transferred to the NYPD with corresponding
7      civil service titles, in accordance with section 70(2) of the Civil
8      Service Law.

9            (b)   Employees of the Board, upon becoming employees of
10     NYPD, may affirmatively elect to transfer their pension service
11     credit from the Board of Education Retirement System ("BERS") to
12     the New York City Employees Retirement System, in accordance with
13     provisions of the Administrative Code of the City of New York, or
14     may remain in BERS as transferred contributors pursuant to law.

15           (c)   All references in this MOU to "school security
16     personnel" shall include school safety officers, school safety
17     supervisors, and all other civilian employees that the parties deem
18     to be primarily engaged in school security and ancillary functions.

19           8.   Issues pertaining to any disciplinary proceedings
20     involving DSS employees that may be pending at the time of the
21     transfer date shall be addressed in a letter agreement among the
22     parties.   Such letter agreement may, in the discretion of the
23     parties, delay the transfer of certain employees to facilitate the
24     orderly resolution of such proceedings.

1    III.     PERSONNEL ISSUES

2           9.   On and after the transfer date, the NYPD shall be
3    responsible for the recruitment, hiring, training and deployment of
4    school security personnel, subject to the provisions of this
5    section.   In furtherance of such responsibility, the NYPD shall
6    complete, and commence implementation of, a recruitment, hiring and
7    training plan within two months after the transfer date or as soon
8    as practicable thereafter, after consultation with the Chancellor
9    through the liaisons established by this MOU.   The training
10   component of such plan shall also include training of appropriate
11   uniformed NYPD personnel who will be assigned primarily to school
12   security matters.   The strategy for broad-based deployment of
13   school security personnel shall be reviewed also within two months
14   after the transfer date or as soon as practicable thereafter, and
15   prior to the beginning of each new school year, by the Police
16   Commissioner and the Chancellor, who shall concur before any major
17   redeployment strategy is adopted.

18          10.  As soon as practicable after the transfer date, the
19   NYPD shall develop, in conjunction with the Department of Citywide
20   Administrative Services, a program within the NYPD to promote
21   career opportunities for qualified civilian school security
22   personnel who may desire the opportunity to become police officers
23   of the NYPD.

24          11.  (a)  A representative group of superintendents,
25   principals and other appropriate school personnel designated by the
26   Chancellor shall be given an appropriate role in training sessions
27   for school security personnel and certain uniformed NYPD personnel

6

conducted at the Police Academy or elsewhere, in accordance with section 9 of this MOU, including curriculum development and delivery in connection with such sessions.

(b)   The NYPD shall consult with such group of superintendents, principals and other school personnel regarding the development of an appropriate role for the principal of each school in the evaluation of school security personnel assigned to such school.

(c)   Superintendents, principals and other appropriate school personnel shall be given the opportunity to participate in training programs conducted by the NYPD, in accordance with an appropriate training schedule.

12.   The training of school security personnel and of certain uniformed personnel, in accordance with section 9 of this MOU, may include the use of appropriate school facilities, as well as any NYPD training facilities, and shall include training in the following subject areas:

(a)   issues concerning operating in the school environment, including but not limited to: the unique culture, diversity and structure of such environment; school safety operations and procedures; truancy and attendance issues; relevant policies of the Chancellor and the Board and disciplinary rules governing the conduct of students; and coordination of activities with school principals; and

(b)   mediation, crisis intervention, youth officer responsibilities, child abuse recognition, disorder control, drug use and alcohol abuse recognition, and scanning procedures.

7

1           13.  Uniformed NYPD personnel assigned primarily to
2      school security matters shall be selected on the basis of their
3      demonstrated experience working with youth, educational background
4      or training in community relations, conflict resolution, education
5      or youth-related issues.

6           14.  (a) In the event that the school principal is not
7      satisfied with the performance of the school security personnel or
8      uniformed NYPD personnel assigned to the school, the principal or
9      his or her designee may contact the NYPD to request a change in
10     personnel assigned to the school, and the NYPD will work with the
11     principal or designee to achieve mutually agreeable personnel
12     assignments.

13          (b)  In the event of a nonemergency anticipated reduction
14     in the overall number of school security personnel assigned to a
15     school, the NYPD shall consult with the principal of such school or
16     his or her designee in advance of such reduction.

17  IV.      SCHOOL SECURITY FUNCTIONS

18          15.  (a)  As a member of the school safety plan committee
19     of each school, together with representatives of parents and school
20     staff, the NYPD shall participate in the formulation of and be
21     signatory to the school safety plan of such school, effective upon
22     the execution of this MOU. The NYPD shall perform its functions
23     under this MOU in each school in furtherance of such school safety
24     plan developed by the aforementioned committee with the school's
25     principal.

8

(b) Effective upon the execution of this MOU, and on an ongoing basis thereafter, the Joint Committee shall review the model school safety plan promulgated by the Chancellor, and any related regulations or directives, and recommend any changes necessary to ensure conformance with the goals and purposes of the program set forth in this MOU.

16.   In furtherance of the educational and school security objectives of the parties to this MOU, the NYPD and principals shall consult and work cooperatively with each other on matters pertaining to school security.   School security personnel will endeavor to cooperate with the principal to the fullest extent feasible in day-to-day operations in the school.  In the event of an ongoing dispute between a principal and NYPD personnel assigned to the principal's school, the parties will attempt to resolve the matter at the level of the superintendent and precinct commander; if the matter remains unresolved, it will be brought to the Joint Committee, which will endeavor to resolve the matter.

17.   Prior to the transfer date, the Chancellor shall make available to schools the opportunity to request the addition of a routine presence of one or more police officers.   Such presence shall be added to the routine presence of police officers currently assigned to public schools only at the request of the principals, superintendents, or Chancellor and with NYPD concurrence.   The Chancellor and the Police Commissioner may determine to adjust the number of schools to which this section applies.

9

18. In addition to enforcement of all laws that it is otherwise authorized to enforce within the City, the NYPD, through school security personnel transferred pursuant to this MOU and through its police officers and otherwise, is hereby authorized to enforce rules, regulations, or procedures of the Board and its schools which are subject to implementation by superintendents and principals in furtherance of school security. In addition, the NYPD may perform such other duties in any school as the NYPD and the Chancellor shall jointly determine to be necessary from time to time in furtherance of this MOU.

19. (a) Upon placing a student enrolled at a school under arrest or initially issuing to such student any form of criminal process on the property of such school, school security personnel and/or NYPD officers shall notify the principal of such school or his or her designee.

(b) In addition, school security personnel and/or NYPD officers, to the fullest extent practicable, in instances not requiring immediate arrest or other immediate action, shall consult with the principal of a school or his or her designee prior to placing a student enrolled at such school under arrest, or initially issuing to such student any form of criminal process, on the property of such school. In the course of any such consultation, such personnel and/or officers shall take into account any information provided by the principal or designee. Furthermore, in such course the principal or designee may consult with a precinct supervisor or Board supervisor where appropriate.

10

1   V.     INCIDENT DATA AND REPORTING ON FUNCTIONS PERFORMED
2          PURSUANT TO THIS MOU

3        (20.)  ((a))  With respect to acts committed on school

4  property which may be criminal in nature, principals or their

5  designees shall promptly report all such acts to the NYPD in a form

6  and manner to be agreed upon by the Chancellor and the NYPD through

7  the liaisons established in this MOU.  Nothing herein shall be

8  interpreted to preclude any school staff or school security

9  personnel from reporting acts that may be criminal in nature

10  directly to the NYPD.

11        (b)  With respect to all other acts or incidents

12  occurring on school property that relate to school security, Board

13  staff shall provide to the NYPD statistical and summary

14  information, on a timely basis, in a form and manner to be agreed

15  upon by the Chancellor and the NYPD through such liaisons.

16        (c)) On and after the transfer date, the Chancellor and

17  the NYPD shall collaborate in coordinating the reporting of school

18  security incidents in all schools in accordance with this section.

19  In furtherance of such responsibility, the Chancellor and the NYPD

20  shall develop and commence implementation of a system for

21  coordinated and uniform reporting of school security incidents, as

22  may be appropriate.

23        21.  (a) The NYPD will provide to the Chancellor reports

24  concerning crime and other school security incidents that are based

25  upon standards that are currently used by NYPD, as well as such

26  reports as may otherwise be required in connection with the use of

27  state or federal monies.

11

1          (b)  In addition to any other reports provided pursuant
2     to this section, the NYPD shall notify the Chancellor or his or her
3     designee promptly of any significant public safety emergency that
4     directly concerns the security of students, teachers, principals or
5     other staff, or of the Board's educational facilities.

6     VI.        FUNDING BY CITY SCHOOL DISTRICT
7          22.  All expenses of the City in furtherance of the joint
8     school security program shall be deemed to be for the benefit of
9     the City School District of the City of New York, and may be made
10    in accordance with an intracity funding arrangement consistent with
11    standard City procedures.  In addition, the Board shall at a
12    minimum continue at least its current level of financial commitment
13    to school security, and expenses in furtherance of such commitment
14    shall be made consistent with the joint program established by this
15    MOU.

16         23.   The   details   of   all   funding   and   financial
17    arrangements, reflecting the cooperative framework set forth in
18    this MOU, shall be implemented by a letter agreement to be entered
19    into between the Chancellor or his designee and the Office of
20    Management and Budget of the City of New York.

21    VII:       EVALUATION AND DURATION OF MOU
22         24.  Not later than three months after the end of each
23    year following the transfer date, the Joint Committee shall
24    complete an evaluation of the prior year of the joint NYPD/Board
25    school security program, with the goal of improving and enhancing

1    the program. The evaluation at the end of the third year shall

2    include a determination of whether or not to extend such joint

3    program or any component thereof beyond the initial four-year

4    period.

5         25. After consideration of the evaluation completed

6    after three years of such program pursuant to section 24 of this

7    MOU, the City or the Board may terminate the joint school security

8    program set forth in this MOU, effective on the fourth anniversary

9    date of the transfer date.

10        (a) In the event of such termination, school security

11   and ancillary functions performed by the NYPD pursuant to this MOU,

12   and civilian employees substantially engaged in such functions,

13   ... shall be transferred to the Board, except as the parties may

14   otherwise agree, and, except as may be otherwise agreed by the

15   parties, all other duties assumed by the NYPD pursuant to this MOU

16   shall terminate.

17        (b) In the event of such termination, the parties shall

18   make all necessary arrangements with respect to personal property,

19   real property, contracts, personnel, funding and other pending

20 · matters.

21   VIII. '   GENERAL

22         26. Upon the execution of this MOU and, to the extent

23   practicable, prior to the transfer date, the Chancellor and the

24   NYPD shall make appropriate arrangements, with the purpose of

25   ensuring continuity in performance of school security functions,

26   with respect to: (a) use by the NYPD of DSS headquarters and other

13

1    DSS facilities, areas and publicly owned real and personal property
2    in furtherance of this MOU; and (b) the appropriate disposition of
3    contracts and agreements entered into by the City School District
4    of the City of New York for the benefit of DSS.  In the event that
5    a DSS facility must be moved or substantially altered, the
6    Chancellor shall work cooperatively with the Deputy Chief for
7    School Security, through the liaisons established under this MOU,
8    to identify appropriate alternative space.

9         (27). Nothing in this MOU shall be construed to limit or
10   affect the powers and duties of the NYPD pursuant to Chapter 18 of
11   the New York City Charter or other applicable law, or to abrogate
12   the power and duty of the NYPD to take all steps necessary and
13   appropriate to protect public safety in and around City public
14   schools and other educational facilities, including enforcement of
15   applicable criminal laws.  In addition, nothing in this MOU shall
16   be construed to affect the current Board Discipline Code policy
17   that "[w]hen a student is believed to have committed a crime, the
18   police must be summoned."

19        28.  This MOU is not intended nor shall it be construed
20   to create any rights or benefits in any third parties.

21        29.  The parties to this MOU agree that this MOU shall be
22   construed in a manner consistent with federal, state and local laws
23   and regulations, including but not limited to the Family
24   Educational Rights and Privacy Act.

14

1        30.    This MOU may be amended from time to time only by

2    written agreement of the parties.


3    Agreed to as of September 17, 1998


4
5    President, Board of Education                Mayor


6
7                              Chancellor


8    Approved as to form:


9
10        Corporation Counsel


15



THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, N.Y. 10007

## EXECUTIVE ORDER No. 44

### December 17, 1998

### TRANSFER OF FUNCTIONS OF THE DIVISION OF SCHOOL SAFETY OF THE BOARD OF EDUCATION TO THE NEW YORK CITY POLICE DEPARTMENT CONSISTENT WITH THE TERMS AND CONDITIONS OF A MEMORANDUM OF UNDERSTANDING

WHEREAS, the Board of Education and the City of New York have entered into a Memorandum of Understanding ("MOU"), dated September 17, 1998, containing the terms and conditions of a transfer of school security and ancillary functions currently performed by the Division of School Safety of the Board of Education to the New York City Police Department; and

WHEREAS, such MOU has provided for such transfer to take place on November 1, 1998 or as soon as practicable thereafter, but not later than January 1, 1999;

NOW, THEREFORE, by the power vested in me as Mayor of the City of New York, it is hereby ordered:

Section 1. As soon as the transfer of school security and ancillary functions currently performed by the Division of School Safety of the Board of Education is effectuated pursuant to the terms and conditions of the MOU dated September 17, 1998, the NYPD shall assume such functions, consistent with such terms and conditions.

§ 2. The Commissioner of Citywide Administrative Services and the Police Commissioner shall take all steps necessary, consistent with applicable law, to implement Section 1 of this Order, including ensuring the transfer, currently scheduled for December 20, 1998, from the Division of School Safety of necessary employees substantially engaged in the performance of school security and ancillary functions of the Division, except as may be otherwise provided in accordance with Section 8 of such MOU.

§ 3. This Order shall take effect immediately.

Rudolph W. Giuliani
Mayor



### THE NEW YORK CITY DEPARTMENT OF EDUCATION
JOEL I. KLEIN, *Chancellor*

OFFICE OF THE CHANCELLOR
52 Chambers Street. New York, NY 10007

Letter of Agreement Regarding the Continuation of the September 17, 1998,
Memorandum of Understanding on the Performance of School Security Functions

The undersigned parties hereby agree that the Memorandum of Understanding on the
performance of school security functions, dated September 17, 1998, is hereby
extended and shall continue in effect on and after December 20, 2002, except as such
Memorandum may be amended or terminated hereafter by written agreement of the
undersigned parties.

Agreed to as of ____ 1/22/03

Michael Bloomberg, Mayor

Joel Klein, Chancellor

Approved, as to form:

Acting Corporation Counsel