# EXHIBIT 8

1

2   CITY COUNCIL

3
    CITY OF NEW YORK
4   -------------------------------x

5   THE TRANSCRIPT OF THE MINUTES

6             of the

7   COMMITTEE ON EDUCATION
    (Held Jointly With)
8   COMMITTEE ON PUBLIC SAFETY
         - and -
9   COMMITTEE ON JUVENILE JUSTICE

10  -------------------------------x
                 October 10, 2007
11               Start:  10:10 a.m.
                 Recess: 2:15 p.m.
12               Reconvened: 3:44 p.m.
                 Adjourned: 7:05 p.m.
13
                 City Hall
14               Council Chambers
                 New York, New York
15

16    B E F O R E:

17         ROBERT JACKSON
                Chairperson, Education Committee
18
           PETER VALLONE, Jr.
19              Chairperson, Public Safety Committee

20         SARA GONZALEZ
                Chairperson, Juvenile Justice
21              Committee

22

23

24    LEGAL-EASE COURT REPORTING SERVICES, INC.
             17 Battery Place -  Suite 1308
25           New York, New York 10004
                 (800) 756-3410

12  Administration at New York City Department of

13  Education.

14                MS. KONSTAN: Elayna Konstan, the

15  Chief Executive Officer for the Office of School and

16  Youth Development for the New York City Department

17  of Education.

18                ASSISTANT CHIEF SECRETO: Assistant

19  Chief James Secreto, Commanding Officer, School

20  Safety Division.

21                CHIEF ZEIGLER: Chief Doug Zeigler,

22  the Chief of Community Affairs Bureau.

23                MR. GARCIA: Ramon Garcia, Director of

24  Patrol Operations, School Safety Division.

25                MR. COOGAN: Inspector Vincent Coogan


                                                    17


1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2  (phonetic), Executive Officer of School Safety

3  Division.

4                CHAIRPERSON JACKSON: With that, I

5  believe Kathleen Grimm, are you giving testimony

6  first? Who is going first?

7                Did you agree on who is going first?

8                ASSISTANT CHIEF SECRETO: Yes, I'm

9  going first, Chairman.

10               CHAIRPERSON JACKSON: Okay, please. My

11  pleasure.

12              ASSISTANT CHIEF SECRETO: Chairman

13  Jackson, Chairman Vallone, Jr., Chairwoman Gonzalez,

14  I'm Assistant Chief, again, James Secreto,

15  Commanding Officer, School Safety Division, and with

16  me is Chief Zeigler from Community Affairs.

17              On behalf of Commissioner Ray Kelly,

18  I'd like to thank you for this opportunity to come

19  before you this morning to discuss the state of

20  public safety in New York City schools.

21              I'd like to first explain the

22  relationship between Community Affairs Bureau and

23  School Safety Division. As you may be aware, the

24  School Safety Division was formerly a command within

25  the Department Patrol Services Bureau; however, last

18

1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2  year Community Affairs was reorganized under Chief

3  Zeigler and the responsibilities were greatly

4  expanded. And among other significant changes,

5  Commissioner Kelly transferred the School Safety

6  Division into the Community Affairs Bureau,

7  increasing the opportunity an the resources directly

8  available for reaching out to young people in New

9  York City.

10            In this way the Department is able to
11 maximize the impact of the Community Affairs
12 Bureau's youth initiatives, such as the PAL, law
13 enforcement explorers, summer youth police academy,
14 internship programs in the Police Department, among
15 other programs to the common command structure
16 within the School Safety Division.

17            The Department's commitment to
18 reaching out to young people has been greatly
19 assisted by this realignment, and we're continually
20 looking for ways to improve this participation in
21 our programs through our daily contact with young
22 people in the City schools.

23            It's been almost nine years since the
24 functions of the Board of Ed were transferred over
25 to the Police Department. Given the Police

19

1 EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE
2 Department responsibility for managing school
3 security personnel and designating School Safety
4 Agents, otherwise known as SSAs, to be employees of
5 the Police Department. And it might be useful at
6 this point to step back and briefly recall the
7 reasons for that change.

8            Prior to '98, authority and

9  accountability for school safety rested primarily

10  with the individual principals of the City's public

11  schools, with the assistance of Board of Ed School

12  Safety, which employed the School Safety Officers.

13              This relatively decentralized

14  authority led to inconsistent implementation of

15  policies regarding the enforcement of Discipline

16  Code, or the protocol for reporting criminal

17  incidents to the NYPD.

18              It is therefore difficult to reliably

19  estimate the level of crime in the schools and

20  safety and security in the schools were generally

21  perceived as dangerously compromised.

22              The goal of the MOU that you

23  discussed earlier executed in '98 between the City

24  and Board of Education was to enhance the

25  educational mission of the schools by providing the


20


1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2  highest level of security as safety for students and

3  school personnel by utilizing the Department's

4  expertise, experience and resources in reducing

5  crime and disorder in the schools.

6              It was also intended to mirror the

7  Department's success in reducing crime and incidents

8    and to make improvements in all aspects of school

9    safety administration that of hiring, training,

10   professionalism and effective deployment of our

11   staff. And it's our belief that the goals of the MOU

12   have more than been met and that the Department's

13   partnership with the now DOE has resulted in

14   striking improvement in the safety of our schools,

15   in the increased professionalism of the schools

16   safety cadre, and a more accurate reporting of crime

17   in the schools, and significantly higher level of

18   confidence in the security of our schools among

19   students, educators and parents.

20            From '99 and 2000 school year, to

21   2006 and '07 school year, total crime in the schools

22   decreased by almost 14 percent. Violent crime in

23   schools decreased nearly 20 percent. The seven major

24   index felonies decreased by 35 percent.

25            Further, non-criminal incidents, such

21

1    EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2    as harassment, disorderly conduct, trespassing,

3    which can seriously disrupt the tone of a school, as

4    you may know, dropped 21.3 percent, and possession

5    of weapons and dangerous instruments dropped 51 and

6    a half percent.

7               Note also that because of the

8   reporting of crime in schools is more consistent

9   than in the past, due to the presence of School

10  Safety Agents and a clear mandate to make such

11  reports to the Police Department, there is a greater

12  level of confidence in that data, and it's also

13  reported to DOE's website.

14               These dramatic decreases in crime and

15  non-criminal incidents are attributable to the heart

16  of many people - in management personnel of both the

17  Police Department and the DOE, who design and

18  implement school safety programs and policies, to

19  School Safety Agents and school-based personnel take

20  front line responsibility for keeping the schools

21  safe, and for the students themselves, who have

22  responded with energy and cooperation to change the

23  climate of their schools from disorderly to orderly.

24               But there are also some very specific

25  factors which have contributed to overall

22

1   EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2   improvement in school safety, and I'd like to go

3   into those in some detail.

4               School Safety Agents, who are the

5   backbone of security, as you know, at the time of

6  the transfer there were 3,041 SSAs. There are

7  currently 4,899. That's a 61 percent increase. To

8  put this increase into context, there is well over

9  1,300 facilities in the system and more are being

10  added every year.

11            We deploy these agents according to a

12  quantitative personnel staffing model, school safety

13  allocation model, which takes into consideration

14  variables such as student population, the physical

15  layout of the facility, use of magnetometers, the

16  tone or climate of the school and crime levels.

17            This model was developed in close

18  collaboration with the DOE. This model also suggests

19  an optimal number of SSAs required to secure a

20  facility. And this close collaboration review

21  produces an analytical root for number of agents

22  needed for the system, the entire system. And at

23  least one SSA is deployed in each elementary school.

24  Middle and high schools have at least one

25  supervisor, anywhere from three to eight SSAs, and

23

1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2  we review this plan on a regular basis, and we

3  adjust based on needs or based on specific requests

4  from the DOE.

5                The SSAs are responsible for

6    patrolling designated areas in the schools, and

7    immediate vicinity and to maintain order, and if

8    necessary, also further the educational process.

9                This may include challenging

10   unauthorized visitors, removing unruly students,

11   taking enforcement action when violations of law

12   occur.

13               The position of School Safety Agent

14   was formerly a non-competitive title, with

15   applications made by submitting a resume, but at the

16   Police Department's request, the Department of

17   Citywide Administrative Services established

18   disposition as a competitive civil service title,

19   and applications now made through an open

20   competitive exam, hiring in this manner goes a long

21   way in professionalizing disposition of School

22   Safety Agents.

23               The requirements otherwise are

24   virtually unchanged, high school diploma are

25   equivalent, the ability to meet the qualification

24

1    EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2    for appointment as a special patrolman within 90

3    days, you must be over 21, a US citizen and a City

4  resident.

5            Candidates must also pass a

6  psychological and medical assessment, including drug

7  screening and a qualifying physical test, and an

8  extensive background investigation. Their salary is

9  $26,041, goes up to $29,432 after two years.

10           I'd like to talk about training. An

11 additional step to professionalizing the position

12 has been an increase in the entry level training

13 allotted to our agents.

14           At the time of the merge, agents

15 received nine weeks training. That training has now

16 been increased to 14 weeks. Further, the agents who

17 conduct training are certified by New York State as

18 general topics instructors and are qualified to

19 teach at any New York State police facility.

20           In addition, Police Officers and

21 Sergeants from the Police Academy provide

22 instruction in areas of law, police science,

23 behavioral science, physical education and tactics.

24           Because SSAs have limited peace

25 officer powers through their designation as Special

25

1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2  Patrolmen, the course is designed as a basic course

3  for peace officers without firearms.

4            Topics addressed in the Law

5  curriculum, include the law of arrest, probable

6  cause, reasonable suspicion, the use of force and

7  laws of evidence.

8            Police Science includes instruction

9  in radio communications, reporting writing,

10  discipline, weapons protection and visitor control

11  procedures.

12            Behavioral Science focuses on the

13  human interactions that you alluded and social

14  psychology, in both routine and crisis situations.

15  Topics include cultural diversity, hate crimes,

16  verbal judo, and crisis intervention. Physical

17  Training and Tactics curriculum teaches the newly

18  hired agents self-defense skills, handcuffing, and

19  first aid and CPR, with an emphasis on their own

20  cardiovascular fitness.

21            However, in order to assist in

22  preparing School Safety Agents for their special

23  role as part of the school community, DOE personnel

24  also participate in the training as instructors and

25  address specific areas, such as Special Education,

26

1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2  school administration, school governance, adolescent

3  suicide, conflict resolution, child abuse and

4  substance abuse prevention.

5           Supplementing this initial training,

6  the School Safety Division maintains a dynamic

7  In-Service Training Unit, responsible for enhancing

8  the performance and knowledge of all of our School

9  Safety Agents. This Command Level training is

10  conducted on a daily basis, similar to what's termed

11  "roll call" training for police officers, and

12  covers a wide variety of topics tailored for

13  emerging issues and improved performance.

14           Further, In-Service Training takes

15  advantage of DOE recess breaks and school holidays

16  in order to provide additional training, both basic

17  and specialized, as well as promotional training for

18  School Safety personnel who are promoted to higher

19  levels of responsibility and supervision.

20           Up to now we have focused on the

21  civilian component of the Department and I'd like to

22  talk now about the uniformed component.

23           Uniformed police personnel have been

24  interwoven into the School Safety Division's

25  leadership structure and work closely with DOE

1   EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2   personnel and NYPD's School Safety personnel.

3                    There is an NYPD Captain in each

4   patrol borough, and is designated Patrol Borough

5   School Safety Coordinator. This Captain reports

6   directly to the Patrol Borough Commander. The

7   Captain is responsible for developing interagency

8   borough level school safety strategies; coordinating

9   the use of borough resources to address conditions

10  in and around schools; and conducting regular

11  meetings with School Safety Division Borough

12  Managers, Precinct Commanding Officers, School

13  Safety Sergeants, Precinct Youth Officers and the

14  Principals.

15                   This Captain has got to be aware of

16  school dismissal times, after school sporting

17  events, gang activities in and around the schools,

18  and inter-school rivalries and the like. This

19  knowledge enables this Captain to anticipate

20  potential problems, inform local precincts of the

21  concerns, and if appropriate, apply additional

22  patrol resources.

23                   There is also a Sergeant in each

24  patrol precinct and he is designated School Safety

25  Sergeant. He works under the Precinct Special

28

1   EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2   Operations Lieutenant. The Sergeants are responsible

3   for developing precinct level school safety

4   strategies, coordinating activities of truancy

5   units, directing the use of precinct resources to

6   address conditions and around the schools. They

7   interact directly with the Patrol Borough School

8   Safety Captain, School Safety Supervisors, and

9   locally, the Principals or Assistant Principals of

10   the schools in their precincts. This interaction

11   ensures that information necessary for appropriate

12   deployment strategy is shared with all the

13   stakeholders.

14              There are currently 127

15   precinct-based Police Officers assigned to schools

16   throughout the City. This concept is not new. There

17   were actually 150 Police Officers assigned to

18   schools throughout the City prior to the merge, and

19   deploying Police Officers in this way is not just

20   local. In fact, it's been in effect for many years

21   nationwide, as evidenced by the federal grants

22   routinely awarded to law enforcement agencies under

23   the COPS in Schools grants, which provide funding

24   for salaries of police officers assigned to schools.

25              I will note that the US Department of

1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2  Justice awarded the NYPD a COPS in Schools grant for

3  a four-year period, the first three years of which

4  were funded by the DOJ. The final year is funded by

5  the Police Department. This program provided the

6  Police Department with six and a quarter million

7  dollars over a three-year period, and it funded the

8  salaries of 50 Police Officers who are now on the

9  Uniformed Task Force of the School Safety Division.

10  These officers receive special training from the US

11  Department of Justice, as resource officers where

12  they learn the complexities of dealing in a

13  sensitive school environment.

14            As of September 30th of this year,

15  the School Safety Division is staffed with a total

16  of 181 uniformed officers, ranging from myself to

17  148 members in the rank of Police Officer. They

18  receive regular In-Service Training addressing

19  topics such as bullying, conflict resolution,

20  discipline in the schools. The majority of these

21  officers are assigned to the Division's Uniformed

22  Task Force. This is that Citywide unit that is able

23  to deploy rapidly, either for planned operations or

24  in response to an emergency. They focus their

25  efforts on problem schools where criminal incidents,

1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2  gang activity and truancy issues may exist.

3              Mindful of the unique needs and

4  conditions in schools, a substantial number of these

5  Task Force members have youth and school-related

6  experience in prior assignments. They work both in

7  and outside the schools with particular attention to

8  hot spots, and heavily used dismissal routes, and

9  they also serve as a liaison between School

10 Community and Crime Prevention, Citywide Vandals,

11 Transit Bureau and the like.

12             During the summer months, Uniformed

13 Task Force assigns personnel to the Summer Youth

14 Police Academy. They work key play streets as well

15 as patrolling summer school programs.

16             I would also like to note that School

17 Safety Division has a Counter-Terrorism Unit. This

18 Unit is led by a Captain and serves as liaison to

19 other Department units, focuses on

20 counter-terrorism, works in conjunction with DOE and

21 other agencies, such as Office of Emergency

22 Management, School Construction Authority. This

23 Counter-Terrorism Unit is responsible for training

24 and equipping School Safety Division personnel to

25 respond to terrorist threats.

1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2              I also would like to talk about

3  impact. One of the most important elements of the

4  Department's success in reducing school crime is a

5  collaborative effort initiative called "Impact for

6  Schools."

7              The initiative is fashioned on the

8  successful precinct-based Operation Impact, in which

9  the Department pinpoints hot spots in the community,

10 and focuses additional resources where the crime is

11 occurring.

12             As in Operation Impact, Impact for

13 Schools utilizes proven crime-fighting measures to

14 address school safety issues, mainly by adapting our

15 analysis-driven application of resources to problem

16 schools, similar to the COMSTAT process.

17             This program began in January of '04,

18 and initially focused on 12 schools, identified has

19 having serious incidents of crime or disorder.

20 Security assessments were conducted in each school

21 in cooperation with DOE and based on these

22 assessments, we made changes in how security was

23 managed in these facilities.

24             We designed Impact with the goal of

25 having sustainable improvements made in each school.

32

1   EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2   We increased the number of agents assigned to each

3   school, increased the Uniformed Task Force patrols,

4   instituted rigorous school safety plans, and

5   carefully monitored each school's progress via

6   weekly crime stats and thorough assessments. As

7   conditions improve, schools were either added or

8   removed from Impact status.

9                    Since the inception of this program,

10  26 schools have been identified as Impact Schools

11  and 17 schools have made significant enough

12  improvement to be removed from the list.

13                   There currently are nine Impact

14  schools, and they have seen a 21.6 percent decrease

15  in the seven major index crimes from '05/'06 school

16  year, to the '06/'07 school year, and a

17  corresponding 17 and a half percent decrease in

18  violent crime. Weapons and dangerous instruments

19  have decreased 18.2 percent.

20                   As for sustainable improvements, we

21  note that the 17 Impact schools which are no longer

22  in the program also continue to improve, with five

23  percent decrease in the seven major index crimes,

24  and a 10.3 decrease in violent crime. Sixteen

25  percent decrease in total crimes, and a seven

33

1   EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2   percent decrease in non-criminal incidents. 33.2

3   percent decrease in weapons and dangerous

4   instruments when you compare '05/'06 to the '06/'07

5   school year.

6           Beyond the Impact Program, we monitor

7   conditions in all the schools closely and assess the

8   situations in each, and we make adjustments as

9   needed.

10          I'm sure you'd like to talk about

11  scanning. Use of scanning in schools was begun in

12  1988 by the Board of Education School Safety. The

13  program has been significantly expanded and improved

14  since NYPD undertook this responsibility. There is

15  currently 73 sites at intermediate high schools that

16  have full-time scanning, and eight schools which

17  have part-time or random scanning, and all schools

18  are subject to unannounced scanning. And each day

19  over 100,000 kids are scanned in a 90-minute period.

20          We also do events, scan at events

21  such as PAL athletic events, Shea Stadium, KeySpan,

22  Madison Square Garden.

23          Unannounced scanning is based on a

24  variety of quantitative and qualitative factors, the

25  focus being to prevent weapons-related violence. And

34

1  EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE

2  we deploy based on intelligence received, patterns

3  of incidents, maybe a serious single incident,

4  trends and offense types, relatively few instances

5  we'll randomly select a school for random scanning.

6             CHAIRPERSON JACKSON: Chief, could you

7  just wrap up, please.

8             ASSISTANT CHIEF SECRETO: Okay.

9             All right, I just would like to talk

10  about some of the -- I'm wrapping up, talking about

11  some of the items that have been confiscated at

12  scanning. Six-hundred and seventy-nine items

13  actually removed at scanning. Two-hundred and

14  sixty-seven knives, 148 box-cutters, and 264 other

15  dangerous items, such as Mace, laser pointers.

16  Again, since we overtook the responsibility for

17  school safety, weapons and dangerous instruments in

18  the schools has decreased by over 50 percent.

19             Last year we confiscated over 24

20  guns, 1114 bee-bee guns and that compared to 20 guns

21  and 51 bee-bee guns the prior year. So, clearly

22  we're still taking in weapons at City schools.

```
23              And in closing, I'd just like to say
24   that since the Police Department undertook
25   responsibility for safety in New York City's public
```

35

```
 1   EDUCATION, PUBLIC SAFETY AND JUVENILE JUSTICE
 2   schools, there has been a significant improvement in
 3   the quality of services provided. Accompanied by a
 4   striking drop in school crime, and beyond the data
 5   I've presented, and initiatives I've discussed, we'd
 6   like to refer the Council to comprehensive Citywide
 7   public school survey conducted by the DOE, and this
 8   survey revealed that 83 percent of students, 84
 9   percent of teachers feel safe in their schools, and
10   that 85 percent of parents feel that they're
11   children are safe in school. And a majority of all
12   three groups, 68 percent of the students, 83 percent
13   of the parents and 70 percent of the teachers, also
14   feel that the School Safety Agents help promote a
15   safe and respectful environment in their schools.
16              The Police Department and School
17   Safety Division will continue to work in partnership
18   with the Department of Education to help build upon
19   these gains that I have mentioned and I'll be
20   pleased to answer any questions that you have.
21              CHAIRPERSON JACKSON: Thank you.
```