```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/16/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Krittika Biswas,

        Plaintiff,

- v. -

The City of New York, ET AL.,

        Defendants.

12 Civ. 3607 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties shall report back to the Court after the conclusion of settlement discussions with Magistrate Judge Pitman.

SO ORDERED.

Dated: New York, New York
October 15, 2013

                                                John G. Koeltl
                                     United States District Judge